UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCT LIABILITY LITIGATION<br><br>(MDL 2391) | ) ) ) ) ) ) ) ) | CAUSE NO. 3:12-MD-2391-RLM-CAN<br><br>Judge Robert L. Miller, Jr. |
|---|---|---|
| | | This Document Relates to All Cases |

**BIOMET DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF EXCEEDING 25 PAGES**

Pursuant to Local Rule 7(e)(2), the Biomet Defendants (collectively "Biomet") respectfully move the Court for leave to file a brief in excess of 25 pages in support of Biomet's position on the production of electronically stored information. In support of this motion, Biomet states:

1. On March 18, 2013, the Court held a case management conference to address the production of electronically stored information, among other topics. Following discussion at that conference, the Court issued a memorandum on March 20, 2013, directing the parties to file written submissions regarding their respective positions on the procedures or protocols that should be used to facilitate identification, retrieval, and production of electronically stored information by April 1, 2013. [Doc. No. 309].

2. Local Rule 7(e)(1) provides that supporting briefs ordinarily must not exceed 25 pages; however, under Rule 7(e)(2), the court may allow a party to file a brief exceeding this limit for extraordinary and compelling reasons.

3. Biomet's submission pursuant to the Court's March 20, 2013 memorandum includes detailed factual background, describes complex issues involving novel technology, and provides a breakdown of document processing expenses. This information will assist the Court in identifying the appropriate methods for conducting electronic discovery in this litigation.

4. Accordingly, Biomet respectfully requests that the Court allow it to file a brief in excess of 25 pages.

WHEREFORE, Biomet respectfully requests that the Court GRANT this motion, grant Biomet leave to file a brief in excess of 25 pages in support of its position on the production of electronically stored information, and grant Biomet all other just and proper relief.

DATE:  April 1, 2013                     Respectfully submitted:

By: /s/ Erin Linder Hanig
John D. LaDue
Erin Linder Hanig
LADUE CURRAN & KUEHN LLC
200 First Bank Building
205 West Jefferson Boulevard
South Bend, IN 46601
Tel: (574) 968-0760
jladue@lck-law.com
ehanig@lck-law.com

John D. Winter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Email: jwinter@pbwt.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Erin Linder Hanig
Erin Linder Hanig (29113-71)