UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCT LIABILITY LITIGATION<br><br>(MDL 2391) | ) ) ) ) ) ) ) ) ) | CAUSE NO. 3:12-MD-2391-RLM-CAN<br><br>Judge Robert L. Miller, Jr. |
|---|---|---|
| | | This Document Relates to All Cases |

### INDEX OF EXHIBITS TO BIOMET'S SUBMISSION
### IN SUPPORT OF ITS DISCOVERY EFFORTS

A.  Aug. 21, 2012 Letter from Jenya Moshkovich to Robert Godosky and accompanying Exhibits A, B, & C

B.  Mar.31, 2013 Declaration of Eric Seggebruch

C.  Mar.30, 2013 Declaration of Alexis Clark

D.  Feb. 7, 2013 Letter from Mark Lanier to John Winter

E.  Feb. 14, 2013 Email from Mark Lanier to John Winter

F.  Transcript of the Mar. 18, 2013 Status Conference

G.  ILS, *Asymmetrical Plaintiffs Can Hit the eDiscovery Sweet Spot*, dated Apr. 11, 2011, *available at* http://www.ilsteam.com/2011/04/11/asymmetrical-plaintiffs-can-hit-the-ediscovery-sweet-spot/

H.  Feb. 13, 2013 Letter from John Winter to Mark Lanier

I.  Mar. 8, 2013 Email from Jenya Moshkovich to Richard Arsenault

J.  New York Law Journal, *Technology-Assisted Review is a Promising Tool for Document Production*, dated Mar. 18, 2013

K.  Plaintiffs' First Request for the Production of Documents to Defendants, dated Feb. 7, 2013

L.  Defendants' Responses to Plaintiffs' First Request for the Production of Documents, dated Mar. 19, 2013

M.  Apr. 25, 2012 Conference Transcript before Hon. Andrew Peck in *Da Silva Moore v. Publicis Groupe*, No. 11 Civ. 1279 (ALC) (AJP) (S.D.N.Y.)

N.	Case Management Order: Protocol Relating to the Production of Electronically Stored Information, dated July 27, 2012 in *In re Actos (Pioglitazone) Prods. Liab. Litig.*, MDL No. 6:11-md-2299 (W.D. La.).

O.	Defendants Qualcomm, Incorporated, Snaptrack Inc., and Norman Krasner's Motion for Attorneys' Fees, dated Oct. 12, 2012 in *Gabriel Technologies Corp. v. Qualcomm Inc.*, No. 3:08-cv-01992 (AJB) (MDD) (S.D. Cal.).

P.	Webpage titled *Meet Plaintiff eDiscovery Expert Douglas E. Forrest, Esq.*, *available at* http://www.ilsteam.com/ about/leadership-team/doug-forrest/

Dated: April 4, 2013		/s/ Erin Linder Hanig
		John D. LaDue
		Erin Linder Hanig
		LADUE CURRAN & KUEHN LLC
		200 First Bank Building
		205 West Jefferson Boulevard
		South Bend, IN 46601
		Tel: (574) 968-0760
		Email: jladue@lck-law.com
		Email: ehanig@lck-law.com

		John D. Winter
		Jenya Moshkovich
		PATTERSON BELKNAP WEBB & TYLER LLP
		1133 Avenue of the Americas
		New York, New York 10036
		Tel: (212) 336-2000
		Email: jwinter@pbwt.com
		Email: jmoshkovich@pbwt.com
		*Attorneys for Defendants*