# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:

    BIOMET M2A MAGNUM HIP
    IMPLANT PRODUCTS LIABILITY
    LITIGATION (MDL 2391),

This document refers to:
ALL CASES

: Multi-District Litigation
: 3:12-md-2391 RLM-CAN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ERIC SEGGEBRUCH
## IN SUPPORT OF BIOMET'S DISCOVERY EFFORTS

I, Eric Seggebruch, declare as follows:

    1.    I am Regional Manager for Electronic Discovery for Recommind, Inc., which has been engaged to provide electronic discovery services to the Biomet defendants.

    2.    Recommind is a leader in unstructured data management, analysis and governance technology, delivering search-powered business applications that transform the way organizations find, manage, analyze and act upon data inside and outside the corporate network. Recommind's solutions are all built on the CORE (Context Optimized Relevance Engine) platform, which automatically accesses, organizes and analyzes large volumes of information. CORE's Predictive Analytics enable enterprises and law firms to identify patterns in data sets and to group, prioritize and assess documents before performing a single search. This can greatly reduce the time and costs associated with finding, processing and analyzing corporate data. Recommind is headquartered in San Francisco and has offices in New York, Boston, London, Sydney and Bonn, Germany.

    3.    I am familiar with the circumstances of this action related to electronic discovery. I respectfully submit this declaration in support of the discovery process implemented by Biomet and the corresponding costs, as well as an estimate of the costs that would be incurred by the alternate process suggested by the plaintiffs in this matter.

### Recommind's Technology-Assisted Review Services

    4.    Recommind's Predictive Coding functionality, provided in its Axcelerate® document review platform, combines a proprietary, advanced text categorization algorithm with an iterative document review workflow. Predictive Coding is a powerful and cost-effective technology and document review methodology that enables attorney to find documents relating to a particular person, timeframe, topic, communication, issue, or concept.

The results can be a better informed, quicker, more accurate and consistent review process where costs have been seen to be 50-90% less than linear review.

**Discovery Costs**

      5.     The electronic discovery services provided to Biomet consist of data processing, deNISTing, keyword culling, data ingestion, data enrichment, predictive coding, and data hosting, among others. These services are described in more detail below.

      6.     DeNISTing involves the removal of non-user created files such a system files from the initial set of collected documents. Keyword culling involves the retrieval of all the documents containing a specified term. DeNISTing and keyword culling were applied to the document collection at the cost of $30/GB.

      7.     Data Processing/Ingestion involves traditional data processing, deduplication, and extraction of metadata, full text, and the native file and was applied to the documents retrieved by the keywords and their attachments at the cost of $300/GB.

      8.     Data Enrichment includes concept identification and smart filters such as phrase extraction, foreign language identification, location/folder structure, Domain, Domain To, and Domain From, as well as near-duplication and e-mail threading and was applied to the data published to Axcelerate at the cost of $150/GB.

      9.     Predictive Coding involves machine learning, classification and iterations that follow Recommind's patented predictive coding process and was applied to the data published to Axcelerate at the cost of $200/GB.

      10.    Data Hosting involves the online storage of data and is performed at a cost of $18/GB for the data published to Axcelerate and at a cost of $5/GB for the remaining data.

      11.    TIFFing, Branding, and Production involves the creation and Bates numbering of production images and corresponding load files containing data and information about these documents (e.g. metadata), and is performed at a cost of $600/GB.

      12.    In this case, the total document volume Recommind received from the electronic discovery vendor who performed the document collection for Biomet is 19,508,216 documents, comprising 6.39 terabytes (6,543 GB).

      13.    The total number of documents and corresponding attachments that were retrieved by keyword culling was 3,931,687, comprising 1.5 terabytes (1,536 GB).

      14.    After deduplication, the total number of documents and corresponding attachments remaining was 2,540,915, comprising 1.06 terabytes (1,085 GB).The documents were published to Axcelerate and predictive coding was applied to this document set.

      15.    The remaining data, which was not published to Axcelerate, was 15,576,529 documents comprising 4.89 terabytes (5,007 GB).

16. To date, Recommind has invoiced Biomet $1,069,358.34 for the electronic discovery services provided in this matter. The cost of processing, ingesting, enriching and running predictive coding on Biomet's full 6.39 terabyte collection, as plaintiffs suggest, could be as high as $3.25 million. This number is calculated based on data processing and ingestion costs of $300/GB for 4.89 TBs (5,007 GBs) that have not yet been published to Axcelerate, which is $1,502,100, data enrichment at a cost of $150/GB, which is $751,050, and Predictive Coding costs of $200/GB which is $1,001,400.

17. These costs may be somewhat less with de-duplication, but even assuming that one third of the documents were duplicates of each other (which is the deduplication rate of the documents processed to date), the cost for Predictive Coding for ingesting, enriching and running predictive coding on two thirds of the 5,007GB not already published to Axcelerate would be $2.1 million.

18. This approach is obviously much more costly than processing, ingesting, enriching and running predictive coding on the data retrieved by keywords [1.06 terabytes (1,085 GB)], which cost $705,250 and includes data processing and ingestion costs of $325,500 ($300/GB), data enrichment at a cost of $162,750 ($150/GB), and Predictive Coding costs of $217,000 ($200/GB).

19. The above calculations do not take into account $196,290 ($30/GB for 6,543 GB) that Biomet already paid for the initial processing costs, including DeNISTing, after which Biomet was able to apply keyword culling. These costs also do not take into account the costs of hosting the collected data online, which would increase from the current cost of $5/GB to $18/GB per month if the remaining data were published to Axcelerate.

20. The cost estimates provided in this declaration do not take into account the cost of manual document review that is part of the iterative Predictive Coding workflow.

21. Pursuant to Title 28 of the United States Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/31/2013

Eric Seggebruch