# EXHIBIT E

## Moshkovich, Jenya (x2881)

From: Mark Lanier [mailto:WML@lanierlawfirm.com]
Sent: Thursday, February 14, 2013 11:25 AM
To: Winter, John D. (x2836)
Cc: Anapol, Thomas; 'John LaDue' (jladue@lck-law.com); Erin Linder Hanig (ehanig@lck-law.com); Rob Dassow; Moshkovich, Jenya (x2881); Richard D. Meadow; Paul R. Cordella; Richard Arsenault
Subject: Re: In Re: Biomet M2A Magnum Hip Implant Product Liability Litigation

Dear John,

Thank you for your letter of 2/13 setting out your position on discovery.

In response, be advised that we continue to assert our requests for production of documents as referenced in our recent PDR. While we appreciate that you filed some discovery responses to a few PSC members off of their state cases, that does not alleviate our concerns. The attorney's referenced in your letter, including those on the PSC and PEC did not raise objections with Biomet's initial approach because they all recognized an MDL was coming and leadership in that MDL would address Plaintiff's concerns in one voice instead of multiple voices. Contrary to your assertions, Plaintiffs held off with their individual objections particularly to assist the parties in conserving resources.

Now that leadership is in place and Plaintiff's have had an opportunity to engaged a document platform vendor, Plaintiff's are in a more informed position to raise objections and issues with Defendants initial document production. Based on what the vendor has told us, and based on our own investigation, it seems that your predictive coding was actually based on the pool of documents collected from traditional search terms. This makes the work no longer representative of an entire production.

Let us agree that one issue we should set before the judge at the next conference is the need for an ESI discovery master and an opportunity to be heard on predictive coding. Perhaps it would also be useful for us to have our vendor present a 10-15 minute overview of its platform. That will better express our concerns that your initial production is not satisfactory for the litigation.

Let me know,

Mark


From: <Moshkovich>, "Jenya (x2881)" <jmoshkovich@pbwt.com<mailto:jmoshkovich@pbwt.com>>
Date: Wednesday, February 13, 2013 4:22 PM
To: Mark Lanier <wml@lanierlawfirm.com<mailto:wml@lanierlawfirm.com>>
Cc: Thomas Anapol <tanapol@anapolschwartz.com<mailto:tanapol@anapolschwartz.com>>, "Winter, John D. (x2836)" <jwinter@pbwt.com<mailto:jwinter@pbwt.com>>, "'John LaDue' (jladue@lck-law.com<mailto:jladue@lck-law.com>)" <jladue@lck-law.com<mailto:jladue@lck-law.com>>, "Erin Linder Hanig (ehanig@lck-law.com<mailto:ehanig@lck-law.com>)" <ehanig@lck-law.com<mailto:ehanig@lck-law.com>>
Subject: In Re: Biomet M2A Magnum Hip Implant Product Liability Litigation

Mr. Lanier,

Please see the attached correspondence.

Regards,
Jenya

_____
Jenya Moshkovich
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:212.336.2881

1

Fax:212.336.2966
jmoshkovich@pbwt.com

------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

===========================================================================