# EXHIBIT P

Home | Contact

Plaintiff eDiscovery and eDiscovery Database Experts

eDiscovery Experts for the Plaintiff's Bar

(888) 313-4457



Serving Clients Internationally

## Douglas E. Forrest, Esq.

# Meet Plaintiff eDiscovery Expert Douglas E. Forrest, Esq.

### Director—eDiscovery Analytics & Management

As Director of the ILS' eDiscovery Analytics Group, Doug manages the teams of lawyers and consultants as well as the processes by which we train our Ai-based document analytics systems to programmatically find issue relevant documents from Defense productions. Doug also manages ILS data mining initiatives producing for our clients analysis on missing custodians, potential discovery abuse, efficacy of search terms, and various other data analyses. In addition, Doug is heavily involved in negotiating protocols and validation methodology for Defense-side use of **predictive coding** for their productions – in other words, keeping them honest.

In addition, Doug assists Plaintiffs' counsel with planning **best strategies and practices** to obtain and produce **plaintiff electronic discovery** in conformance with current rules of civil procedure and case law.

As a lawyer and an information technology professional at our **plaintiff eDiscovery firm**, Doug brings unique multidisciplinary experience to his practice, assisting counsel with surmounting technical challenges across the entire eDiscovery process, including:

- Understanding the totality of Defendants' relevant discoverable data;
- Drafting eDiscovery requests;
- Negotiating e-production issues;
- Conducting effective eDiscovery;
- Preparing for technical deposition and finally providing expert support for presenting ESI issues to courts and discovery referees.

Doug has been involved with legal technology in a wide variety of contexts for over 25 years, beginning with his experience as an attorney at Cravath, Swaine & Moore with Aquarius, which was the first large-scale implementation of computerized litigation support on the IBM antitrust cases.

As Director of Litigation Services at Legal Information Technology, Inc., Doug was instrumental in introducing imaging and coding to AmLaw at over 100 law firms and pioneered integrating imaging with legacy systems such as BRS.

As a systems architect, application designer and programmer, Doug created:

- Case management, litigation support and document repository systems (including WIDE and LIT CaseWorks for Lotus Notes)
- SaaS knowledge management applications (including LexisNexis Total Alerts and LexisNexis Clipper)
- eDiscovery and production operation systems

As a Chief Technology Officer, Doug has designed Knowledge Management (KM) based systems and consulted for a wide range of technology based litigation support projects. He also served as the eDiscovery Services Manager for the Professional Services Division of Guidance Software, the creators of EnCase, the best known and most widely used forensic and enterprise **eDiscovery software**.

Doug earned his B.A. degree from Antioch College and his J.D. degree from Stanford University where he also served as a Note Editor of the *Stanford Law Review.*

**Contact** Douglas E. Forrest, Esq. for more information about his role in **plaintiff electronic discovery**.

**Contact ILS**

© 2012–2013 International Litigation Services. All rights reserved.