# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCT LIABILITY LITIGATION <br><br> (MDL 2391) | CAUSE NO. 3:12-MD-2391-RLM-CAN <br><br> Judge Robert L. Miller, Jr. <br><br> This Document Relates to: <br><br> Civil Action No. 3:12-cv-602-RLM <br> Civil Action No. 3:12-cv-625-RLM <br> Civil Action No. 3:12-cv-636-RLM <br> Civil Action No. 3:12-cv-637-RLM <br> Civil Action No. 3:12-cv-638-RLM <br> Civil Action No. 3:12-cv-639-RLM <br> Civil Action No. 3:12-cv-643-RLM <br> Civil Action No. 3:12-cv-670-RLM <br> Civil Action No. 3:12-cv-680-RLM <br> Civil Action No. 3:12-cv-684-RLM <br> Civil Action No. 3:12-cv-687-RLM <br> Civil Action No. 3:12-cv-694-RLM <br> Civil Action No. 3:12-cv-695-RLM <br> Civil Action No. 3:12-cv-698-RLM <br> Civil Action No. 3:12-cv-702-RLM <br> Civil Action No. 3:12-cv-715-RLM <br> Civil Action No. 3:12-cv-724-RLM <br> Civil Action No. 3:12-cv-725-RLM <br> Civil Action No. 3:12-cv-732-RLM <br> Civil Action No. 3:12-cv-790-RLM <br> Civil Action No. 3:12-cv-795-RLM <br> Civil Action No. 3:12-cv-810-RLM <br> Civil Action No. 3:13-cv-001-RLM <br> Civil Action No. 3:13-cv-073-RLM <br> Civil Action No. 3:13-cv-092-RLM <br> Civil Action No. 3:13-cv-119-RLM <br> Civil Action No. 3:13-cv-148-RLM <br> Civil Action No. 3:13-cv-160-RLM <br> Civil Action No. 3:13-cv-167-RLM <br> Civil Action No. 3:13-cv-175-RLM <br> Civil Action No. 3:13-cv-178-RLM <br> Civil Action No. 3:13-cv-215-RLM |

|  | ) Civil Action No. 3:13-cv-231-RLM |
|---|---|
|  | ) Civil Action No. 3:13-cv-233-RLM |
|  | ) Civil Action No. 3:13-cv-365-RLM |
|  | ) Civil Action No. 3:13-cv-457-RLM |
|  | ) Civil Action No. 3:13-cv-466-RLM |
|  | ) Civil Action No. 3:13-cv-473-RLM |
|  | ) Civil Action No. 3:12-cv-800-RLM |
|  | ) Civil Action No. 3:12-cv-809-RLM |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE
TO COMPLY WITH ORDERS REQUIRING TIMELY SERVICE
OF MATERIALLY COMPLETE PLAINTIFF FACT SHEETS**

Pursuant to Fed. R. Civ. P. 41(b) and this Court's February 15, 2013 Case Management Order (Doc. No. 242), Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing Corp., and Biomet U.S. Reconstruction, LLC (collectively, "Biomet") move to dismiss the claims asserted by Plaintiffs in the above-captioned cases. As set forth more fully in the memorandum filed simultaneously with this motion, in the overwhelming majority of these cases, Plaintiffs have not served a Plaintiff Fact Sheet ("PFS"), despite having received notice that their PFS was overdue and would be the subject of a motion to dismiss if a PFS was not served within 30 days. The claims of Plaintiffs Fordy Reed (Case No. 3:12-cv-00809) and Ava Highnote (Case No. 3:12-cv-00800) should also be dismissed, but for slightly different reasons. These plaintiffs served unverified fact sheets that are materially deficient, and those deficiencies have not been cured.

WHEREFORE, Biomet respectfully requests that the Court GRANT this motion, DISMISS the cases subject to this motion, and award Biomet all other just and proper relief.

| | |
|---|---|
| Dated: August 26, 2013 | /s/ Erin Linder Hanig |
| | John D. LaDue |
| | Erin Linder Hanig |
| | LADUE CURRAN & KUEHN LLC |
| | 200 First Bank Building |
| | 205 West Jefferson Boulevard |
| | South Bend, IN 46601 |
| | Tel: (574) 968-0760 |
| | jladue@lck-law.com |
| | ehanig@lck-law.com |
| | |
| | John D. Winter |
| | Jenya Moshkovich |
| | PATTERSON BELKNAP WEBB & TYLER LLP |
| | 1133 Avenue of the Americas |
| | New York, New York 10036 |
| | Tel: (212) 336-2000 |
| | jwinter@pbwt.com |
| | jmoshkovich@pbwt.com |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Erin Linder Hanig
Erin Linder Hanig (29113-71)