**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCT LIABILITY LITIGATION (MDL 2391)<br><br>This Document Relates to All Cases | ) ) ) ) ) ) ) ) | CAUSE NO. 3:12-MD-2391-RLM-CAN<br>Judge Robert L. Miller, Jr. |
|---|---|---|
| | | This Document Relates to All Cases |

**BIOMET MANUFACTURING, LLC CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's December 4, 2013 Order (Doc. No. 1082), the Biomet Defendants submit the following corporate disclosure for Biomet Manufacturing, LLC: Biomet Manufacturing, LLC (formerly known as Biomet Manufacturing Corp.) converted from an Indiana corporation to an Indiana limited liability company on June 3, 2013. Its sole member is Biomet, Inc., an Indiana corporation with its principal place of business in Warsaw, Indiana.

DATE: December 12, 2013             Respectfully submitted:

By: /s/ Erin Linder Hanig
John D. LaDue
Erin Linder Hanig
LADUE CURRAN & KUEHN LLC
200 First Bank Building
205 West Jefferson Boulevard
South Bend, IN 46601
Tel: (574) 968-0760
jladue@lck-law.com
ehanig@lck-law.com

John D. Winter
Jenya Moshkovich
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
jwinter@pbwt.com
jmoshkovich@pbwt.com

## CERTIFICATE OF SERVICE

I certify that on December 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Erin Linder Hanig
Erin Linder Hanig (29113-71)
