UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION (MDL 2391) | ) ) ) ) ) ) | CAUSE NO. 3:12-MD-2391 |
| This Document Relates to All Cases | ) ) | |

ORDER

In light of the parties' tender of the Settlement Agreement, the Case Management Order Establishing Common Benefit Fee and Expense Funds, and Biomet Common Benefit Settlement Agreement, each of which is attached to this order, I VACATE the scheduling order entered on December 10, 2013 [Doc. No. 1118] and VACATE the case management conference set for February 28, 2014.

A status conference will be conducted by telephone on **Monday, April 21, 2014 at 10:00 a.m. (E.D.T.)**, unless a contrary request is made and granted. The parties shall submit their joint status report by April 17, 2014.

SO ORDERED.

ENTERED:   February 3, 2014

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana