# ENGINEER'S REPORT

BIOMET M2a-MAGNUM HIP IMPLANT
PRODUCTS LIABILITY LITIGATION (MDL 2391)

CAUSE NO. 3:12-md-2391

**By:**

**Mari Truman, P.E.**

**February 23, 2017**



**INVESTIGATION OF BIOMET METAL-ON-METAL HIP IMPLANTS**
**PRODUCTS LIABILITY LITIGATION (MDL 2391)**
**CAUSE NO. 3:12-md-2391**

**ENGINEER'S REPORT**                                           **February 23, 2017**
-----------------------------------------------------------------------------------------------------------------

## 1.  INTRODUCTION

Thousands of patients with Biomet metal-on-metal (MoM) hip implant devices have experienced adverse reactions resulting in premature hip implant revision surgical procedures.  These failures were caused by adverse local tissue reactions (ALTR) and/or systemic immune reactions to cobalt-chromium (CoCr) alloy metal wear debris including among them inflammatory immune responses resulting in tissue destruction or necrosis, pseudotumor formation, induced immune dysfunction, increased susceptibility to infection, and even neurological and cardiac damage. Symptoms of these conditions include tinnitus, cognitive decline and other associated sequelae such as chronic or recurrent pain in the hip joint, loss of muscle mass and strength, instability, and hip dislocations, gait pathology and mobility impairment.

The purpose of my investigation was to focus on the following metal-on-metal Biomet hip implant products:

> THA
> 1.  Biomet M2a–Taper, 28 & 32 mm heads
> 2.  Biomet M2a–RingLoc – 28mm heads
> 3.  Biomet M2a-28 28 mm heads
> 4.  Biomet M2a-38 38 mm heads (flared & non-flared shell)
> 5.  Biomet M2a–Magnum 38/60 mm heads
>  Resurfacing
> 6.  Biomet ReCap Femoral Resurfacing System 38/60 mm heads in 1 mm increments

These products were unreasonably dangerous and defective in a manner that caused premature revision hip surgeries due to adverse biologic reactions to greater-than-tolerable nanometer-sized metal wear debris particles which also result in elevated local and serum cobalt (Co)  and/or chromium (Cr)  ions.

The primary focus of this report is the Biomet M2a-Taper, M2a-38 and M2a–Magnum total hip arthroplasty (THA) devices.

## 2.  QUALIFICATIONS, OPINIONS AND BASES FOR OPINIONS

This report includes a summary of my opinions in the form of findings and the basis for these opinions. My opinions in this case are within the bounds of reasonable engineering and scientific certainty. To the extent that additional discovery is produced, I may

1

formulate additional opinions.

**Qualifications**

I am a biomedical engineer with 36 years of experience in the biomechanics and orthopedics fields. Biomechanics is a sub-specialty field of bioengineering and involves the application of principles of engineering mechanics to understand basic biological processes and mechanisms related to the structure and function of bone and other skeletal tissues, while the broader bioengineering field does the same relative to the structure and function of all living tissues. Orthopedic designers compile and use property databases of bone and other tissues. As a result I routinely deal with forces that are applied to the human body during many activities, including impact and injury scenarios. To assure the safety and efficacy of new medical devices, we define clinically relevant performance requirements for their installation and use, and then test to define the product specific performance characteristics. The physical principles and methods used in orthopedic biomechanics are the same as those used to reconstruct injury events. I am familiar with forces and loads applied to the hips, knees, wrist, shoulder, head, neck, lower back and skeleton in many typical activities, including sitting, walking, jumping, running climbing, standing, falling, sport and recreational activities and vehicular collisions. I hold nine patents for orthopedic devices, and am a member of, among others, the American College of Sports Medicine, the American Society of Mechanical Engineers, the International Society of Biomechanics, the Orthopedic Research Society, North American Spine Society and ASTM International. I have several years of development and design experience in the area of human joint reconstruction, spine and trauma reconstruction, and have been involved with total joint implants since about 1983, and spine and trauma reconstruction devices since 1980. My experience includes designing orthopaedic devices as well as directing, analyzing and performing laboratory evaluation of performance characteristics for orthopedic implant and instrumentation systems.

These evaluations included:

- Impact biomechanics of the thoracic spinal discs.
- Range of motion, fatigue and wear endurance characterization of various total joint implant designs for the knee, hip, and wrist, PIP, thumb based CMC joint, and foot MT and DIP joints.
- Stability characteristics of total joint implant devices and reconstructions, including stability under anticipated physiologic and some injury load conditions.
- Impact strength and fracture resistance of bone, implants and instruments during surgical reconstruction procedures.
- Implant fixation strength and construct stability characterization for various bone fracture repairs using: external fixation, spinal rods screws and hooks, intramedullary nails, bone screws, cannulated bone screws, plates with screws, and k-wires.
- Ligament reattachment strength and fixation stability in foam bone model material and animal bone.
- Minimally invasive orthopedic surgical procedure instrument construct stability and accuracy.
- Bone cutting efficiency for specific orthopedic surgical cutting tools.

2

Having been a designer, development team member, and more recently a consultant to industry, I have been involved in both the creation and review of warnings and precautions provided in package inserts and surgical techniques for well over a dozen orthopaedic product families for about a dozen different orthopaedic companies.  If a hazard and resulting harm cannot be designed out of a product the second line of action is an adequate warning.  This is a basic design tenet first learned and applied in the classroom, and then carried out in practice over my 36 years as an engineer in the orthopaedic industry. Beginning in about 1990, as a normal part of development, I routinely complete failure modes and effects analyses and risk analyses with risk estimates. These analyses require identification and application of methods to reduce the risk of hazards and harm. Generally I work with the development team, which, in addition to management, generally includes other engineers, marketing, quality representatives and a surgeon or medical reviewer.  The warnings which are provided in package inserts for new products are reviewed by the design teams.  In my career I have been a member of such teams numerous times. Through both experience and training in reviewing, writing, and discussing warnings with team members and with orthopaedic surgeons I am qualified to comment on the adequacy of the information contained in the Biomet instructions for use (IFU's) and promotional materials, from the perspective of the medical device industry.

A copy of my curriculum vitae is also attached as Exhibit 1, and includes:

- Work Experience
- Professional Organizations
- Publications

Among other roles, I was Manager of Implant Technology – Hips & Knees at DePuy  and designed patient-matched total hip stems while at Biomet.  I have worked on several instruments used to align cuts, prepare bone and  impact total hip implants, and more recently I  also completed projects for three smaller orthopaedic companies  in the areas of  hip implant acetabular cup, multi-modular hip stem and a more traditional femoral stem design with single head-neck modularity.  In my work as a designer and/or project manager for hip, knee, ankle, wrist, finger and toe prostheses as well as other spinal, trauma and soft tissue repair devices a significant battery of laboratory bench testing, including fatigue-wear testing in physiologic fluids (arthroplasty devices), and pre-clinical evaluations in animal bone and in   human cadavers were completed.  I also reviewed product failure complaints for various product families while working for DePuy and again at Zimmer, and occasionally as requested by my other orthopaedic manufacturer customers.

Medical device design teams are typically comprised of members from multiple disciplines.  In orthopaedic projects, the teams frequently included experts in areas such as design, manufacturing, stress analyses, in vitro testing (laboratory wear, static and fatigue testing), clinical evaluations, regulatory clearances or approvals, medicine, orthopaedic surgery, biomechanics, retrieval analyses, material science, biocompatibility, sterilization, packaging, metallurgical and polymeric failure analyses, and in some

3

projects pathology, toxicology, bone metabolism and/or tissue engineering. In most cases some of the team members are employed by the manufacturer and some are topic-specific consultants. I have participated as both an employee and as a consultant in many orthopaedic device development projects. As a project design team member and as a team leader responsible for compilation of the design history file, I had to be familiar with relevant topics in each of these areas in order to perform my duties. By regulation, and for compliance with ISO standards, the medical device development team must follow regulated design control procedures and must do a thorough job in evaluating the design, manufacturing and clinical failure modes and effects. The broad scope of issues which the team needs to address is summarized in the Essential Requirements specified in ISO EN 13485, and further discussed in ISO14971 (2007, 2012), and ISO 9001 (2000). (Specific standards applicable to modular implants and specifically total hip implants are identified in the materials considered.)

My analysis of this case is from the perspective of a design and development expert in the orthopaedic industry. My opinions are based on my background, training and experience, and my visual inspection of numerous explanted Biomet MoM devices, along with corresponding medical records, photographs and literature concerning hundreds of these device failures. I have worked with experts in the fields of metallurgy, materials failure analysis, toxicology, tribology and pathology in many cases, and I am familiar with the subject matters as they relate to this case.

**Terms of Compensation**

The professional service fee I charge for all tasks that I have undertaken in this case is $465 per hour, subject to change. New rates are effective from the date of change. Rates apply to all work including site inspection, analysis, travel, report writing, depositions and trial. Additional charges may be incurred at standard rates for testing equipment and test services, out-of-pocket costs for travel related expenses and other services used for case preparation. These rates and other terms are established in the fee letter provided to my client/attorney.

To date Robson Forensic Inc. has have invoiced $3613 for my time and expenses on this case, with about $40805 remaining to invoice.

If this case progresses to deposition and trial it is anticipated that 10 to 20 hours will be spent on each stage, not including travel. Travel time and expenses for deposition or trial are dependent on location.

**Testimony as an Expert**

A document (Exhibit 2) listing my testimony record is also attached, and includes 103 total instances (21 for trial). In about 78 of the proceedings I testified on behalf of the plaintiff counsel, the balance for the defense. Most of these cases involved personal injury litigation, however some involved criminal, trade secret and patent infringement.

**Exhibits**

I may use the following materials as exhibits to illustrate testimony:  All items listed
below as available information and all items cited, end noted or footnoted in this report.

**3**.   **MATERIALS CONSIDERED:**

1.  Discovery documents provided by Defendants (See **Appendix A**);
2.  Review of photographs of  explanted Biomet MoM devices taken at Robson Forensic
    Inc.'s retrieval laboratory which included M2a-38, M2a-Taper and M2a-Magnum
    devices.
3.  Expert Report by Steven R Schmid dated May 2, 2016  in the matter of Chad
    Hayden vs. Biomet Orthopedics et.al. Cause No. 71C01-1407-CT-000213;
4.  Expert Report by David W. Schroeder dated May 2, 2016 in the matter of Chad
    Hayden vs. Biomet Orthopedics et.al. Cause No. 71C01-1407-CT-000213;
5.  Transcript from the September 8, 2106 deposition of James Lancaster;
6.  Transcript from the September 21, 2106 deposition of David Schroeder;
7.  Hazard Alert dated February 10, 2015, Biomet M2a-Metal-on-metal total hip
    replacements, Australian Government Department of Health Therapeutics Goods
    Administration;
8.  Ardaugh BM, Graves SE, Redberg RF. **The 510(k) ancestry of a MoM hip
    implant.** *N Engl J Med* 2013;368:97-100.(January)
9.  The Australian Orthopaedic Association National Joint Replacement Registry, 2008,
    2009, 2010, 2011, 2012, 2013, 2014, 2015 & 2016.
10. The Australian Orthopaedic Association National Joint Replacement Registry, Metal
    on Metal Bearing Surface Total Conventional Hip Supplementary Reports, 2012,
    2013, 2014, 2015 & 2016;
11. The National Joint Registry for England and Wales, Annual Reports 1 through 13;
12. MoM Hip Implants: FDA Safety Communication Issued January 17, 2013;
13. FDA draft Guidance Document for Testing Non-Articulating, "Mechanically
    Locked", Modular Implant Components, May 1, 1995;
14. FDA draft Guidance Document for Testing Acetabular Cup Prostheses, May 1,
    1995;
15. Class II Special Controls Guidance Document: Hip Joint Metal/Polymer Constrained
    Cemented or Uncemented  Prosthesis; Guidance for Industry and FDA, April 30,
    2002;
16. Guidance on Medical Device Patient Labeling; Final Guidance for Industry and
    FDA reviewers, April 19, 2001;
17. FDA Guidance  - Labeling – Regulatory Requirements  for Medical Devices (*written
    prior to 1997*);
18. FDA – Approved Orthopaedic PMA's;
19. ORS Bio – Dave Schroeder, 2013;
20. Advancing High Stability and Low Wear, Brochure No. 0612-17-508 Rev 1 ©2008
    DePuy Orthopaedics, Inc.;
21. ISO 7206-4:2002, Implants for surgery - Partial and total hip joint prostheses - Part
    4: Determination of endurance properties of stemmed femoral components;

22. ISO 7206-6:1992, Implants for surgery - Partial and total hip joint prostheses - Part 6: Determination of endurance properties of head and neck region of stemmed femoral components;

23. ISO 7206-8:1995, Implants for surgery - Partial and total hip joint prostheses - Part 8: Endurance performance of stemmed femoral components with application of torsion;

24. ASTM F 1875–98 (2004) Standard Practice for Fretting Corrosion Testing of Modular Implant Interfaces: Hip Femoral Head-Bore and Cone Taper Interface;

25. ASTM F 2068-03 & -09 Standard Specification for Femoral Prostheses-Metallic Implants;

26. ASTM F1814-97a (2003) Standard Guide for Evaluating Modular Hip and Knee Joint Components;

27. ASTM Specification F1440-92(2002) Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components Without Torsion;

28. ASTM Specification F1612-95(2000) Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components with Torsion;

29. ASTM STP 1301, Modularity of Orthopedic Implants, Marlow, Parr & Mayor, Eds., ASTM, 1997, 45-59;

30. ASTM STP 1144, Particulate Debris from Medical Implants." *Mechanisms of Formation and Biological Consequences,* K. R. St. John, Ed., American Society for Testing and Materials, Philadelphia,1992;

31. ASTM STP 1346, Alternate Bearing Surfaces in Total Joint Replacement, Jacobs, J., and Craig, T., Eds., ASTM, 1997;

32. F1714-96(2008) Standard Guide for Gravimetric Wear Assessment of Prosthetic Hip-Designs in Simulator Devices;

33. ISO 14242 which consists of the following parts, under the general title Implants for surgery — Wear of total hip-joint prostheses:
    Part 1: Loading and displacement parameters for wear-testing machines and corresponding environmental conditions for test;
    Part 2: Methods of measurement;
    Part 3: Loading and displacement parameters for orbital bearing type wear testing machines and corresponding environmental conditions for test;

34. ASTM F2091-01 Standard Specification for Acetabular Prostheses;

35. ASTM F2033-05 Standard Specification for Total Hip Joint Prosthesis and Hip Endoprosthesis Bearing Surfaces Made of Metallic, Ceramic, and Polymeric Materials;

36. ASTM F2582-08  Standard Test Method for Impingement of Acetabular Prostheses;

37. AMTI ADL Hip Simulator description and specifications;

38. Exactech 711-06-40 Rev B ©2006;

39. Exactech 711-06-30 Rev C ©2006;

40. My February 22, 2016 visual inspection of the explanted devices in the matter of Chad Hayden including 393 color photographs taken during this inspection;

41. Complaint and medical records in the matter of Chad Hayden;

42. Five color photographs of right hip explants (Dr. Czaplicki) in the matter of Chad Hayden;

43. Transcripts of the March 15, 2016 deposition of Chad Hayden;

44. Affidavit of  Anthony P. Czaplicki MD dated April 1, 2015;

45. Affidavit of Phillip Stiver MD dated March 15, 2016;

46. Transcript of the March 25, 2016 deposition of Dr. Phillip Stiver (part #1)
47. Expert Report of George S. Kantor MD in the matter of Chad Hayden;
48. Expert Report of Francis Gannon MD in the matter of Chad Hayden;
49. Defendant's identification of expert witnesses in the matter of Chad Hayden dated February 29, 2016;
50. Medical and scientific literature as referenced in this report, including Exhibit 3.


## 3. DESCRIPTION OF THE BIOMET MOM DEVICE FAILURE

Many Biomet MoM THA patients experienced otherwise unexplained hip and thigh pain, loss of muscle strength, instability and loss of function. Many of these patients also had some elevation of blood serum cobalt (Co) and chromium (Cr) ions.  Upon revision of the THA, surgeons frequently noted, among other things, yellow or brown inflammatory fluid, soft tissue necrosis, black tissue staining of tissues or metalosis, and in some cases, pseudotumors and pelvic cysts. Black corrosion product was also common at the base of CoCr modular femoral heads, and/or at the trunnion. These conditions are consistent with adverse local tissue reactions (ALTR) due to metal ions which are corrosion by-products from MoM articular surface wear and modular taper corrosion.  When a MoM hip fails, the patient usually experiences severe pain in his or her affected hip.

The early failure of MoM THRs has led to widespread disuse by surgeons, FDA recalls, hazard alerts, and in many cases market withdrawal by manufacturers. Furthermore, the national registries of Australia, England, Wales and Northern Ireland, and New Zealand have reported high failure rates of MoM conventional THRs within 10 years of implantation. According to the Australian Orthopaedic National Joint Replacement Registry  (AOA NJRR ), for MoM THA  head sizes > 32 mm the cumulative incidence of revision for metal pathology is currently about  12%  the  cumulative incidence, for loosening is about 7%.  By comparison, for metal-on- polyethylene (MoP) THA with head size > 32 mm  the incidence is less than 1% for each. In addition to adverse reactions to metal debris (ARMD), there have been reports of inconsistent outcomes with large-head MoM THRs.[1]  In a study comparing small diameter MoM  with small diameter ceramic-on- polyethylene (CoP), at more than ten years after the primary hip replacement, there is a higher rate of all-cause revision (91.7% vs 97.7% at 12 years) with a high incidence of ARMD in MoM-bearing THRs.[2] Another study reported a significantly lower ten-year survival (88% vs. 98%) for a 28mm MoM bearing than for a MoP bearing with the same design of acetabular component.

Early revisions of MoM devices have been linked to elevated ions and wear debris,  and inadequate tribology investigations were determined to be part of the problem.[3] However, the clinical problems encountered in THA patients were in large part due to improper interpretation of the unreasonable dangers associated with the vast number of nanometer-sized CoCr wear particles and ions generated under ideal laboratory simulator conditions. Due to the continued generation of the particulate wear and ions (steady-state wear) there is an accumulation of metal particles and ions in the periprosthetic tissue, so an eventual manifestation of a MoM reaction should not be a surprise. Natu et al[4] (2012) stated that the increasing revision rate in MoM patients ten years after surgery is so worrying that any potential (promoted or theoretical) advantage of a MoM bearing in the

7

young active patient might be lost to an increase in revisions due to late MoM reactions.

Many explanted CoCr large femoral heads exhibit *greater than expected or advertised* wear and taper corrosion, and the early tissue injuries, are consistent with *greater than expected or advertised* wear and Co and Cr ion reactivity.

Metal-on-metal (MoM ) THA procedures fail prematurely due to several factors which contribute to excessive implant wear debris, corrosion, Co and Cr ion release, elevated serum Co and Cr ions, pseudotumor, and subsequent tissue damage and pain.

The MoM articulation introduced new and significant risks to THA patients. Common scenarios which are tolerated well by MoP articulations result in metallic wear at the articulating surface and at modular taper connections which generated high levels of very small (nm size) CoCr particles and related oxides and ions which result in cytotoxic tissue damage[5], pseudo-tumors, and significantly elevated Cobalt (Co) and Chromium (Cr) ions in the blood and distant organs, significant local wear debris, and other maladies including undetermined long-term injury consequences.[6,7]

## ARMD, ALTR and ALVAL

The otherwise unexplained pain following a MoM THA is often characterized by surgeons and authors as "adverse local tissue reaction" (ALTR), "aseptic lymphocytic vasculitis-associated lesions" (ALVAL), or,"adverse reaction to metal debris" (ARMD). These terms - ARMD, ALVAL, ALTR, pseudotumor, and metalosis (metal staining of tissues) - have all been used as umbrella terms in the literature to describe the range of adverse local soft tissue destruction caused by metal debris from MoM articulations and modular junctions in THA. These adverse reactions can be the result of bearing debris or various types of corrosion which occurs not only at a MoM articulation, but can also because of mechanically assisted crevice corrosion at metal-metal modular junctions.

Histologically, ALTR appears as a lymphocytic inflammatory response that leads to vasculitis induced necrosis of soft tissue and bone [8] Most patients do not have the more rarely diagnosed forms of metal hypersensitivity, but local immune reactions (ALTR) to excessive Co ions and CoCr wear debris particles which may be nano in size. The type and composition of wear particles and their biological impact are important.[9] Patients may experience these reactions even in the presence of lower wear volumes, so MoM is inherently and unreasonably dangerous and defective.[10]

In addition to ALTR, metal ion adverse events that may occur in MoM hip implant patients include[11]:
- General hypersensitivity reaction (skin rash)
- Cardiomyopathy
- Neurological changes including sensory changes (auditory, or visual impairments)
- Psychological status change (including depression)
- Renal function impairment
- Thyroid dysfunction (including neck discomfort, fatigue, weight gain or feeling cold.

The result of a revision surgery due to ALTR or other indicia of metal-on-metal failure frequently is a worse prognosis than revision of other types of bearing surfaces. [12] The outcomes are sometimes suboptimal. Early results of the revision of monoblock MoM THA have shown an unfortunately high complication rate ranging from 20% to 38%. The most common complications include instability and aseptic loosening of the revised acetabular component thought by some to be secondary to soft tissue and bony necrosis[13], but the high frictional torques generated at the MoM articular surface interface due to bigger diameter femoral heads and due to start-stop "sticking" also play a role.[14,15]

## Hip Background

The natural hip joint consists of two parts: a socket and a ball. A portion of the pelvic bone forms the cup, or socket; the "ball" at the top of the thigh bone fits into it. A smooth, glossy substance, called cartilage, covers the two bone surfaces where they meet, providing a cushion for ease of motion. You move this joint every time you take a step. It flexes, extends and moves out to the side. Over a period of years, these smooth surfaces can wear out. The cartilage thins out and breaks down, and unprotected bone surfaces rub against each other. This causes the swelling, inflammation and pain associated with arthritis.

Total hip replacement (THR) surgery also known as total hip arthroplasty (THA) surgery creates a new artificial joint that ultimately can be pain free. The implant attempts to replicate the human anatomy -- the relatively simple ball-and-socket structure of the hip joint. The leg can be flexed and extended and moved out to the side (abduction and adduction).

For a metal-on-metal THA, the surgeon inserts a metal cup into the pelvic socket, or acetabulum. The smooth inner diameter of this cup (or the smooth metallic liner of this cup in the case of modular acetabular components) precisely mates with a spherical femoral head allowing for flowing movement. The diseased ball part of the thigh bone is removed and replaced by, a cobalt-chromium (CoCr) alloy ball mounted onto a metallic femoral stem, which is fitted snugly into the thigh bone. The stem is typically manufactured from a Ti6Al4V alloy or a CoCr alloy.



**Figure 1:** General Anatomy & Terminology

Finally, the ball is placed securely into the pelvic socket, where it should move easily and

without causing significant friction or pain.  The materials used in the implant are specially developed and sterilized for medical use. The implant integrates with the natural bone structure and attempts to function like a normal hip.

## 4.  BIOMET METAL-ON-METAL PRODUCTS

**NOTE:  The statements in this section of the report are not opinions of the author, but are instead intended to summarize the various MoM devices manufactured by Biomet and Biomet's claims about the features and benefits of those products**.

Biomet had seven MoM product family offerings. The information in this section is taken from documents produced by Biomet. The patient risk for metal wear debris and corrosion varied due to the differences in each design. For example, the head diameter was limited to 28 mm in the M2a RingLoc system which subsequently should have produced lower frictional interface torque compared to the 38 mm and larger femoral heads. The materials and interface tolerances were slightly different in the product families, as will be discussed in greater detail below, and the femoral head itself was modular in the very large heads used in the M2a-Magnum system. A titanium taper adapter is assembled into the M2a- Magnum head, moving the taper interface of CoCr-Titanium that is subjected to CoCr taper fretting corrosion, diametrically outward.

Biomet received FDA clearances, as well as EC design examination certificates for various MoM systems  from the British Standards Institute.  The M2a Devices below are discussed in this document:

THA
1. Biomet M2a–Taper, 28 & 32 mm heads (*2000, 510(k) K993438-28mm, 510(k) 003363-32mm, IDE before 510(k), one-piece CoCr head, modular CoCr liner mated to a porous coated Ti alloy shell*)
2. Biomet M2a–RingLoc – 28mm heads (*2000, 510(k) K002379) one-piece CoCr head,  modular bi-material liner mated to a porous coated Ti alloy shell*
3. Biomet M2a-28 28 mm heads (*2001, 510(k) K011110) one piece CoCr head and one-piece porous coated CoCr  shell design*
4. Biomet M2a-38 38 mm heads (*2001, 510(k) K011110) one piece CoCr head and one-piece porous coated CoCr  shell design*
5. Biomet M2a-38 38 mm heads (*2003) one piece CoCr head and one-piece porous coated CoCr  shell design, no flare* finned cup
6. Biomet M2a–Magnum 38/60 mm heads (*2004, 510(k) K042037) 38 & 40 mm size heads  are monolithic, CoCr; 42/60 mm heads are fitted with a 2° titanium taper adaptor, monolithic porous coated CoCr she*ll

Resurfacing
7. Biomet ReCap Femoral Resurfacing System 38/60 mm heads in 1 mm increments (*2007, 510(k) K071053) CoCr monolithic  head and monolithic porous coated CoCr shell.* Use of this device as a total hip was not approved in the USA, but was allowed in other countries.

10



**Figure 2**: Biomet MoM product offerings and commercial availability dates.

Biomet's M2a all-metal MoM total hip arthroplasty system was introduced globally in 2000[16]. Biomet submitted its request for US FDA 510(k) regulatory clearance for the M2a-28 in February 2000 and it was cleared on May 18, 2000. The predicate devices were listed as the Biomet Mallory Head Acetabular Cup, Biomet Universal Acetabular Cup (*approved in 1986 K861433*), Biomet CoCr Femoral Components (*cleared in 1994, K942479*), and Sulzer's Inter-Op Metasul (*cleared in 1999, K974728*).

11

**M2a RingLoc**




**Figure 3**: The 28 mm M$^2$a-RingLoc™ System is introduced in Europe in May of 1996, and cleared d for sale in the USA in 2000.

The M2a-RingLoc with its polyethylene (PE) liner backing was designed to replace the Hexloc PE liner, which had a rapidly declining success rate after 15 years (67%). The Hexloc liner had an inferior locking mechanism, utilized inferior UHMWPe and had a cylindrical and thinner design as compared to the Hexloc liner. NOTE: Between 1990 and 1994, a Hexloc liner for this device was manufactured from gamma-in-air sterilized UHMWPe. In 1995, Biomet changed the design of the shell to accommodate a more rigidly fixed RingLoc liner, which was compression molded and sterilized in gas (argon), for which Biomet used the trade name "ArCom"



**Figure 4**: The 28 mm Sulzer Inter-Op Metasul product also used in Europe and first cleared for sale in the USA in 1999.

The M2a-RingLoc Liner MoM Articulation was introduced in Europe in 1996 and in the USA in 2000, and was considered by Biomet to be a slight modification from the M2a-Taper MoM Articulation cleared under K993438. The design involved a change to locking the liner mechanism and featured a metal liner inserted into a polymeric liner which fit into the Metal RingLoc acetabular shell. The bi-material liner consisting of an UHMWPe and a thinner CoCr articular surface was similar to the Sulzer Inter-Op Metasul product cleared in 1999. The metallic RingLoc shell is designed with a peripheral flare around the rim of the shell, which was designed to allow the surgeon to take advantage of the bone stock, and engages the anterior and posterior columns around the periphery of the acetabulum to achieve shell fixation.

A Porous Plasma Spray RingLoc + Acetabular system was approved for market in the US in April 2010. The predicate devices were the M2a RingLoc Acetabular Liners

12

(K002379) and the Regenerex RingLoc+ Modular Acetabular  Shell (K070369).  The Porous Plasma Spray RingLoc + Acetabular system is a series of acetabular shells that incorporate  the RingLoc+ locking mechanism design of the predicate devices and are compatible with Biomet's M2a -RingLoc  Acetabular Liners or the conventional RingLoc UHMWPe Liners that are currently on the market.

A 2011 study by physicians in the Netherlands[17], found that compared to the HexLoc,  the RingLoc system did not improve the mean percentage survival at 10 years, nor did it reduce liner wear. The authors noted that despite  correction of the known design flaws in the HexLoc design, the RingLoc system did not show a clinically relevant  improvement compared to its predecessor.

### M2a-Taper

Biomet's M2a Taper MoM total hip arthroplasty system was introduced globally in 2000.[A,18]  Biomet submitted its request for  510k clearance for the device in February 2000 and the device was cleared by the FDA on May 18, 2000, for the 28 mm cup. Biomet received  FDA clearance for the 32 mm taper system on December 15, 2000.  The predicate devices were listed as the Biomet Mallory  Head Acetabular Cup, Biomet Universal Acetabular Cup (cleared in 1986, K861433), Biomet CoCr Femoral Components  (cleared in 1994, K942479), and Sulzer's Inter-Op Metasul (cleared in 1999, K974728).  The M2a-Taper  MoM articulation was granted an Investigational Device Exemption (IDE) before obtaining 510(k) clearance.[19]



**Figure 5:** Brochure images of the Biomet M2a-Taper components.

The M2a-Taper consists of a modular acetabular component, i.e. acetabular metal shell with a metal tapered insert, and a  metal modular femoral head.  The acetabular shells used are Mallory-Head Radial Solid Shell with Apical Hole and the  Universal 2-Hole Acetabular Shell.  Both are made of Titanium and come in sizes from 48 to 70 mm with a minimal shell thickness of 2.5 mm. The shells were initially cleared in the US for uncemented use.

---

[A] Biomet obtained Premarket Approval (PMA) for the M2a/C2a Acetabular System in 2005, which utilizes a ceramic liner and femoral head for a "ceramic-on-ceramic" (CoC) articulation, as opposed to metal-on-metal articulation (MoM).

The tapered acetabular liner is made of wrought CoCrMo and has a minimal thickness of 4.5 mm.  The outer tapered  surface of the liner is roughened to increase the locking strength and the average push-out strength is 612 lb.

The modular femoral heads are made of wrought CoCrMo as well and come in two sizes: 28 mm and 32 mm.  These two  head sizes pair with shell sizes ranging from 48 mm to 70 mm.

**Metal-on-Metal Family**

| Head size | 28mm | 32mm | 38mm |
|---|---|---|---|
| ROM | 126° | 132° | 154° |
| Shell Sizes | 48–70mm | 52–70mm | 48–70mm |

The surface finish is claimed to be <0.05μ and the sphericity is claimed to be <5μ.  There are 7 femoral component neck lengths that can be paired  with the femoral heads ranging from -6mm to +12 mm.   According to the literature, radial clearance of the head and liner ranges from 25 to 75μm.

Biomet design documents note that the 32 mm articulation has a specified radial clearance ranging   from 25.4  to 76.2 microns (.001" to .003").

### M2a-38

The FDA cleared the M2a-38 in 2001. The predicate devices were the M2a-28 mm Acetabular System (K993438), M2a-32 mm Acetabular System (K003363), McKee Farrar Pre-amendment Device and the DePuy Pinnacle MoM Acetabular Cup (K003523). The M2a-38 is a one piece CoCr alloy acetabular design  *(also known as non-modular, monoblock or monolithic design)* where the inner surface of the cup is the bearing surface. The external surface has a Titanium alloy plasma spray porous coating for press fit bone ingrowth fixation and the inner surface is highly polished for articulation with a 38 mm CoCr femoral head.

The acetabular cup is a solid CoCr design with a Ti plasma spray on the outer side.  It has a 17° rim flare with 4 pairs of  small fins for initial fixation in the anterior and posterior columns.  The M2a-38 accommodates acetabular cup sizes from  48mm to 70mm.  Larger sizes of the M2a -38 hemi cup  (> 56 mm) have  the ability  to secure the cup to the pelvis at the perimeter with screws in addition to press fit fixation.

The femoral head is 38 mm and the range of motion is reportedly 154° and the femoral components come in 7 neck lengths  ranging from -6mm to +12mm with the +12 mm length requiring a skirt.

Many monoblock CoCr acetabular cup configurations are too thin to allow peripheral bone screw holes. None of the M2a-Magnum products have bone screw fixation holes and only the 56 mm and larger M2a-38 mm acetabular cups have holes to accommodate fixation screws.

*Range of Motion Comparison M2a-Taper vs. M2a-38*

14

|        | M2a -Taper | M2a -Taper | M2a-38   |
|--------|------------|------------|----------|
| Head   | 28mm       | 32mm       | 38mm     |
| Shell  | 48-70mm    | 52-70mm    | 48-70mm  |
| ROM    | 126°       | 132°       | 154°     |

The arc of coverage of the M2a-38 is 157.4°.

  

**Figure 6:** Brochure images of the Biomet M2a-38 products. The shells shown in the left and center featured this small flare. The typical range of motion when mated to the Biomet Taperloc stem with the Type 1 taper was 154 degrees for the M2a-38, as shown. [M2a -38 metal-on-metal Brochure Y-BMT-735/021502/K ©2002. M2a-38 metal-on-metal hemi cup Y-BMT-837/123103/K ©2003.]

Like the M2a-Magnum hip, the M2a-38 hip is a large-head system with two modular junctions capable of releasing cobalt and chromium ions, in this case, the shell/head and the head/neck junctions. The M2a-38™ CoCrMo mono block acetabular shell, however, is much thicker and also undergoes post-manufacturing heat treatment which can have deleterious effects on wear and enhance metal ion release. [B]

The M2a-38 featured a Type 1 trunnion and mated with Biomet stems such as the titanium alloy (Ti6Al4V) Taperloc stems with this Type 1 taper.

---

[B] Emerson, RH and Pietrzak, WS: **Survivorship Analysis of Three Metal-on-Metal Total Hip Designs from a Single Manufacturer and Adverse Tissue Reaction Rates**, March 6, 2012 (*Citation for this was not found in PubMed*) [BMT-MM00473153/ 3182]

 

**Figure 7:** Brochure and reference literature images of Biomet products.  Left:  M2a-38 mm head and shells (2 views);  Right: Taperloc hip stem with Type 1 taper [20].

M2a-38  Clinical Data[21]

Biomet learned of a report from a single center in the United States of a statistically significantly higher risk of revision in female patients treated with M2a-38 than male patients. When data from that center is pooled with all data available to Biomet for analysis, there is a statistically significant, higher risk of revision in female patients treated with M2a-38 than male patients (female vs. male hazard ratio =1.58 (p<0.05). A statistically higher risk of revision in female patients is not observed, however, when the data from the single U.S. center is excluded from the analysis (hazard ratio = 1.26 p>0.05).

| Gender Impact on Risk of Revision (Female vs. Male) | Hazard Ratio | p-value |
|---|---|---|
| All Data Sources | 1.58 | 0.03* |
| All Other Data Sources excluding the single center in US | 1.26 | 0.33 |
| Single center in US only | 3.20 | 0.008* |

*The gender impact is statistically significant.*

The following table shows a gender analysis of Biomet results. The Kaplan-Meier survivorship for M2a-38 all-female cases is statistically/marginally statistically significantly lower than all THA and all MoM in the Australian NJR.  The revision rate per 100 observed component years (OCY) for M2a-38 all-female cases is statistically significantly higher than that for all THA in both the Australian NJR and the England and Wales NJR. When the data from the single U.S. center is excluded, there is not a statistically significant difference in Kaplan-Meier survivorship between M2a-38 female cases and any benchmarks, except all THA in the Australian NJR. The Kaplan-Meier survivorship for M2a-38 all male cases is statistically/marginally statistically significantly higher than all MoM in both the Australian NJR and the England and Wales NJR.  The revision rate per 100 OCY for M2a-38 all male cases is statistically significantly lower than all MoM in both the Australian NJR and the England and Wales NJR.

| | M2a-38 All Male | M2a-38 All Female Including the single US center | M2a-38 Female Excluding the single US center | Australian NJR – All MoM | Australian NJR – All THA | England and Wales NJR – all MoM | England and Wales NJR – all THA |
|---|---|---|---|---|---|---|---|
| Kaplan-Meier survivorship – 7 yr | 95.1 (93.2, 96.5) | 89.5 (86.1, 92.1) | 92.2 (89.0, 94.6) | 92.7 (92.1,93.2)* | 95.6 (95.5,95.8)* | 86.4 (83.0,89.1) | - |
| Revision rate per 100 OCY | 0.67 (0.49,0.89) | 1.15 (0.91,1.42) | 0.91 (0.68,1.18) | 1.23 (1.15,1.31) | 0.74 (0.72,0.76)** | 1.73 (1.64,1.83) | 0.74 (0.72,0.76)** |

*Biomet results in females including the single US center is statistically/marginally statistically significantly lower than benchmarks per confidence intervals.
**Biomet results in females including the single US center is statistically significantly higher than benchmarks per confidence intervals.

### M2a-Magnum Metal on Metal Articulation

The Biomet M2a-Magnum metal articulation system consists of a CoCrMo monolithic/monoblock acetabular cup, which  articulates with a CoCrMo modular head and in some cases, a titanium taper adapter.  The system is designed  to allow for the largest size head for the smallest possible acetabular cup.  Biomet touts the M2a-Magnum Large Metal  Articulation Systems as the optimal joint restoration with ultra-low wear rates in vivo, with excellent stability, dislocation  resistance, decreased wear and increased range of motion, which exceeds 160˚.  Biomet's brochure touts a 99.2 % survivorship rate in 1,073 cases with an adverse event rate lower than industry average (0.056% vs 0.17%).

Biomet received FDA clearance to market the M2a-Magnum through the 510k process in 2004, by submitting mechanical  testing but no clinical data.[281]  In its 510k application, Biomet lists the following predicate devices:

- M2a Acetabular System 38mm (K011110)
- Bio-Moore Endo Heads (K984028)

17

- New BioMoore Endo Head (K002106)
- Taper Adapter
- Wright Conserve Plus Spiked Shell (K031963)
- Conserve Total 5 mm Femoral Head
- Wright Metal Transcend Articulation System (K021349)



**Figure 8:** M2a –Magnum images.

The M2a-Magnum one piece acetabular cup is an 'as-cast' high carbon cobalt chrome molybdenum (CoCrMo) alloy[283] press- fit design, with a titanium Porous Plasma Spray outer surface and a highly polished inner geometry.

Compared to the M2a –Taper modular acetabular MoM articulations, the thinner wall monoblock (1-piece) CoCr M2a-Magnum Large MoM acetabular cups have an increased risk of deformation due to pinching or closing of the shell during press-fit impaction into patients with strong pelvic bone.

The M2a-Magnum cup comes in multiple sizes with outer diameters of 46mm to 66mm. The exterior geometry contains four pairs of peripheral fins to enhance rotational stability and aid initial fixation. The outer diameter of the cup is fully hemispherical (180°).

The inner diameter cup is consistently 6 mm less than the outer diameter at the apex and ranges from 38 mm to 60 mm diameters in 2 mm increments. To resist deformation forces, the cup is manufactured with a 6mm thickness at the apex and an average of 3mm thickness at the rim. This design is specific to the M2a-Magnum component and allows for the maximum head to cup ratio. The constant 6mm mismatch between the head and cup allows for the maximum head size to be inserted into the smallest possible cup, e.g. 60 mm head into a 66mm cup.

The modular head outer diameter is designed to fit directly with the mating acetabular cup. The modular head sizes range from 38 to 60 mm outer diameters in 2mm increments and match to the inner diameter of the acetabular cup.

18



**Figure 9**: The M2a-MagnumCoCr cup thickness is shown.

The smaller head sizes for the M2a-Magnum System (sizes 38mm and 40mm), are a one-piece designs allowing for neck  length variations ranging from -6mm to +12mm (left image below).   The M2a-Magnum modular head has a large  diameter very shallow taper that connects to a titanium adapter that allows it to be connected to either a Type 1 or a 12/14  tapered stem.

Note:  The head designs cleared in 2004 connected to femoral stems with a Type 1 taper. The modular  head designs were updated in 2006 to mate with femoral stems with a12/14 taper design.

Neck length variations are achieved through the use of the titanium adapter assembled with the modular head component.  Head sizes 42mm to 50 mm are designed to be assembled with a smaller diameter 2˚ titanium taper adapter.  The 52mm to  60 mm modular heads are to be assembled with a larger diameter 2˚ titanium adapter (below right).

Design documents[22] show that the taper adapter pieces include five dimples evenly spaced on the outer surface to facilitate head/adapter removal from the hip stem with an offset punch tool.



**Figure 10:**  Magnum heads are either monolithic (38 & 40 mm diameters) or modular with a titanium taper adaptor assembled to the head. (42/60 mm diameters).

It was noted in a CAPA file that the actual ROM of the 139260/62 M2a-Magnum Taper inserts and 157442/22 M2a-Magnum modular heads when combined, is only 142 ° and not the 160° claimed.[BMT-MM08993775;entry 106/107 dated 9/29/2995]

19

In 2010 Biomet released its publication, *The Performance of Modern All-Metal Bearings*.[23] Biomet stressed that the Medicines and Healthcare products Regulatory Agency (MHRA) found no evidence  increased levels of cobalt and chromium ions are associated with any clinical effects. Biomet emphasized that the FDA  MAUDE data from 1998 to 2009 showed a much lower event rate with the Biomet M2a system (0.05%) as compared to the industry average event rate for all MoM systems (0.17%) and that the survivorship for the M2a-Magnum  at 3 years was 99.2 percent. In another document, Biomet touts that the revision rate is comparable to metal-on-poly products in the Australian and New Zealand NJR  (2.6 & 2.9%)[24]

Biomet attributed its success to the fully hemispherical acetabular shell, its closed-back femoral head design, and its higher diametral clearance of 150-300 microns.  Note: The Diametral Clearance for the  ASR XL is said to range from 70 to 100 microns.

### Hybrid ReCap - Magnum Large Diameter Articulation System

Biomet's ReCap *Femoral Resurfacing System* is an alternative for patients suffering from early-to mid-stage avascular  necrosis.  The ReCap femoral components are indicated for Hemi Arthroplasty, i.e. ReCap femoral head surface  articulating directly with the natural acetabulum.

The ReCap Femoral Resurfacing system was approved for market in the US by the FDA's 510(k) process on June 29, 2007. The system preserves bone by simply resurfacing the femoral head with a thin layer of highly polished metal  leaving the femoral canal untouched.  These large resurfacing heads are available in 38 to 60 mm sizes at 1 mm increments and are highly polished to the M2a-MoM tolerances providing a smooth bearing surface. Biomet documented a radial clearance of 75 to 150 microns between  the head and the acetabulum when used with a metal shell.



**Figure 11**: Biomet Recap resurfacing femoral component.

The Biomet Recap Total Resurfacing System uses the ReCap Femoral Resurfacing Component and the M2a-Magnum  Acetabular Shell.  This combination system is *not approved* for use in the US but was approved for a clinical trial to  research the safety and effectiveness of using the devices together.

One factor reducing risk in Recap hip resurfacing applications (HRA)  is the absence of one or more modular metal-metal taper connections which eliminates the risk of elevated ions due to taper fretting and corrosion. In the Biomet M2a-38 mm  style implant there was only one metal-metal taper junctions present.

There were several clinical trials on the Total Resurfacing System being conducted in other countries -- Netherlands,  Denmark, France, and Belgium.  The Biomet ReCap Femoral and Magnum Acetabular systems as well as the Magnum  large bearing femoral head for stemmed total hip arthroplasty were sold outside the US beginning in June 2003. (Recall  that the Biomet M2a-Magnum system was cleared by the FDA for market in the US in November 2004.)  Using the  uncemented *Biomet Magnum acetabular component* and the cemented *ReCap femoral component* together for the  indication of hybrid hip resurfacing is currently under clinical trial and is considered an *off-label* use in the United States  but is approved in most other countries.

Biomet suggested the use of the Endo Heads as an interim solution to revise failed ReCap resurfacing heads with a  well fixed acetabular cup in Europe until the one piece Magnum heads were completed and approved.



**Figure 12:**   Biomet Acetabular systems evolution from 1990 through  2007 [BMT-MM01986424].  Note that multiple liner articular surface materials are shown.  In 1990 the only acetabular cup  liner offering was UHMWPe.  Monolithic metal shells and metal liners were introduced between 1996 and 2004.  By 1995  Biomet had developed an improved ArCom polyethylene sterilized in Argon (inert gas) in barrier packaging.[C] On March 8, 2005 Biomet received clearance for their highly cross linked polyethylene (ArCom XL, K042841), and their first vitamin E stabilized UHMWPe (K050327) , and in 2007-2010 vitamin E stabilized highly cross linked UHMWPe (K070364,K070399,K073102, K090103, K093549, K100048)

---

[C]Biomet Brochures for ArCom Polyethylene: Form No.Y-BMT-503/071997/T©1997, Form No.Y-BME0194.0 Rev 101512©2012.

Dave Schroeder testified concerning Biomet's alternative polyethylene bearing materials:

- ArCom was an improved polyethylene material that Biomet developed around 1993.[DS 56]
- By 2000/2002 other manufacturers had highly crosslinked polyethylene and Dave Schroeder was asked to see if Biomet could develop a superior technology to the competitors' highly crosslinked polyethylene.[DS 73,74]
- Biomet work on ArComXL in about 2002 because highly crosslinked polyethylene appeared to reduce the amount of polyethylene debris that shed from those components.[DS72]
- Biomet started selling ArComXL around 2004.[DS 56,57]
- Biomet developed a material that was able to get the crosslinking, but not be subject to degradation from residual free radicals to maintain the mechanical properties of the material.[DS 75]
- In 2007 the volumetric wear rates of MoP using E-Poly (now E1) were approaching the lower rates of MoM. The wear rate was lower than ArCom, but not as low as MoM. [DS 177]

## 5. ANALYSIS

### General Defects in Biomet MoM THA Devices

Total hip joint replacements fail because of three major reasons.

(1) Biological causes such as infection, fixation failure due to lack of in-growth or biological reaction to wear particles produced by joint motion;

(2) Mechanical causes such as fractured prosthetic stem, separation of component parts or wear-out of bearing components;

(3) Failure at the bone-cement interface (cemented components), bone prosthesis interface (press fit or in-growth interface)

Biomet's Patient Brochure for the M2a-Taper [D] states:

> "The $M^2a$™ -Taper Metal-on-Metal Articulation was developed by Biomet Orthopedics, Inc., of Warsaw, Indiana. It is a joint prosthesis (implant) system designed for long-term performance. This product is one of the options available to you and your surgeon. For your hip replacement surgery, your surgeon will choose the implant that best meets your needs. The goal is to help you live the most productive and active life possible."

In an early M2a MoM brochure, Biomet stated that clinical experience shows polyethylene wear particles play a major role in the failure of total hip arthroplasty and with subsequent bone loss due to osteolysis. They argued that this is of particular importance in young, active individuals where long-term fixation and survivorship are required. To solve the problem, the company claimed it developed the M2a system,

---

[D] Biomet Brochures for M2a-Taper: Form No Form No. Y-BMT-682/022801/K ©2001 Biomet Orthopedics, Inc.

which it described as "**an optimally designed and inserted metal-on-metal bearing with low wear debris generation.**"[E]

MoM products were touted as an attempt to increase THA longevity, particularly when used in younger and more active, higher demand patients. One objective for MoM technologies was to reduce wear sufficiently to eliminate biological reaction to particulate debris which resulted in the osteolysis and loosening sometimes seen in conventional metal on polyethylene implants. Another goal was an attempt to reduce the risk of hip dislocation while allowing patients potentially greater range of motion (ROM) through the use of larger diameter femoral heads.

At the time that Biomet's MoM products were developed (~1995- 2004) Biomet, and other manufacturers in the industry, had already made improvements to their THA designs, and the materials used in these designs, which allowed them to achieve the first two goals, **increased longevity and reduce wear**, without the use of MoM technology. Biomet and others were also each concurrently attempting to achieve the second goal, **reduced hip dislocations,** *as well as could be expected,* via these same implant design upgrades in conjunction with surgical technique and instrumentation modifications.

To evaluate the defects in Biomet's MoM THA devices the status of THA technology at the time the devices were developed for commercialization must be reviewed.

THA Evolution

Prior to the early 1950's, patients suffering from degenerative joint disease of the hip had few treatment options open to them: (1) Osteotomies; (2) Arthrodesis; (3) Facial interposition arthroplasty; or (4) Femoral head resection interposition arthroplasty with femoral neck displacement (so called Girdlestone operation). Total hip replacement is generally regarded as the major advance in orthopaedic surgery of the 20th century, with impressive progress being reported during the past fifty years.

During the late 1950's and throughout the 1960's, end stage degenerative disease of the hip joint was treated with hemi-joint replacement of either metal acetabular cups or metal femoral heads. In the later part of the 1960's, both sides of the joint were replaced with metal components of the Ring and McKee-Farrar type. With the arrival of the Charnley prosthesis, most surgeons, including Dr. McKee and Dr. Ring, abandoned the MoM prostheses in favor of the Charnley MoP implant.[25] The modern era of total hip joint replacement started in the late 1960's with the pioneering work of Sir John Charnley. He combined the use of an Ultra High Molecular Weight Polyethylene (UHMWPe) acetabular cup, a stainless steel femoral component with a stem and a 22 millimeter ball and Poly-methyl-methacrylate (PMMA) "cement" as a grouting material to hold both components to their respective bones.

John Charnley's low friction arthroplasty, based upon metallic femoral heads of small diameter, and ultra-high molecular weight polyethylene (UHMWPe) acetabular cups (metal-on-polyethylene (MoP)) became known as the gold standard, but alternative

---

[E] 2000 M2a Taper MoM, Biomet Brochure [BMT- MM00023373/386].

material pairs were also in use.  Ceramic femoral heads reduced the wear of UHMWPe by about 50 per cent (ceramic-on-polyethylene (CoP)), and much work has subsequently been carried out to minimize the possibility of brittle fracture of ceramic heads. Interest in hard-on-hard material pairs such as metal-on-metal (MoM) and ceramic-on-ceramic (CoC) has also persisted. The former was widely associated with the name of George McKee in the 1950s and 1960s, and his work was contemporary with John Charnley's development of the low friction arthroplasty. However, friction was then widely regarded as the limitation on longevity of hip replacements *in vivo* and the relatively frequent failure of most of the early MoM  implants greatly diminished interest in this form of hip replacement compared to that of the MoP.

By the 1980's survivorship of the implants that had been in use was impressive. For example, in 1987 Ritter and Campbell reported on  791 patient treated between 1969 and 1980 receiving three types of total hip implants and stated that at 10 years after operation, 91% of the Charnley, 88% of the T-28, and 80% of the Muller prostheses survived. It was accepted that a Charnley type total hip replacement could give perfectly satisfactory results in an elderly inactive population. In 1989 Salvati et al reported 91% survival of the Charnley arthroplasty (both components), 91% survival of the femoral component, and 96% survival of the acetabular component at fifteen years.[26]  Cornell and Ranawat[27] reported a slightly lower 87.6% 10-year survivorship of 1010 THA in  85 middle-aged (<55 years) patients.

While the Charnley device had demonstrated a good survival record in its clinical history, it still did not solve some surgical problems. The prosthesis had a 22.24 millimeter head. This gave rise to a higher rate of penetration into the UHMWPe acetabular component, thus limiting long term life for some high demand patients. The small diameter also allowed easier subluxation and dislocation, a severe complication for total hip patients. At the other extreme, a 32 millimeter head was more stable, reducing subluxation and dislocation, but produced more particulate debris from polyethylene wear. This particulate debris increased the likelihood of loosening from a process known as osteolysis. Thus,26 and 28 millimeter diameter femoral heads became the dominant size used because of the minimization of wear coupled with acceptable resistance to subluxation and dislocation.

To improve the prosthesis durability the design of the THA implants and the surgical procedures evolved over time.  Each of the two components of a total hip joint replacement has its own design challenges and has evolved over the past five decades. The femoral component started as a solid, unitary component made of stainless steel and then evolved into more complex design configurations. Among the earliest was a material change from stainless steel to titanium alloy or cobalt chrome alloy. In order to have a choice of head sizes and femoral neck lengths available after the stem was implanted, manufacturers started using a system of modular femoral stems and heads. These accommodated a bearing surface of varying diameters as well as extensions to the neck to allow changing of the neck length. To attach the two components, a locking taper was created, usually with a trunnion on the stem side and a matching female taper on the head/neck component. Stem designs evolved with regard to the method of attachment between stem and femoral canal. The initial method of attachment used PMMA as a grouting material. In order to avoid stem loosening, a problem more common in younger,

24

more active patients, biological fixation was introduced. The stems were coated with a porous surface and the medullary cavity was shaped so as to be congruent with the stem shape. This allowed for bony ingrowth into the stem surface, and produced a longer lasting mechanically stable interface.

In a manner similar to the femoral component, the acetabular component has also evolved. With the recognition that wear would occur in the one piece polyethylene acetabular cup, manufacturers started placing a polyethylene bearing insert inside a metal acetabular lining cup. This modular cup design allowed for bearing replacement without the bone damaging process of having to remove the entire acetabular component. Eventually it was realized that an interface consisting of metal liner covered with PMMA cement that interfaced with the acetabular bone was not sufficiently strong for the younger, more active patient. With the improvements in the technology of biological fixation, the cement used to fix the liner in the acetabulum was replaced by a porous coating on the lining shell. This allowed direct fixation by bone ingrowth. This modular approach to acetabular design also allowed the intraoperative choice of bearing size.

**Since the days of Dr. Charnley, UHMWPe acetabular bearings have been (and still are) the gold standard in total hip arthroplasty  (THA). MoP is and always has been the most commonly used articulation in the United States, followed by CoP.**

The clinical literature  by the early 2000's supported  excellent survival of at least 90% at 10 years for modernized  primary  THA products implanted in the late 1980's and 1990s, and many reported better than 95% survival at 10 years.[28,29,30,31] Some younger patient cohorts generally had somewhat  reduced 10-year survivorship. For example, Duffy et.al. reported a 84.9% survivorship for the femoral components and 81.3% survival of the acetabular components in patients < 40 years of age at time of implantation.[32]

In 1999 The National Institute for Health and Care Excellence (NICE) guidelines, UK , recommended selecting a prosthesis that attained the ten-year benchmark of a revision rate of 10% or less at ten years, or that had a minimum of three years revision rate experience and was on target to reach this benchmark.[33,34] This recommendation was based on historical registry data in the UK. Peer reviewed literature as well as registry data continue to support excellent survival of THA.  The expected survivorship for a THA is currently  95% or greater at 10 years,[F]  and greater than 3%  at 5 years (or greater than 5% at 5 and 10 years depending on which criteria is used).[G]

In 2001 Mallory et.al.[35] reported 97.5% survivorship (mean 12.2 years follow-up, range 10-15 years) for THA's utilizing Biomet's products including their tapered cementless femoral component.  Three (2.5%) femoral components were revised secondary to aseptic loosening, with a mean time to failure of 9.73 years (range, 3.65–13.48 years), yielding a 97.5% survivorship. Of these 3 femoral component revisions, 2 were attributed to loosening resulting from acetabular failure caused by lysis secondary to polyethylene

---

[F] Current National Institute for Health and Care Excellence (NICE)  guidelines, UK.
[G] Australian Orthopaedic Association National Joint replacement Registry Annual report, Cumulative Percent Revision of Primary Total Conventional Hip replacement, Primary diagnosis OA, excluding MoM, or  the NICE guidelines.

debris. The third revision represented a true stem failure because of aseptic loosening. At the most recent follow-up improvement was observed in the overall Harris hip score and in the Harris hip score pain component, with mean improvements of 38 and 28 points. Thigh pain was absent or minimal in 112 (96.6%). The authors stated:

> "This study suggests that the proximal-to-distal, dual-tapered geometry of this cementless, tapered femoral design results in less stress shielding, minimal thigh pain, and lack of distal lysis. The textured plasma-spray surface in this porous-coated design remains durable, continuing to produce positive bony responses as observed radiographically. The remarkable Harris hip score improvement, low incidence of thigh pain, and high survivorship percentage, combined with a low incidence of significant stress shielding and a minimal incidence of distal osteolysis, suggest excellent long-term results with the use of this uncemented tapered femoral component, adding credence to the design rationale and justifying its continued use."

Due to the success of joint replacement surgery, by 2001 increasing numbers of young patients were being treated. Bhamra and Case reported in 2006 that approximately 33% were under 60 years old and 10% were under 40 years old.[36]

### UHMWPe  Processing and Wear Characteristics

UHMWPe has been used as a bearing surface in joint replacement prostheses for over three decades. UHMWPe is known to have superior resistance to wear compared to other polymers. However, several studies have shown that UHMWPe components undergo wear processes and generate wear debris as they articulate against a metal or ceramic counterface, which can elicit an undesirable biological response.

In the 1980's through early 1990s most UHMWPe total joint components were sterilized by gamma-irradiation in air. The presence of oxygen during this sterilization process and storage of sterilized components has been known for many years to cause progressive oxidative degeneration of 'implant grade' polyethylene.  It is also associated with decreased wear resistance and increased stiffness and brittleness.  The physical characteristics (quality) of processed and sterilized UHMWPe components alter fatigue failure risk of a joint implant design.  The presence of free radicals in the material greatly reduces its longevity in service. By the mid-1990s The role of UHMWPe wear debris in stimulating macrophages and leading to osteolysis around total joint replacements, had been well established.[37,38,39,40,41,42] Wear debris generated by a combination of adhesive and abrasive wear is believed to induce biological responses of macrophages and giant cells that are thought to cause osteolysis, bone resorption, and finally aseptic loosening. Wear debris of a critical size stimulates macrophages to secrete cytokines. The  risk of osteolysis due to polyethylene wear debris was sometimes referred to as "particle disease."

**Loosening of THA implants was  attributed to biologic reaction to implant wear debris in conjunction with mechanical overload and breakdown of bone-prosthesis interface or of bone cement, when utilized**.

The fact that there was an established link between the rate of particle release and the severity of the osteolysis encouraged the development of ultra-high molecular weight

polyethylene (UHMWPe) with better wear characteristics. At that time it was recognized from other industrial applications of ultra-high molecular weight polyethylene that the materials could be cross-linked by gamma radiation. This would result in lower abrasive wear rates, fewer wear particles and significantly less femoral head penetration. Since the polyethylene was already subjected to gamma radiation for the purpose of sterilization, investigators examined the effects of increasing and controlling more closely the radiation dose. As Biomet's promotional materials show, it was found that at radiation doses of approximately 10 Mrads, the wear rate, as measured in hip joint simulators, could be reduced to almost negligible numbers.

**Highly cross-linked polyethylene developed in the mid-1990s virtually eliminated the risk of osteolysis.**

By the late 1990s Biomet and other major U.S. manufacturers had switched to improved UHMWPe (GUR 1020, GUR 1050 *or in small quantities, DuPont Himont 1900 (Biomet)*).  They had also abandoned sterilization processes such as gamma irradiation in air and in air/gas permeable packaging which generated free radicals and resulted in premature oxidative degradation of the material. Shelf life was also established for UHMWPe implants. By 1999 excessive wear due to premature (ex-vivo) oxidative degradation of UHMWPe was no longer an issue. In 1995 Biomet introduced ArCom, an isostatically compression molded improved (highly consolidated) and stronger UHMWPe which Biomet claimed reduced wear compared to conventional UHMWPe by 42%, and thus eliminating the UHMWPe wear issues in THA. [Form No.Y-BMT-503/071997/T© 1997]

By 2000 some manufacturers had also introduced highly crosslinked UHMWPe which further addressed UHMWPe wear debris issues in THA:

    1999-  2nd Gen Highly Crosslinked UHMWPe (Zimmer Longevity)
    2000-  2nd Gen Highly Crosslinked UHMWPe (DePuy Marathon)
    2001 – 2nd Gen Highly Crosslinked UHMWPe (Smith & Nephew XLPE)

In 2005 Biomet (Biomet ArCom XL) and others (Howmedica-Osteonics X3, Wright Medical technologies A-Class poly liners) introduced a 2nd Gen Highly Crosslinked UHMWPe, and in 2007 Biomet introduced an antioxidant infused technology in their THA liners. According to a Biomet 2012 brochure, the published survivorship for Biomet's ArCom products ranged from 97.9% at 8 years to 100% at nine years.

It was thought by some in the mid-1990s that MoM hips with decreased volumetric wear rates would result in longer lasting hip implants and less revision surgeries over a lifetime, and that this might solve the earlier problems of late osteolysis presented by polyethylene bearing surfaces in the 1980s and early 1990s. However the significantly improved wear resistance of the highly crosslinked UHMWPe allowed for an increase in femoral head diameter without the need to introduce MoM technologies.

**By 2000 the UHMWPe wear problem in MoP and CoP THA implants was resolved. The efficacy of 2nd Generation Highly Crosslinked UHMWPe's has been validated by excellent survivorship at 5, 10 and 15 years**.

In 2008 at the Winter Current Concepts in Joint Replacement meeting in Orlando, Floria,[H],  Jeff McLaughlin MD, stated:

> " …we've been following every change in polyethylene that we used for 25 years. And 15 years ago we started using ArCom  instead of the compression-molded polyethylene which is just sterilized in Argon so it helps with oxidation. We just finished our 15 year results and this is the plain ArCom, not ArCom XL, which is a very reasonably priced polyethylene. At 15 years with x-rays on every living patient at a minimum of 10 years. 99% of femoral components are in place and well-fixed with no distal lysis. 98% of the acetabular components are in place and well fixed and only 1 case of moderate osteolysis, and 3 cases of mild osteolysis. So in our Wisconsin population, ArCom polyethylene is doing great at 15 years."

The XLPE solution to the UHMWPe wear problem made the new MoM  risks of excessive CoCr wear,  metalosis, elevated local and systems Co ions and related adverse local tissue damage unjustified. The  risk/benefit ratio did not support commercialization of MoM in the USA in 2000.

**Particle Number, Size and Biologic Response – UHMWPe vs MoM**

Wear particles generated by modern MoM prostheses are incredibly small (range: 10-120 nm; mean: about 33 nm), at least an order of magnitude smaller than the size of UHMWPe known to be critical for activation of osteolytic cytokines by macrophages. Co-Cr wear particles will induce osteolytic cytokine production by human macrophages, but only at high volumetric concentrations. Though larger in volume, the UHMWPe particles are relatively inert.

By 2000, the dose response curve for conventional polyethylene was established clinically. This dose response curve defined the quantity of polyethylene particles required to produce osteolysis. For example, in 1995, Nashed et.al.[43]  reviewed 175 polyethylene hip implants with an average follow-up of 7 years and found that osteolysis was present in 87% of patients with polyethylene wear rates of .25mm per year (planar projection on x-ray), but that no osteolysis was present in any of the patients with wear rates of .10mm. Dowd et.al.[44] reported similar results in 2000, showing that osteolysis was evident in all patients with wear rates greater than .3mm per year, but no evidence of osteolysis was present in any patient who had a wear rate of .1mm per year or less. In 2002, Dumbleton et.al.[45]  conducted a literature search of the articles on the subject and concluded that:
> "the literature suggests that osteolysis is infrequent when wear rates are <0.1 mm/y and almost absent <0.05 mm/y."

---

[H] 2008 Winter CCJR Panel Discussion Audio Transcripts on Bearing Options. [BMT-MM02015751] *For the past 32 years the Current Concepts Institute has presented the Current Concepts in Joint Replacement (CCJR) medical continuing education courses directed by A. Seth Greenwald. The CCJR agenda includes debates concerning relevant and controversial topics for orthopaedic joint replacement surgeons.   Over the last several years the role of alternate bearings in total hips have been debated.*

Mean ECD for XLPE is closer to 12 x 10^-6
rate of ~ 8 M to 25M particles per million cycles per some publicaitons

These clinical studies allowed the volume of polyethylene associated with the wear rates to be calculated knowing the diameter of the femoral head and the approximate wear volume correlating to the linear wear rates reported. This, in combination with the published measurement of particle size, allowed the calculation of the number of particles required to produce osteolysis.

It should be noted that the annual wear rate discussions in this report are based upon the published data from the late 1970s indicating an average patient taking *only* 1 million gait cycles per year, which likely underestimates the activity levels of many THA patients by the year 2000.[46,47,48,49,50,51]

In 1997, Kobayashi and his co-authors[52] published a study of polyethylene wear debris in total joint replacements for Charnley hip implants using conventional polyethylene, and reported an equivalent circular diameter of $0.78 \times 10^{-6}$ m (.78 μm or .0078 mm) for the mean particle size. Therefore, the polyethylene particle volume (using a spherical equivalent shape) is approximately or $25 \times 10^{-11}$ mm$^3$. (or 25 with the decimal moved 11 places to the left.)

I based the following polyethylene particle number calculations on the more conservative limit of Dumbleton (0.05 mm/y and the common 28 mm head diameter). Using a conservative maximum tolerable 2D penetration of 0.05 mm per year as observed clinically, the volumetric wear rate of a 28 mm head diameter articulating with conventional UHMWPe would be about 31 mm$^3$ per year as measured in patients for 28 mm heads.[53] Using Kobayashi's particle size figures, the generation of 31 mm$^3$ per year of polyethylene yields the maximum tolerable particle wear rate, based on the size of conventional polyethylene particles, of $124 \times 10^9$ (124 billion) particles per year or 124 billion particles per million cycles.

Devane et al[54] documented that the tolerance to polyethylene wear debris is frequently greater than this conservative estimate. In their study, patients under 60 years of age with either 26 mm or 32 mm femoral heads (PCA products) tolerated an average wear volume of 78mm$^3$/y without signs of osteolysis (corresponding to an average 2D linear wear of .140 mm/y). Patients over 60 years of age with either 26 mm or 32 mm femoral heads tolerated an average wear volume of 63mm$^3$/y (corresponding to an average 2D linear wear of .147 mm/y). These authors also noted that larger head diameters generate larger volumes of wear debris, and there was a decreasing volume of liner debris with increasing liner thickness.

With the introduction of highly wear-resistant crosslinked ultrahigh-molecular-weight polyethylene (UHMWPe), the overall volume of wear debris in THA has decreased compared to conventional polyethylene (PE) from more than 15 mm$^3$/million cycles to less than 1 mm$^3$/million cycles. This reduction in overall PE wear rates has resulted in an associated and substantial reduction in the rates of osteolysis, with several clinical studies reporting no incidence at 5 to nearly 10 years' follow-up. Furthermore, wear particles of specific shapes, such as fibrils or needles that elicit higher cellular reaction have been minimized.[55]

**MoM Particles**

Biomet should have advised surgeons that metal wear particles are incredibly small when compared to polyethylene wear particles, ranging from approximately 10 to 90 nm in size, and are irregular in shape, which leads to a very high surface area exposed to in-vivo fluids facilitating corrosion.[56,57,58,59] Catelas  et al[60] reported the size and shape of metal particles in 2003. (Catelas 2004) They found that using in vitro simulator testing, metal wear particles from a 28mm MoM implant manufactured of a CoCrMo alloy (ASTM F75I92) had an average length of 53 nm (with the majority between 40 and 60 nm) from 0 to 0.25 million cycles (Mc) and an average length of 43 nm (with the majority between 20 and 40 nm) from 1.75 to 2.0 Mc.

For purposes of analysis in my report, I used the particle size reported by Firkins et.al.[61](2001). This work, which was completed in August 2000 and published in 2001, measured the size of metal wear particles generated by MoM hip prostheses and reported the average size of MoM particles generated during in-vitro wear testing  to be very small ,  ~ 33 nanometers in  diameter. 33 nanometers = .033 μm or .000033 mm. Using  a spherical approximation  of the particle shape  the for radius of 16.5 nm, volume of single particle is $18.8 \times 10^{-15}$ mm$^3$  (or 18.8 with the decimal moved 15 places to the left, or 0.0000000000000188 mm$^3$ - 13 zeros.

| Mean Particle Volume | |
|---|---|
| Polyethylene wear debris | 0.00000000025 mm$^3$ |
| CoCr wear debris | 0.0000000000000188 mm$^3$ |

The volume of the mean size polyethylene  wear particle documented by Kobayashi et.al.[62] is on average ~ 10,000 times greater than the  volume of a mean size MoM wear particle as documented by Firkins et.al.[63].  **For the same  THA wear volume there are on average 10,000 more nano-sized biologically reactive and more cytotoxic CoCr particles from MoM compared to polyethylene particles from MoP.**

For MoM implants, if the reported 1 Million cycle wear volume (or 1 year wear volume) is 0.15mm$^3$, which is in the range of wear rates documented by Biomet for the M2a-Magnum under ideal laboratory conditions[I], that is equivalent to 7.97  *trillion* particles per year or per million cycles.

Based on the density of the CoCrMo alloy, one cubic millimeter (1 mm$^3$) of CoCrMo alloy has a mass of about .00828g, and the mass of the Co is about 68% or .005630g (or

---

[I] Steady state volumetric   wear rates claimed by Biomet in their design rationales:

   Magnum [BMT-MM03088970]               Recap
      28mm - .73 mm$^3$ per million cycles      46mm - .19 mm$^3$ per million cycles
      32mm - .30 mm$^3$ per million cycles      56mm - .20 mm$^3$ per million cycles
      38mm - .12 mm$^3$ per million cycles      M2a-Taper
      46mm - .18 mm$^3$ per million cycles      28mm - .73 mm$^3$ per million cycles
      56mm - .13 mm$^3$ per million cycles      Lombardi et al (2001)
   ArCom polyethylene
      28 mm - 27.9mm$^3$ per million cycles

5630 µg) and the mass of Cr is about 28% or about .002318 (or 2318 µg).[J] Using these figures, the number of atoms or potential ions in wear volumes can be calculated.

| Volume (mm$^3$) | atoms Co | atoms Cr | mass Co µg | mass Cr µg | MAX µg/L Co$^{2+}$ assuming 5L blood | MAX µg/L Co$^{2+}$ assuming 6L blood |
|---|---|---|---|---|---|---|
| 0.15 | 8.63021E+18 | 4.02773E+18 | 844.6 | 347.8 | 168.912 | 140.76 |
| 0.6 | 3.45208E+19 | 1.61109E+19 | 3378.2 | 1391.0 | 675.648 | 563.04 |
| 1 | 5.75347E+19 | 2.68515E+19 | 5630.4 | 2318.4 | 1126.08 | 938.4 |
| 1.4 | 8.05486E+19 | 3.75921E+19 | 7882.6 | 3245.8 | 1576.512 | 1313.76 |
| 2 | 1.15069E+20 | 5.37030E+19 | 11260.8 | 4636.8 | 2252.16 | 1876.8 |

| Wear volume | Number of CoCr wear particles (mean size 33 nm) | | ~ Number of Co atoms or potential Co ions in the CoCr wear volume |
|---|---|---|---|
| .15 mm$^3$ | 7.97 trillion | or     7,970,000,000,000 | 8,630,210,000,000,000,000  or   8,630,210 trillion |
| 0.6 mm$^3$ | 31.9 trillion | or   31,900,000,000,000 | 34,520,800,000,000,000,000  or  34,520,800 trillion |
| 1.0 mm$^3$ | 53.1 trillion | or   53,100,000,000,000 | 57,534,700,000,000,000,000  or  57,534,700 trillion |
| 1.4 mm$^3$ | 74.4 trillion | or   74,400,000,000,000 | 80,548,600,000,000,000,000  or  80,548,600 trillion |
| 2.0 mm$^3$ | 106.3 trillion | or 106,300,000,000,000 | 115,069,000,000,000,000,000 or 115,069,000 trillion |

| Volume/year | Annual number of particles |
|---|---|
| 31 mm$^3$/y polyethylene | 124,000,000,000 |
| .15 mm$^3$/y CoCr | 7,970,000,000,000 |
| .6mm$^3$/y CoCr | 31,900,000,000,000 |
| .12 mm$^3$/y CoCr | 6,904,000,000,000 |
| .73mm$^3$/y CoCr | 47,900,000,000,000 |

*(conservative maximum tolerable particle wear rate, some  > 2X this value)*

The volume of steady state CoCr particles measured by Biomet per 1 million cycles ranged from .12mm$^3$/Mc  to .73mm$^3$/Mc.

Recall that the number of conventional polyethylene particles — 124 billion particles per year, or 124 billion particles per million cycles — is far smaller than the number of CoCr particles measured for Biomet products, which was in the range of about 6,904 billion to 47,900 billion particles per million cycles. **I calculated that the relative number of MoM CoCr wear particles generated per million cycles was** *at least* **56x greater than MoP wear particles, depending on the Biomet product being tested.  This is in the range expected based on  literature reports  in 2001[64]  and in 2005[65] of ~100x increase in the number of wear particles per million cycles when comparing MoM debris to MoP debris.**

**Comparing the results for the polyethylene particles described above to the results for metal particles, it is seen that during steady state, MoM implants generate hundreds of trillions of metal wear particles that are thousands of times smaller than polyethylene wear particles in volume.**

---

[J] ASTM F1537, ASTM F75;  Carpenter BioDur CCM alloy specification sheets

**Each 33 nm CoCr wear particle contains about 1,081,650 Co atoms and about 504,808 Cr atoms. Thus the number of potential Co ions from corrosion of these CoCr nano-particles is roughly a factor of $10^6$ greater than the number of particles.**

Even the steady state wear rates claimed by Biomet, which reflected best-case ideal laboratory conditions, and thus were biased low, generated a sufficient number of cumulative nano-sized particle and ions to result in toxic local concentrations of a combination of nm size fretting wear debris and nm size $Co^{2+}$ ions and other corrosion by-products in the peri-articular (local) tissues of patients receiving the Biomet MoM hip implants.

**The first design objective of reducing the incidence of osteolysis or degenerative tissue damage due to the wear debris of polyethylene could not be reasonably expected to occur by simple substitution of a MoM articulating surface that showed a reduction in volumetric wear**. The scientific literature of the 1990s clearly supports the association of degenerative tissue damage with particulate debris. The correlation between the intensity and amount of tissue damage and the number of particles released into the tissue by bearing wear was well-established. There is recognition of this within the Biomet design history files as well as the Biomet promotional material. **As demonstrated by their own simulated wear tests, Biomet did not achieve a reduction in the number of particles created by a MoM bearing compared to MoP bearings. In** actuality, their data demonstrates a marked increase in the number of particles generated to the extent that their literature shows about two orders of magnitude increase (100x) in the number of particles generated when compared to a MoP implant that was chosen as the product to be improved upon, and up to a potential of about eight orders of magnitude increase in particles in the form of potential ions (100 million x increase) as these wear particles corrode.

The first study evaluating the Biomet M2a-Taper, was funded by Biomet and published in 2001 by Lombardi et.al.[66]. The study was a multicenter prospective evaluation of the safety and efficacy of the M2a-Taper MoM articulation at a *2-year* minimum follow-up. The study began in December 1995 and had 194 patients (97 ArCom PE and 97 MoM). The physicians involved found no evidence of early failure and concluded that the M2a-Taper MoM articulation may represent a viable alternative for THA in younger, higher demand patients. The study reported that during initial research and development, hip simulator testing under normal gait conditions revealed extremely low volumetric wear for the M2a-Taper metal-on-metal articulation at a steady state of 2.20 mm$^3$ per 3 million cycles compared with 83.6 mm$^3$ per 3 million cycles in a MoP articulation. Fatigue testing involving cyclic loading of 1000 lb. for 10 million cycles revealed no evidence of fretting in the M2a-taper articulation. The M2a-Taper metal-on-metal articulation had 97.4% less volumetric wear than the MoP articulation (***but, as noted above, a significantly greater number of MoM wear particles than MoP***). These *in vitro* test results were used in Biomet's submission of the investigational device exemption study to the U.S. Food and Drug Administration described above. Biomet concluded that these results encouraged cautiously proceeding with metal-on-metal articulation in younger, higher demand patients in light of the concerns regarding the longevity of THA with conventional MoP articulations.

Many Biomet MoM patients experienced greater than advertised and expected wear due to foreseeable head separation and edge loading events. In those patients the total CoCr head wear volume at retrieval has been measured at well over 2mm$^3$. For example, nine (9) retrieved large head M2a-Magnum™ bearings were inspected by Koper et.al.[67] who reported a mean total wear volume of 3.3mm$^3$, with head wear being greater than cup wear in all but one case. The maximum total wear volume identified was 52.44 mm$^3$. The wear volume in this series per year ranged up to 4.0047 mm$^3$. Note that eight (8) of the nine (9) retrieved components had less than 1.3 mm$^3$/yr wear, but that is still much greater than Biomet's advertised claimed

### Hip Aspirates

In THA cobalt levels correlate positively with the surface necrosis whereas chrome levels do not. **The local concentration of Co ions in the synovial fluid near a corroding metal-metal implant junction is at least one order of magnitude greater and is generally two or more orders of magnitude higher than the serum or whole blood concentrations.**[68,69,70,71 72,73] The joint level Co ions are higher in patients with ALTR such as pseudotumors[74], and there is a significant correlation between joint fluid and whole blood metal ion levels.[75,76] Kwon et.al.[77] documented Co ion concentrations in hip aspirate which are in the range of 20 to 1800 $\mu$g/l in patients with tissue necrosis and pseudotumor.



**Figure 13:** Box plots showing differences in cobalt levels in hip aspirates between the patient groups with and without pseudotumor.[78]

**Figure 14:** Serum cobalt and chromium concentrations are correlated with hip aspirate cobalt and chromium concentrations.[79]

**The Co ion concentrations measured in hip fluids surrounding MoM using a hip aspirate are frequently well above 100 μg/l.**

In 2009, Kwon et.al.[80] examined the dose-dependent cytotoxicity of clinically relevant cobalt nanoparticles and ions on macrophages *in vitro*. They stated that cobalt nanoparticles and ions demonstrated dose-dependent cytotoxic effects on macrophages *in vitro*. Cobalt nanoparticles at concentrations of $10^{13}$ 30nm-sized-particles per ml released 14019 $\mu$g/l of Co ions into culture medium, an equivalent Co ion concentration

corresponding to1000 $\mu$M.  At 1000 $\mu$M, $Co^{2+}$ caused a dramatic decrease in the total number of viable cells in culture.[81]

Lass et.al.[82] reported a median Co ion concentration of  89.1 µg/l with a maximum of 872 µg/l in suynovial fluid surrounding MoM  devices.

**Allen et.al.[83] (1997) demonstrated that exposure to Cobalt (Co) at concentrations of 100 µg/l or higher led to the development of cytoplasmic vacuolation and extensive cell death**.  **These levels can be found in the joint fluid of MoM hips.** Chromium was not cytotoxic at doses found in joint fluid and less frequently in serum.

**Even small amounts of cumulative wear from the articular surface or the modular taper  on the order of  0.6 mm$^3$  have the *potential* to generate cytotoxic levels of Co ions in the local tissues.**

## Knowledge of  CoCr Debris Toxicity

The research literature that reported on investigations into the effect of CoCr particulate wear debris on tissue viability clearly pointed to the importance of considering the cumulative dose of the particles on the tissue. Concerns about the biological effect of particulate wear debris from MoM total joint replacements can be found in the literature as early as 1969. Freeman and Swanson, developers of early knee prostheses, in conjunction with Heath, evaluated the effect of wear particles from total joint replacement prostheses made entirely of cobalt-chromium alloy. (Freeman et al[84] 1969) They published their results in *The Lancet*. They constructed one of the earliest wear test machines and derived the wear particles from their test environment. They note that the particles range down to 1/10 of a micron in size. They used the skeletal muscles of rats for their experimental model. They detailed the production of what they termed "sarcomas" as well as areas of muscle necrosis and regeneration. They stated that the particles may be a hazard to humans and should be investigated most carefully.

In further study of prosthetic loosening in a clinical population, Evans et al[85] published on metal sensitivity as a cause of bone necrosis and loosening in the *Journal of Bone and Joint Surgery* in 1974. They observed that:

> "cases of loosening exist, however, in which the technique of implantation appears to have been satisfactory, in which there is no history of injury, and in which there is no evidence by conventional criteria of the presence of infection. It will be argued in this paper that at least some of these cases may be due to sensitivity of the tissues to one of the metals in the alloy of which the prosthesis is composed."

Garrett  et al[86] published on the effects of cobalt chrome alloy wear particles on the morphology, viability, and phagocytic activity of murine macrophages *in vitro*. (Garrett 1983) This article, which appeared in 1983, stated that:

> "after 4 h of exposure to particle concentrations exceeding 30 ug/mL, there was a progressive decline in cell viability, and light and electron microscopy showed that surviving cells had assumed remarkably smooth profiled and contained abundant

endocytoced metal. Phagocytic uptake of polystyrene spherules was inhibited markedly by exposure to metal particles, even at concentrations at which macrophages remained 100% viable… ."
"The findings are consistent with a pathological role for the metallic wear particles observed frequently within macrophages in the synovial tissues around loose artificial joints in humans."

In January 2000, Ingham and Fisher[87] published a paper titled "Biological Reactions to Wear Debris in Total Joint Replacements" In the abstract of the paper, Fisher states:

"For metal-on-metal prostheses, the prospects for increasing the osteolysis free life of the implant are good but additional biological problems associated with the nanometer size and reactivity of the wear particles *in vivo* may emerge."

"It is concluded that the pre-clinical testing of any new materials for joint replacement must include an analysis of the wear particle characteristics and their biological reactivity in addition to the usual assessment of wear."

" However, a low wear volume does not necessarily indicate low numbers of biologically  reactive particles. Current evidence indicates that the size of wear particles generated by metal-on-metal articulations are very small and therefore the numbers produced may exceed the numbers of UHMWPE particles generated in metal-on-polyethylene prostheses despite the difference in wear volumes."

In analyzing the results of the studies by Doorn *et.al.* and McKellop et. al., Ingham and Fisher state:

"It can be concluded from these studies that metal-on-metal wear particles are consistently in the nanometre size range and uniform in size and shape. The small size of the particles and the large number generated raise new issues in regard to their potential distribution in the body and biological effects on various cells and

The fact that Biomet's  testing of MoM bearings produced a vastly larger number of particles than those produced by MoP  bearings should not have been a surprise. In 1998, Doorn et.al.[88] calculated a similar number of particles in tissues from revised MoM  total hip replacements based on the work published by their own group (McKellop et.al.[89]) two years earlier, stating that most of the CoCrMo wear particles were smaller than 50 nm (range 6-834 nm) and round to oval in shape with irregular boundaries. *Unfortunately in these reports the level of Co or Cr  ions  in the hip aspirate (synovial fluid) was not reported.*

Since, at least, the early to mid-1990s, Biomet should have known of the adverse effects of Co ions. For example, at a workshop sponsored by the Association of Bone and Joint Surgeons entitled: "Metal/Metal Hip Prostheses. Past Performance and Future Directions" which was held Nov 2-5, 1995, Jonathan Black stated that metal release by corrosion is 4.5 to 8.5 times that of metal/poly articulations.[90] Dr. Black commented that the consequences of metallic release are (1) soft tissue necrosis (2) osteolysis (3)

significant ion concentrations and (4) concentration in the lymph nodes. He stated that a small amount of metal debris has a similar surface area to a large number of polyethylene particles, and that it is no surprise he concluded metal/metal was not proven to be a good alternative to metal/PE systems. Dr. Black also stated that the toxicity of Co base alloy particles and the chemical constituents has been well recognized, and studies suggest that the presence of particles at sub-toxic levels may inhibit bone growth, and they may contribute to osteolysis.[91] Biomet, along with other manufacturers of MoM hip implants knew or should have known of the metal ion concerns expressed at this and other similar events.

Dave Schroeder testified that the only known risk of MoM devices early on was cancer [DS 23], which is clearly not accurate based on the literature. As far back as 1995 Biomet had documented notice of the adverse effects of Co ions. **Refer to Appendix C.**

Dave Schroeder testified concerning CoCr metal debris, ions and regulatory issues:

- The Biomet metal-on-metal design team reviewed literature to access risk of metal wear debris. They did not do any specific testing on the effect of metal debris on the human body before the IDE clinical study[DS 58,59]
- Metal debris can cause tissue reactions in the body including cell death, ALVAL, pseudotumors or adverse tissue reactions. It is thought that this is related to the metal debris or metal ions.[DS 78,79]
- Cobalt in and of itself is potentially cytotoxic. In large enough concentrations in and of itself can cause cell death.[DS 24]
- Biomet initiated a clinical IDE study for M2a-Taper MoM started in 1996, continuing through the mid -2000s.[DS 24,25]
- Biomet did the clinical study on the M2a-Taper because the FDA told them to. Biomet had submitted a 510(k) to sell the device without a clinical study.[DS 65]
- Typically premarket approval takes longer than A 510(k)regulatory clearance. On the M2a-Taper the 510(k) took about the same amount of time because the FDA required that Biomet do the same clinical study required in a premarket approval study.[DS 63]
- Biomet relied on the clinical results of the M2a-Taper showing which show any increased risks or new risks for Biomet MoM.[DS 131,132]
- Biomet's IDE study did not look for metal ions.[DS 163]
- In 1998 Dave Schroeder/Biomet was aware that titanium, cobalt and chromium (debris) could be toxic in high enough doses. However, He did not know the respective doses corresponding to toxicity .[DS 140,141]
- In February of 2001 Biomet was fully aware that metal ion levels in serum increased after a MOM THA. [DS 156]
- Biomet did not do a clinical study on the M2a-38 or the M2a-Magnum.[DS 27,28]
- He/Biomet believes that the elevated metal ions in the concentrations seen with Biomet MoM THA are only a theoretical risk. [DS 174]
- Biomet never ruled out that metal debris would cause problems in humans. [DS 223]

Dave Schroeder also testified that the only known risk of MoM devices early on was cancer [DS 23], which is clearly not accurate based on the literature. As far back as 1995 Biomet had documented notice of the adverse effects of Co ions. **Refer to Appendix C.**

36

**Biomet's design history file documents, e-mails, and post market surveillance reports document that Biomet's technical staff was familiar with the literature concerning the testing and clinical performance of MoM devices, and that they knew about the adverse effects of metal ions as early as 1995.**

It should have been known by Biomet during the development and prior to the FDA clearance to sell the M2a-Taper, M2a-38 and M2a-Magnum MoM bearing families of MoM bearing total hip systems that the particle size and material composition, as well as the number of particles, were determining and substantial factors in creating adverse local tissue reaction.

The peer reviewed literature continued to document that Co ions at concentrations found in the peri-prosthetic tissues surrounding THA with CoCr in a metal-metal articulations induce various types of cell death[92](2006) and related immune responses.[93,94]

In 2002, Germain et.al.[95] (2003) established that:

"Clinically relevant cobalt-chromium particles with a volume of 50 and 5 $\mu m^3$ per cell reduced the viability of U937 cells by 97% and 42% and reduced the viability of L929 cells by 95% and 73%, respectively demonstrating that the particles were cytotoxic."

"This study has emphasized the fact that the nature, size and volume of particles are important in assessing biological effects of wear debris on cells in vitro."

In 2009, Mahendra et.al.[96] examined the necrotic and inflammatory changes in MoM resurfacing arthroplasties. They examined the periprosthetic soft tissues of 52 revised MoM arthroplasties. They observed substantial necrosis in the tissue in 28 cases. In 45 cases they describe a heavy, diffuse, inflammatory cell infiltrate. They interpreted their findings as indicating a spectrum of necrotic and inflammatory changes in response to the deposition of cobalt-chrome (CoCr) wear particles in periprosthetic tissues. The authors went on to state:

"These Co-Cr particles have a high specific surface area, promoting the dissolution of these metal ions into surrounding tissues. These ions are known to induce apoptosis and necrosis of macrophages, the latter being seen particularly at high ion concentrations."

As a result of these studies going back to the 1970s, very fine metal particles were known to present a more challenging insult to tissue cells than polyethylene particles. The large number of metal particles represents a huge surface area as compared to polyethylene particles. Moreover, the metal particles can lose metal ions from the surface of the particle, whereas polyethylene particles cannot. **Thus, it was reasonable for Biomet to expect that an increase in the number of particles by a factor of several thousand times for the MoM bearings, together with the extremely small size of the particles, would result in a more severe tissue reaction.**

37

Thus, it was widely known even before Biomet began selling their MoM product offerings, and throughout the period that it sold the implants, that the Biomet MoM bearings would be producing extremely large numbers of mobile, toxic metal particles. Since a design objective in creating the MoM bearing product families was to provide for a longer implant life, **Biomet should have been concerned about the cumulative effect of wear during the extended steady-state portion of its testing protocol**. Thus, **Biomet should have interpreted its wear tests by analyzing the rate of particle production when a steady-state wear rate had been achieved**. Neither their testing protocols nor the data presented in promotional literature nor the data presented for regulatory approval considered that the steady-state particulate wear data was the appropriate comparative measurement. And, as stated previously, while the design objective was to produce a bearing that outperformed conventional MoP articulations, **Biomet never presented a comparison of particle wear rate of their M2a-38 and M2a-Magnum MoM systems against the particle wear rate of their own RingLoc MoP products or their PPS OsseoTi and  Finned PPS acetabular cups with ArCom and ArCom XL and/or more recently the Exceed ABT and G7 shells and E1 acetabular liners.**

There is a documented relationship between elevated Co ions, ALTR, immune system compromise and infection.

- Inflammatory and immune reactions - Wang et.al.[97] (1996) identified that high Co, Cr or Titanium metal  ion concentrations can  impair immune response and cytokine release, suggesting that patients with an extensive exposure to the metals may develop immune dysfunctions**. The compromised immune response induced by the metal ions from MoM wear debris can significantly contribute to an increased risk of infection in patients with MoM joint prostheses.**
- Prieto et.al.[98] (2014) reported that ALTR occurring in MoM THA can potentially lead to secondary failure modes such as dislocation or infection. The authors identified eight hips presented with acute delayed or late periprosthetic joint infection (PJI) (defined as an **infection** occurring after 3 months in an otherwise well-functioning implant). The rate of infection observed was higher than expected, almost 4 times higher (5.6%) compared to previous historical cohorts from our institution (1.3%).
- Cobalt ions are known to activate both innate and adaptive immunity pathways and are hence affected by genetic variability explaining different reactions among patients[99] Toxicity responses are another facet of innate immune activation where apoptosis and hypoxia responses have been found to be induced by implant debris.[100]
- Granchi et.al.[101] in 1998 discussed the cytotoxic effects of the extracts of chromium, nickel and cobalt because these metals  find significant use in the manufacture of both dental and orthopaedic implants and their corrosion behavior has been associated with clinical complications, such as adverse tissue reactions and loosening of prosthesis components. High concentrations of cobalt and nickel are  able to produce cell necrosis phenomena, whereas at low concentrations apoptotic phenomena prevail. The release of large amounts of nickel and cobalt could favor necrotic phenomena and the inflammatory reaction of the surrounding tissue.[102]
- Fleury et.al.[103] in 2006  showed that Co(II) (0–10 ppm) and Cr(III) (0–150 ppm) ions induce cytotoxicity (cell death) and oxidative stress in human osteoblast-like cells.
- Mathiesen et al[104] in 1991 reported on the corrosion of CoCr  modular taper junctions. At revision surgery for  four  uncemented hip prostheses of modular design,  tissue

38

discoloration and macroscopic corrosion was identified at the head-neck junction. **Histological examination in most cases showed extensive necrosis associated with metal particles, indicating metal toxicity**. The crevice between the head and neck is a potential site of corrosion in modular designs. These authors also reported:

> "The toxic potential of cobalt-chromium has previously been demonstrated by several investigators (Mital and Cohen 1968; Pappas and Cohen 1968; Rae 1975, 1981 ; Evans and Thomas 1986). The histological findings in our material are essentially similar to those reported by Evans et al (1974), Jones et al (1975), and Vernon- Roberts and Freeman (1977). Necrosis and histiocytic proliferation were common findings. In our material, however, obliterative vascular changes were less frequent. Clusters of metal particles were often found in areas of extensive necrosis and mononuclear infiltration was more frequent."

- Samelko et al[105] (2013) documented that cobalt-alloy, more than other metal implant debris (e.g. Titanium alloy), can elicit hypoxia-like responses that if unchecked can lead to unusual peri-implant pathologies, such as lymphocyte infiltration, necrosis and excessive fibrous tissue growths.

**Appendix B** to this report identifies additional relevant literature concerning metal wear debris, CoCr wear, Co ions and the damaging effects.

**Cobalt and chromium particles are more toxic and cause more damage than polyethylene particles.**

## Fluid Film Lubrication

The issue of MoM  bearing lubrication has been used as a justification for claiming that newer designs, better manufacturing processes, and improved metallurgy has made possible the reduction of wear by introducing lubrication into the bearing mechanism. From an engineering perspective as well as a functional perspective for all bearings and joints, lubrication is a desirable phenomenon. Appropriate lubrication can not only minimize wear, but indeed it can eliminate wear. In particular, the form of lubrication that eliminates wear is called, variously, thick film lubrication or full fluid film lubrication. In this mode of lubrication, the two bearing surfaces are completely separated by the lubricating fluid because the fluid is under sufficient pressure to support the load applied to the bearing. Since it is the fluid supporting the load, and there is no contact between the metal bearing parts, there is no surface abrasion or rubbing, and therefore, no measureable wear. Complete separation of the bearing surfaces by the lubricating fluid is achieved either by pumping lubricating fluid into the bearing under high pressure, such as occurs in the bearings in a car engine, or by the bearing spinning rapidly enough in one direction to squeeze the lubricating fluid in between the metal surfaces of the bearing. As will be noted, the purpose of creating a thick fluid film between the bearing surfaces is to eliminate bearing wear, obviously a desirable trait. It is entirely possible that a bearing might have a thick film lubrication for one portion of a cycle but not the entire cycle.

Thus, if a bearing is non-moving, and it is carrying load, it will squeeze out all of the fluid lubricant and allow contact between the bearing surfaces. This occurs whenever a

patient who has a MoM bearing replacement in their hip joint stands stationary for a period of time and then starts to move. The joint surfaces will be in contact and the joint surfaces will thus experience wear. If the hip joint moves in one direction with enough velocity and through a large enough angle of rotation, then it is possible to drag fluid from within the joint capsule and spread it over the bearing surfaces. This will induce some lubrication, but may or may not result in a period of complete joint separation and thick film lubrication. Obviously, a patient cannot move the hip joint in one direction for very long or through an angle that approaches the coverage angle. Thus, lubricants cannot be dragged into the joint to cover the joint surface.

The question then arises as to how we can determine whether a bearing is operating under thick film lubrication or has joint surface contact during its operational cycle. One method is to examine the surfaces of the bearing after it has undergone a series of realistic loading cycles and determine whether the surface is damaged because of motion during direct contact or whether the surface is undamaged because it has been separated by a fluid film. We can also determine if the bearing surfaces have suffered wear by measuring the volume of material that has been rubbed off the surface of the bearing. Obviously, a bearing that undergoes measurable wear cannot have been lubricated continuously with a thick-film lubrication. We might attempt to quantify the percent of the loading cycle during which thick-film lubrication occurs, but that is a difficult task considering the variety of activities, the speed of activities, and the duration of activities that a patient will engage in, since all of these factors will affect the nature and extent, if any, of the thick film lubrication. Remembering that the purpose of lubrication is to reduce wear, and the promise of thick-film lubrication is to eliminate wear, the most effective and realistic indication of the extent of thick-film lubrication is to measure the wear products produced.

## Physiologically Relevant Loading in Hip Wear Simulations

MoM wear and performance are sensitive to activities (motion and forces), clearance, start/stop, microseparation and alignment. One criticism of many hip simulation in-vitro studies, such as those cited in the ASTM and ISO standards at the time, is that clinical failures are not always picked up due to the lack of 'severe' testing. To address this concern, many studies with more 'severe' wear conditions such as more severe load conditions[106] (2004),   intermittent loading (2006),[107] joint microseparation (2000, 2002 & 2008)[108,109,110] and jogging have successfully created higher THA wear.  For example, **fast-jogging activities generated an eightfold to tenfold increase in mean MoM, wear compared with normal-walking simulations**, and indicates a notable change in lubrication action compared with normal walking (2006).[111] The publications showed increased wear (7x to 10x) under severe hip loading conditions for MoM  devices. This increase wear was identified   with the acetabular cups oriented in an ideal position for a MoM design which was equivalent to the generally accepted target of 45° of inclination, and not at clinically relevant extreme inclinations of about 60° to 65°, and not combined anteversion extremes.  Later testing confirmed excessive wear in MoM articulations when the implants were sub-optimally oriented in high inclination and version angles.

Among other things, there is also a need to mimic start and stop scenarios with MoM articulations because high start-up torque is common. There was no reason that more

physiologically relevant hip simulation testing could not have been done prior to initial commercialization of M2a-Taper, M2a-RingLoc, M2a-38, and M2a-Magnum MoM products.

**The pre-marketing simulator testing that Biomet conducted on its** MoM bearing **implants was performed using "best case" scenarios.** Biomet's laboratory testing of the wear properties of the MoM bearings consisted of gait simulation studies run using conventional test equipment programmed based on loading activities derived from normal walking of a lower weight and lower activity patient in Europe in the late 1970s. The test protocols were similar or identical to those found in ISO test standards.

Numerous hip simulations were done or sponsored by Biomet using a walking gait for between 5Mc and 10 Mc in serum. But, in terms of load curves:
  (1) No testing was completed for jogging, stooping, lifting or other higher demand activities.
  (2) The forces applied by the higher weight North Americans were not considered.
  (3) Wear, friction, corrosion and fatigue were not evaluated under head separation or more vertical cup orientation (~ 55 to 65 degrees)

Biomet's test log sheet indicates that several gait cycle hip simulation wear test comparisons were completed for Biomet products as they were developed.[BMT-MM00554676]

Note that:
  • The M2a-Taper MoM was tested in serum (or mixed serum) at loads as high as 2300 N( 517 lb) for 5 Mc (not 10 Mc) [BMT-MM00645610; BMT-MM00375613;BMT-MM00554547] under ISO 14242-1 walking load conditions (2300 N or 517 lb peak).
  • The M2a-Magnum was tested using the Paul curve at loads up to 2000N (450 lb)[BMT-MM00377029; BMT-MT00376696].
  • The M2a-38 was evaluated using the Paul curve at loads up to 756N (170 lb) for 10 Mc. [K] [BMT-MM00554547] and at loads as high as 2300 N( 517 lb) for 5 Mc (not 10 Mc)[BMT-MM00999390; BMT-MM010122014].
  • In 1995 the wear testing was completed using the Paul curve at weight up to 756N (170 lb) for 5 Mc[L]. [BMT-MM01462778]
  • Other testing was completed for 10 Mc, but no mention of fluid or loading.[BMT-MM04972414]
  • Another test was completed for 10 Mc, and weight of 945 N ( 212 lb) was identified but no mention of fluid.[BMT-MM04972413] [M]

---

[K] 756 N (170 lb) may have been a patient weight that was multiplied by load curve for a peak closer to 2268 N. Documentation mentioned "weight" vs total force unclear in spreadsheet.
[L] 756 N (170 lb) may have been a patient weight that was multiplied by load curve for a peak closer to 2268 N. Documentation mentioned "weight" vs total force unclear in spreadsheet.
[M] 945 N (212 lb) may have been a patient weight that was multiplied by load curve for a peak closer to 2835N. Documentation mentioned "weight" vs total force unclear in spreadsheet.

41

While steady state bearing surface wear can be characterized in a shorter 5 Mc hip simulation the durability of the other portions of the hip system relative to fretting corrosion or fatigue require longer tests under more physiologically relevant worst case conditions. Furthermore, increased load, increased speed, edge loading and start-stop scenarios (rest periods) increase bearing wear.

In September and October of 2005 fatigue testing was completed on the M2a -Magnum taper interfaces with the device as fitted to a Taperloc Ti stem or a Gen 4 polished CoCr stem. A 10/10 component orientation was used for uni-axial cyclic loading. The load cycled between 120 and 1200 lb for 10 Mc per the ASTM F2068-03 recommendation. The product was unfortunately cyclically tested in open air at room temperature at 20 Hz or 25 Hz, and not in a fluid environment chamber at body temperature. So no corrosion effects were evaluated. [BMT-MM00024410/416, BMT-MM00024060/063, BMT-MM0024077/089] Similar testing was completed for another combination of products in 2006. [BMT-MM00024066/072]

Biomet initially completed a traditional hip simulation test of their M2a-38 product in 2001. The M2a-38 product tested at that time was manufactured from a cast low carbon CoCr per ASTM F 75. In 1995, prior to the MoM symposium, it was well known that high carbon CoCr , which was used for ball bearings, exhibited better wear characteristics than low carbon CoCr alloys.

Several test facilities were used in addition to Biomet's in house facility. [BMT-MM04973462; BMT-MM04973462] Some of these same facilities completed harsh condition MoM wear testing and published results for other MoM products documenting that MoM articulation wear significantly increased, and in some cases became run-away, under such harsh condition wear testing. One, Ian Clarke's lab at Loma Linda, even completed head separation testing for Biomet's ArCom XL bearings, but not the Biomet MoM bearings.

On October 19, 2004, Biomet had completed the equatorial-pinch harsh-condition Hip Simulator Test MT3263. Prototypes were built specifically to create negative clearance and equatorial contact. (M2a-Taper heads and liners). Negative clearance of -17.3 to -24.9 μm was compared to the standard clearance for the M2a-Taper MoM devices (range of 33.3 to 49 μm evaluated).[BMT-MM04307679/7689] For almost the entire duration of the test, including the start-of-test frictional torque measurements, the drive belt on the Matco tester slipped at the high load portion of the cycle because of high frictional torque on the test stations. Thus, the motion was intermittent (stopstart) for all stations. Other general observations during the test included excessive vibration, leading to serum spillage and some minor squeaking.

| Test # | Date Compl | Name | Description |
|---|---|---|---|
| MT1002 | 6/25/1996 | 28mm MoM | Hip Simulator Testing of Metal on Metal |
| MT2101 | 3/16/2001 | MoM, 38mm | Metal on Metal Hip Simulator Testing:  Analysis of 38mm diameter Metal on Metal component at 5.5 million cycles |
| MT2288 | 1/17/2002 | MOM 46mm heads on 46mm cups | Metal vs. Metal for 46mm and 56mm heads and liners |
| MT2614 | 11/13/2002 | MOM 56mm heads on 56mm cups | Metal vs. Metal for 46mm and 56mm heads and liners |
| MT2576 | 1/30/2003 | Nitrogen Ion Implantation | Implant Sciences Nitrogen Ion Implantation: Process Validation |
| MT2871 | 11/12/2003 | MoM Metallurgy | Hip Simulator Testing of CoCrMo Metal on Metal Components Created using different Material Manufacturing Processes |
| MT3263 | 10/19/2004 | OSMA MoM Negative Clearance | Hip Simulator Test With Standard Clearance and Equatorial Contact Metal on Metal Heads and Liners.  Analysis of 32mm M 2a  -Taper Heads and Liners With Standard and "Negative" Clearance. |
| MT3179 | 11/8/2004 | AsCast CoCr | Hip Simulator Test With High-Carbon, As-Cast ASTMF75 CoCrMo, MOM |
| MT3179 | 11/8/2004 | AsCast CoCr | Hip Simulator Test With High-Carbon, As-Cast ASTM F75 CoCrMo.  Wear Analysis of 46mm Resurfacing Heads and Cups Made From Doncasters and Biomet Fair Lawn High-Carbon, As-Cast CoCrMo. |
| Loma Linda | 6/6/2007 | COM | A Comparison of COM and MOM Wear and Ion performance.  Biomet Inc. 32mm and 38mm Bearings(ceramics = CeramTec and Morgan Matroc). |
| MT4228 | 9/18/2007 | DoD, ISO conditions | 28mm Diamond-on-Diamond Hip Simulator Testing, ISO conditions |
| MT4445 | 9/18/2007 | DoD, with distraction | 28mm Diamond-on-Diamond Hip Simulator Testing, with distraction |
| MT4240 | 12/1/2007 | UNMC Exceed ABT COM | An in-vitro durability study of the Biomet ceramic-on-metal total hip |
| MT4384 | 12/14/2007 | Arcom ArcomXL Brg Diameter | Hip Simulator Testing of Arcom and ArcomXL as a Function of Bearing Diameter, Wear Analysis of 28mm and 36mm Ringloc Liners Made from ArcomXL and 28mm and 32mm Ringloc Liners Made from Arcom |
| Loma Linda | ? | COC Draft Report | Biolox implants under severe microseparation (MSX) test mode, Ceramic on Ceramic |
| Test # | Date Compl | Name | Description |

**Figure 15**: Biomet's list of hard-on-hard product hip wear simulations from 1996 through 2007. [BMT-MM00554676]

The mean torque amplitude was about 5 times greater with equatorial contact vs. normal clearance, 20 to 21 Nm vs. 3 to 4.1 Nm. At test end (10,124 cycles) the mean mass loss was 24.4 times greater for the negative clearance equatorial contact condition. [BMT-MM04307683]   These torque amplitudes are greater than the fixation strength of press fit acetabular cups.  **From these results it is clear that Biomet knew that the high torques and excessive wear would be generated in their MoM articulation under equatorial pinch conditions.**

While developing and testing their MoM products Biomet continued to develop and test their improved performance UHMWPe products, ArCom and ArCom XL.   Based on the log sheets at least one harsh condition wear tests was completed by Biomet for hard-on hard bearing (MT3263, completed on October 19, 2004). Hard-on-hard bearings evaluated by Biomet included MoM, ceramic-on-metal(CoM), ceramic on ceramics (CoC) or diamond- like-carbon on diamond-like-carbon (DoD).In  2003 and 2004 Biomet evaluated MoM bearing which had high carbon content and were produced using varying manufacturing processes.

Around 2007  Biomet provided sample hip systems featuring ArCom XL and ArCom UHMWPe  products to  Bowsher et.al.[112] (Loma Linda, CA) for harsh conditions (head separation) wear testing.  When mated to  new Co-Cr heads, the ArCom XL  liners showed a 47% reduction in volumetric wear a 13% reduction in wear particle size and a 27% reduction in Functional Biological Activity (FBA) compared to the controlled device, conventional ArCom  liners.  On rough Co-Cr heads, the ArCom XL  liners showed little advantage in terms of volumetric wear compared with the control. However, the ArCom XL  liners overall showed a 38% reduction in FBA compared to the control

owing to a larger volume fraction of larger particles. Thus overall the ArCom XL  liners appeared to offer advantages in terms of reduced FBA indices.

Biomet  knew about head separation but did not investigate the consequences of it for their MoM products. In so doing, Biomet  ignored evidence of MoM head separation reported in the literature using fluoroscopic video images and stripe wear evidence on MoM retrievals.



**Figure 16**:  Definition of superimposed 1.5 mm joint microseparation and fixture design used by Bowsher et.al. when comparing Biomet's ArCom XL to ArCom conventional isostatically compressed GUR 1050 UHMWPe[113].

Biomet did MoM wear testing, but  primarily ISO walking to 5.5 or 10 million cycles.  The only harsh condition dynamic  testing that was identified was for wear in a pinched head condition which revealed wear 10x greater than  standard,  and frictional torques 1.6 x higher [BMT-MM04307683/686], or head separation for ceramic on ceramic articulations (Loma Linda).  Results for  CoC head separation testing were not provided in the Biomet discovery set. In the peer reviewed literature Biomet sponsored head separation testing for MoP articulations  at Loma Linda[114], but not for their MoM articulations.

In 2006 Biomet did replicate the work of Squire et.al.[115]  for static  rim loading of the Magnum cup and the flexion caused by compressive perimeter loading of  the  Magnum cup in a range from 200N to 2000 N (45 to 450lbs). Under 450 lb load the peak deflection was about .003". [BMT-MM0024186/202]  In the Magnum cup series the diametral clearance was reported to be a minimum of .006" (152 μm), such that .003" (76.2 μm) clearance remained after deflection of the 60 mm Magnum cup tested. Note, however, that 450 lb is equivalent to 2.8 times the body weight of a 160 lb individual (the gait cycle load for a relatively light patient)  and is too low to represent the peak force in gait in heavier patients, let alone other higher demand activities and sports.  With high demand activities greater deflections are anticipated, especially when sub-optimally positioned cups edge load.

Biomet recognized, or should have recognized, that the loading conditions used in their test protocols represented normal, average gait-induced hip loads. The testing did not replicate the varying activity cycles usually experienced by a patient, especially the

44

young, active patient for which Biomet claimed its MoM implants were particularly well suited.  Such activity cycles as getting out of chairs, stepping up or down a curb, turning, tying a shoelace, or other activities of daily living were not replicated. It is especially important to note the absence of testing cycles representing more strenuous activities since the return to a normal lifestyle.

### Wear & Head Separation in Total Hips: Tribology Considerations

In total hip arthroplasty (THA), edge loading occurs when the head (ball) articulates with the rim of the acetabular cup as the patient ambulates or performs other activities of daily living (ADL).  Edge loading is more common with more vertical cup positioning ( > ~ 45° in some implants with low arc of coverage), and in head separation events. Micro-separation mechanisms can lead to an edge loading type wear as the patient walks and the head moves relative to the cup, and even at rest. [116]

Stripe wear, a result of edge loading due to contact as a result of head separation. Stripe wear occurs when the contact area between the femoral head and the rim of the liner is reduced. The decreased contact area results in a loss of fluid film lubrication and increases contact stress and grain pullout from the head.

Stripe wear, a result of edge loading due to either malpositioning or contact as a result of head separation, can also cause squeaking (or  clicking or grinding sounds). Stripe wear occurs when the contact area between the femoral head and the rim of the liner is reduced. The decreased contact area results in a loss of lubrication and increases contact stress and grain pullout from the head. As the surface roughens, friction increases during weight-bearing articulation and may be involved in the etiology of squeaking bearings.



**Figure 17:** Computer model of contact conditions and geometry at l5°of rollout with a 45mm CoCrMo bearing (E:200GPa,v-0.3) with150°of coverage and a .025mm radius fillet on the rim. A load of 250N was used to predict the size of the elliptical contact with Hertzien contact analysis. The predicted elliptical contact resulting from these conditions (1.2 mm long and 0.2.1 μm wide) is depicted adjacent to an actual gouge on a retrieved component with matching dimensions.[117]

45

A recent hip simulator study concluded that activity was not as important as the presence of stripe wear in causing squeaking, and a clinical study of 10 retrieved squeaking ceramic components, revealed visible signs of edge loading wear on all 10 components and evidence of femoral neck impingement on six components. **Impingement-created debris that enters the articulation has been suggested as another potential cause of squeaking.[118]**(2008)

Prior to about 1997 *it was commonly thought* that muscle tension was sufficient to prevent head separation in THA, even though the round ligament or ligament teres between the femoral head and the acetabulum ligament is removed in current/traditional THA procedures. By early 1998 head separation evidence was being presented at major meetings.  [AAOS technical exhibit co-authored by Jorge Ochoa, DePuy]. And by 2002 several fluoroscopy studies revealed that head separation in THA was common.

**In vivo THA head microseparation studies date back to publications in 1998[119] and 1999.[120]**  Mallory et.al.[121] (1999, 2000) documented that gait generated a maximum amount of separation of about 2.8 mm, while the minimum amount was 0.8 mm (average, 1.2 mm). For abduction/adduction leg lift, the maximum amount of separation was 3.0 mm, while the minimal amount was 1.7 mm (average, 2.4 mm). Lombardi et.al.[122] (2001) and Dennis et.al. [123] (2001) demonstrated femoral head separation; averaging 3.3 mm (range 1.9- 5.2 mm). Due in part to the scatter and density of MoM devices, it had been reported by some that head separation was less or did not occur with MoM devices. But we know that this was incorrect. It was found that the imaging analysis methods used  to detect  head separation needed to adjusted for  x-ray analysis of MoM vs. MoP.  A method based on Generalized Hough Transform (GHT)  was developed and used to detect a geometric shape, which can be expressed parametrically, such as a circle or an ellipse. Using this Mohfouz et.al.[124] in 2003 confirmed fluoroscopically that head separation occurs in MoM patients. Later Underwood et.al.[125](2011) also documented MoM THA head separation at rest and during gait.

Nevelos et.al.[126] (2000), Fisher et a [127] (2002) and  Brown et.al.[128] (2007)  conducted head separation wear studies in the laboratory.

Head separation occurs routinely, even in MoM articulations. Sufficient head microseparation leads to stripe wear, excessive wear and elevated Co ions.  Head separation occurs during ambulation. In hard-on-hard bearings, head microseparation, a common occurrence, introduces increased risk of stripe wear third body damage wear. In alternative THA products with ultra-high molecular weight polyethylene (UHMWPe) acetabular components (MoP or CoP)  head microseparation does not induce induced excessive wear or damage to the CoCr or ceramic heads.

Biomet promoted the use of the of M2a-Taper, M2a-RingLoc, M2a-38, and M2a-Magnum MoM product solutions for young and active patients.   Biomet did not warn of the increased risk of excessive wear and metalosis due to due to head microseparation which is a common occurrence following THA.

Biomet  completed wear testing which was not worst case because it was not done under foreseeable worst case physiologic load conditions  replicating the target younger and

more active patient population in terms of force vectors, force magnitudes, effects of head separation and foreseeable sub-optimal implant positioning such as high abduction angles or suboptimal combined version.

**Thus, Biomet's test results should be viewed as a "best case" result because of the relatively modest loading conditions, the lack of variety in the activities chosen for replication in the test protocol, failure to include head separation effects, and the inclusion of a cleaning cycle to remove particulate debris and, hence, minimize third body wear. It is my opinion that with the realization of these factors, the wear test results would have to be considered as being "most favorable" or "best case" to the portrayal of a low-wear bearing.**

**Further, Biomet's simulator testing of their MoM bearings showed that the bearings generated an unreasonably dangerous number of metal particles, even using best-case test scenarios.**

Since smaller particles are more likely to be cytotoxic than larger particles, Biomet knew (or should have known) that the combination of a greater number of smaller particles would likely produce a worse clinical outcome.

Biomet performed several simulator tests on various iterations of the Biomet RingLoc and M2a MoM bearing families both before and after it began marketing the implants. These tests consistently showed that, even when using best-case conditions in a simulator, the MoM components produced significantly more particles than MoP implants. The tests also showed that the number, size, and shape of the particles generated was more than sufficient to raise serious concern about the biologic reaction to the particle load that would be generated in the patient. In addition, the variability in the amount of wear produced in these tests indicates that the wear characteristics of the Biomet M2a-38 and M2a-Magnum MoM bearing families were variable[N].

There are a multitude of factors that influence bearing wear both in-vivo and in the laboratory. In the laboratory Isaac et.al.[129] (2006) found that a decrease in clearance led to a reduction in wear, particularly in the running-in phase. Bowsher et.al.[130] (2006) in a more 'severe' wear test found bearings with the smallest radial clearances generated the greatest variability, causing the lowest and second from highest wear of all bearings they tested.

The role of diametral clearance in THA lies in the establishment of elastohydrodynamic lubrication between the femoral head and acetabular bearing surface in MoM device designs.[131,132,133] In a tribologic study of MoM performance in a hip simulator, Dowson et.al.[134] recommended femoral heads be as large as possible with minimal diametral clearance to establish a scenario of mixed-film lubrication. Leslie et.al.[135] found that after about 7 million cycles, there was no significant difference in the steady-state wear of smaller vs. larger bearing couples. Similarly, in another in vitro study, Rieker et.al.[136] showed maintaining a lower diametral clearance produced lower amounts of run-in wear compared with cups having relatively high diametral clearances.

---

[N] performed by Biomet or their consultants

If the simulator tests[O] were an accurate reflection of clinical performance, then in any patient population we would expect some patients to have high wear rates while other patients experience the lower measured wear rates. **But even the lowest measured laboratory wear rates reflect the production of many times the number of particles required to induce tissue necrosis, meaning that performance variability would merely predict that some patients would experience negative clinical outcomes more rapidly than other patients.**

**The volume of metal released from the  wear of the CoCr articulation in the Biomet M2a family of  products was more than sufficient to result in toxic local concentrations of a combination of  nm size fretting wear debris and nm size $Co^{2+}$ ions   and other corrosion by-products in the peri-articular (local) tissues in THA patients.**

The fact that MoM bearings produced not less or even an equal number of wear particles – when compared to MoP bearings – is a direct indication of a failure to achieve the design objective. That the actual results showed the particle count of the MoM bearings was many times higher than that of the MoP bearing should have been a direct and conclusive warning that the design objective concerning the elimination of biological reaction to particulate debris was not achieved

### Design Factors Influencing MoM Articulation Wear

Several design factors influence the wear of MoM articulations. Among these are **arc of coverage**, **clearance** and the **carbon content** and processing of the CoCr alloys. Surface smoothness and head diameter also have an effect.[137]  Specifically, increased surface roughness increases wear.  Smaller clearance between the head and cup decreases wear under ideal laboratory conditions however, too little clearance may induce jamming. Wear rates tend to be lower as minimum film thickness increase.   Conversely, components with low clearance generally have larger contact areas, increasing the risk of edge loading in vivo when the cup is implanted in abduction.[138]  With the increased cup angle, the contact area moves toward the edge of the cup where contact stress is much higher. The increased contact stress produces high wear and head reentry following separation exacerbates this situation.  Thus, cup designs with greater arc of coverage are less sensitive to cup malpositioning. Devices using low carbon content produce greater wear than bearings with high carbon content.

The Biomet M2a product clearance and bearing material couples  evolved over time. Biomet initially specified lower clearance on products, and wrought acetabular bearing surfaces. In later products the clearance increased and the  acetabular bearing surface changed to a cast CoCr alloy. (**Figure 18**)

Dave Schroeder testified:

---

[O] Tests performed by Biomet,  their consultants and by researchers cited in Biomet's  technical brochures

- The materials on the M2a-Taper were wrought heat treated material and on the M2a-Magnum as-cast materials. [DS 28]
- The diametral clearance was different between the M2a-38 and the M2a-Magnum due to the difference in the head diameters.[DS 28,29]
- Optimum clearance depends on the diameter of the components to some degree.[DS 91]
- A larger component has a larger as-manufactured-clearance so it does not deform so much that you get contact at the rim. Too much deformity could change the bearing contact.[DS40]
- The safe clearance range for M2a-Magnum is the range of about 150 to 300μm. Can go down to about 75μm. Below 75μm that , possibly somewhere in the neighborhood of roughly 25 to 50 μm the wear rates start to go up. He'd need to review the design file to answer more specifically. [DS 76]

## Clearance

**The first generation McKee total hip replacement failed within 8 years in almost 50% of the cases**. The problem with these and other earlier prostheses was the inaccurate dimensional accuracy of the implants causing high friction between the head and the cup because there was sticking, causing loosening of the cup. If there was too much clearance, the contact surface of the force transmitting surface was too small, and there was considerable wear.[139]

Surviving MoM articulations based on retrieval of early MoM had **diametral clearances** between about 100 and 300 μm (microns).[140,141] Based on literature citations and wear testing identified in their development files Biomet knew or should have known the clearance that needed to be maintained to achieve consistent low wear.

Wear testing under ideal laboratory conditions by Biomet and by other researchers revealed that wear of some MoM head sizes may be minimized with diametral clearances as low as 50 μm. However, the diametral clearance of the final implant must also be sufficient to allow for reasonably foreseeable conditions such as edge loading due to cup positioning or head separation and cup asphericity due to cup deformation during press fit fixation or high demand loading, and to better accommodate third-body particulates.

McKellop et.al.[142] (1996) reported that the wear rate of retrieved McKee-Farrar tended to increase as the clearance increased over the range of 127 to 386 μm, and that a McKee-Farrar prosthesis with the extreme clearance of 1700μm wore approximately 16 times faster than the average. Dowson et.al.[143] from MoM simulator studies of modern MoM showed that a diametral clearance of between 254 and 307 microns results in dramatically higher wear than a comparison bearing with a diametral clearance of 83 to 129 microns. (Biomet cited Dowson in their Design rationale for the M2a-Magnum.[P]) and yet Biomet choose the larger diametrical clearance for their M2a-Magnum, a clearance close to that found on the few longer lasting McKee devices.

---

[P] **M2a-Magnum Large Metal Articulation Design Rationale**, Form No. 8010340.0., REV08l509 ©2009.

49

When the tolerances of the M2a-Magnum were opened up from those identified as ideal in the laboratory they became closer to those that were found in the first generation of MoM prostheses that performed so poorly.

A potential consequence of the press-fit technique is acetabular component deformation secondary to forces encountered during insertion.[144] Thin-walled acetabular cup designs are advantageous in that they offer the ability to preserve bone stock while accommodating larger femoral head sizes for increased range of motion ( ROM), lower volumetric wear rates,[145,146] and reduced likelihood of femoral head dislocation.[147,148,149,150] Thin-walled press-fit acetabular cups, however, are susceptible to substantial deformation after implantation.[151,152,153,154,155,156,157] Clinical and cadaveric investigations have described component pinching between the ischial and ilial columns after press-fit implantation of thin-walled acetabular cups, resulting in deformation of the acetabular cup in under-reamed specimens. This deformation could be accompanied by increased micromotion at the bone-implant interface or lead to an increase in wear due to induced changes in component sphericity, degradation of fluid-film lubrication, or induced equatorial contact.

Some thinner walled monolithic acetabular shells in MoM systems experienced sufficient deformation to result in seizing of the MoM articulation (negative clearance) and frictional forces sufficient to cause excessive cup motion and loosening. In a retrieval study, Grimes et.al.[158] (2011) demonstrated that negative clearance was found in retrieved MoM bearings, including one out of the six M2a-Magnum explants they inspected. In thinner-walled press fit monolithic cups sufficient clearance must be provided to prevent such seizing. One downside of having diametral clearance below ~100 μm becomes apparent when the MoM system includes a thinner monolithic CoCr acetabular cup as found in the M2a-Magnum and certain thinner walled sizes (smaller diameters) of the M2a-38 and M2a-28. Unlike the slightly lower clearance allowed in its predecessors, the 100 to 150 μm diametral clearance in the Magnum product design reduced the risk of high frictional torque and seizing due to cup deformation during press fit insertion.

Biomet should have recognized that the differences between the conditions for ball bearings used in a more controlled machinery environment as opposed to the more variable conditions found in the human hip precluded them from realistically achieving the goal of reduced biological reaction to wear particles. The increased number of more biologically reactive nano-CoCr debris particles generated from Biomet's MoM caused elevated serum and hip aspirate ions resulting in early poorer performance and severe types of ALTR in MoM patients.

Review of the original M2a-38 prints in the DHF show that the **diametral** clearance was specified to be between 50.8 microns and 152.4 microns (.002" to .006") in 2001 for the flared cup [BMT-MM00023272, 298] and between 50.8 microns and 177.8 microns (.002" to .007") for the non-flared cup in mid-2003 [BMT-MM00020294, BMT-MM00023272]

Review of the prints for the high carbon version of the M2a-Taper and RingLoc 28 and 32 mm prints in 2004 indicate a **diametral** clearance between 50.8 microns and 152.4 microns (.002" to .006").[BMT-MM00023550, 558, 569,567, BMT-MM01287796, 7803]

Prints for the M2a-Taper (28 mm articulation) show a head spherical diameter of 1.097" to 1.100" [BMT-MM00005127/5133] , and a liner radius of .551" to .552" [BMT-MM00005134] ( Liner spherical diameter of 1.102 to 1.104". ) The allowed **diametral** clearance for the M2a-Taper product at the time of the 510k ranged from .002" to .007" or 50.8 to 178 microns. Testing reported in the M2a-Taper 510k submission reported 4 different and much larger diametral clearances in the products tested, a clearance ranging from 157.5 to 269 microns. [BMT-MM00004906-5554 - M2a-Taper 510(k) K993438 Page 421]

For the 32 mm and the 38 mm design, products at extreme and in the mid-range of clearance were tested. (25.1 to 84 microns of radial clearance or a diametral clearance of 50.2 to 168 microns) [BMT-MM00024118; BMT-MM00024123; BMT-MM00024125]

The 2009 Biomet M2a Magnum Design Rationale states the following: [Q]

> "The **radial clearance** level of the M2a-Magnum™ articulation is maintained at 75 –150 microns[R] to capture the ideal amount of fluid lubrication and space for debris removal"

In a letter to the FDA in response to an August 22, 2008 letter, Biomet stated that the clearance of the Recap resurfacing system is identical to that found in the M2a Magnum product line.[BMT-MM04360547]

Biomet's 2010 publication[S], which was released during the FDA hearings, *The Performance of Modern All-Metal Bearings*, states the following:

> "The **diametral clearance** of the M2a-Magnum System is 150-300 microns compared to 70-100 microns with the ASR XL Systems."

In the 2010 publication, Biomet claimed that its MoM constructs have a lower adverse incident rate than the industry average. Biomet stated its large diameter MoM design, the M2a Magnum, is designed differently than other MoM implants claimed to be more problematic, and claimed the survival rate for its implants is better than the others. The difference stated was that the acetabular shells are *fully hemispherical*, the taper/head adapter is a closed back design *and the diametral clearance is higher than the others at 150-300 micron*s.

Review of the design documents for Large Diameter Metal/Metal Femoral Heads notes varying levels of head/cup **radial clearance** depending on the specimen tested: 76.2 to

---

[Q] 2009 Biomet Orthopedics _ M2a-Magnum™ Large Metal Articulation Design Rational
[R] Diametral clearance of 150 to 300 microns.
[S] *Performance of Modern All-Metal Bearings*, Form No. BOI0440.1 , REV041510 ©2010 Biomet Orthopedics, biomet.com

152.4 microns (Magnum) [T,U]; 25.4 to 63.5  microns[V]; 53 to 218 microns[W]. Other testing showed that the radial clearance  ranged from 25 to 247 microns depending on size of component,[X] and 25.4 to 72.9 microns for 32 mm articulations.[Y]

The clearance in earlier Biomet designs, including the M2a-Taper, M2a-RingLoc and M2a -38,  were at some time somewhat lower than the clearance used in the  M2a Magnum, and comparable to and in some cases even lower than the clearance in the DePuy ASR XL and Pinnacle articulations.

| Bearing Size | 510(k) Number | Minimal Radial Clearance Tested (micron) | Maximum Radial Clearance Tested (micron) | Test Number | Contact Pressure (MPa) | Contact Area (mm2) | Effective Radius (meter) |
|---|---|---|---|---|---|---|---|
| 28 | K002379 | 66.5 | 109.2 | MT1002 | 87.71 to 121.79 | 34.22 to 24.64 | 2.94 to 1.80 |
| 32 | K003363 | 25.4 | 72.9 | MT1948 | 38.65 to 78.05 | 77.65 to 38.45 | 10.07 to 3.51 |
| 38 | K011110 | 28.3 | 84.0 | MT2101 | 33.06 to 68.29 | 90.77 to 43.95 | 12.72 to 4.29 |

[BMT-MM00024100]

Biomet's Clearance varied over time in the product families, and possibly with time. The M2a-38 products diametral clearance was between 50.8 to 152.4 or 50.8 and 177.8 microns for the non-flared cup (radial clearance between 25.4 and 88.9).  Low clearance MoM hips have a more conformal contact and therefore a larger contact patch. This decreases the distance between the edge of the contact patch and the rim of the cup, thereby increasing the risk of edge loading and higher wear.  For these reasons, M2a MoM articulations  with a diametral clearance below 100 microns is a design defect.[159,160]

In the M2a-Taper, M2a-RingLoc, and M2a -38  articulations allowance of a radial clearance of less than  50 microns  or a diametrical clearance of less than 100 microns is sub-optimal considering that the likelihood of acetabular cup deformation and the foreseeable in vivo events  of head separation, edge loading and third body ingress, entrapment and thirdbody wear.

Similarly larger clearances are sub-optimal due to increasing wear.

**Regardless of the specific clearance used by Biomet in its M2a product family, Biomet's laboratory wear testing indicates that extremely high numbers of CoCr wear particles are generated even in the best case scenario.**

**The body is incapable of handing the  biologically reactive CoCr particle-load as measured for  Biomet's MoM hips under ideal laboratory conditions, regardless of the design.**

---

[T] BMT-MM00023844  Radial Clearance; Diametral Clearance of 152.4 to 304.8 microns
[U] BMT-MM00024100  Radial Clearance; Diametral Clearance of 152.4 to 304.8 microns
[V] BMT-MM00023847  Radial Clearance; Diametral Clearance of 50.8 to 127 microns
[W] BMT-MM00024180 Radial Clearance; Diametral Clearance of 106 to 436 microns
[X] BMT-MM00024130 Radial Clearance; Diametral Clearance of 50 to 494 microns
[Y] BMTMM00024118  Radial Clearance; Diametral Clearance of 50.8 to 145.8 microns

**Figure 18:** Keith Berend  MD described the evolution of the characteristics of the Biomet MoM products he used in a presentation entitled "Metal-on-Metal: Hypersensitivity and Failure" dated 2012.[BMT-MM00654705,708,712]

Note the evolution in clearance, manufacturing processes and Carbon content. For designs 1 and 2, prior to 2004 the carbon content was not specified to be high carbon and was likely  lower carbon. Design 3, Magnum, was only specified to use a high carbon CoCr. In appx Nov 2004 designs1 was switched to high carbon.

## Technical Comparison

| Parameter | | 2 | 3 |
|---|---|---|---|
| Sphericity (microns) | <5 | <5 | <5 |
| Surface finish (typical values in microns) | 0.01 | 0.01 | 0.01 |
| Carbon content | 0.15-0.35% | 0.35% max | 0.35% max |
| Radial clearance (microns) | 25-76 | 25-76 | 76-152 |
| Cast or forged | Wrought | Cast | Cast |
| Heating treatment used | No | Yes | No |

- **Design 1** :(M2a –Taper) Titanium shell with CoCr tapered insert, 28 or 32 mm heads;
- **Design 2** : (M2a –38) CoCr monoblock shell with plasma sprayed titanium; constant 38 mm heads;
- **Design 3** : (M2a –Magnum) CoCr mono block shell (3 mm thickness) with plasm sprayed titanium; anatomic heads ((40-60 mm)

## Arc of Coverage and Cup Position

The revision rate of large head metal-on-metal and resurfacing hips are significantly higher than conventional total hip replacements. The revision of these components has been linked to high wear caused by edge wear or edge loading.  One type of edge loading occurs when the head-cup contact patch extends over the cup rim, which results in a large increase in local contact pressure, disruption to the lubrication mechanism and increases wear rate at the cup rim.

The currently accepted risk factors for edge loading are small head size, low cup articular arc angle (CAAA) (the angle subtended by the bearing surface of the cup, as shown in **the figure on the right** and  insufficient or excessive cup inclination and version angles. Low clearance is also a risk factor for edge loading in hips because low clearance hips have a more conformal contact and therefore a larger contact patch, which decreases the distance between the edge of the contact patch and the rim of the cup, thereby increasing the risk of edge loading and higher wear.[161] (Underwood et.al.  2012)



**Figure 19**: The cup articular arc angle (CAAA) (the angle subtended by the bearing surface of the cup

Clearance should be small enough to encourage lubrication and, thus, low wear but large enough to ensure a polar contact, minimizing the frictional torque of the bearing. If the contact area of the bearing is larger than a solid angle of 60°, the frictional torque rises very steeply. Frictional torques, which also increase with head diameter, and at start- up, contribute to head-neck taper junction motion, fretting and corrosion and may lead to a mechanical loosening of the components. The arc of coverage for the M2a-38 is nominally 157.4°[z]



**Figure 20:** CAAA for various MoM THA products as shown in Griffin et.al.[162]

The M2a-38 CoCr cup and mating heads are defective in combination because the arc of coverage was sub-optimal, allowing conformal contact.

The combination of low clearance, sub-hemispherical arc of coverage and the failure to instruct surgeons to implant this cup more horizontally (< 45°) to minimize the risk of edge loading is, in combination, a design and warning defect of the M2a-38 MoM product.

**<u>Carbon Content</u>**

Chan et.al.[163] in 1997 later reported that a low carbon (<.05% C) wrought material yielded much higher wear than high carbon (>.20% C) materials, whether wrought or cast.[164] Tipper et.al.[165] in 1999 reported the lower wear volume from high carbon CoCr articulations. When low carbon specimens were paired with high carbon specimens the total wear decreased compared to the low/low pairings. The use of differential hardness had a beneficial effect. However it was concluded that the high/high carbon produced the lowest wear rate.

Biomet should have been aware of the wear benefits of high carbon in the CoCr alloy in 1999 or 2000, and Biomet should have used a high carbon CoCr alloy in their MoM products at that time to reduce metal wear debris and metal ions. Failure to do so is a design defect which contributed to excessive wear of their earlier products, resulting in pain, adverse soft tissue reactions, inflammatory fluid collections, acetabular bone destruction and premature revision surgeries.

---

[z] Calculated from prints[BMT-MM00020292,304].

**Excessive CoCr Modular Junction Corrosion**

In modern total hip stems the heads are modular. The connection of the femoral head to the neck of the femoral stem is made through a connection known as a "taper." This taper connection consists of two parts: (1) the male "trunnion" which is on the neck of the femoral stem, and (2) the female "taper bore" that is in the base of the femoral head. Some of the Biomet femoral heads had taper adaptors.

Locking taper junctions between modular components of total hip prostheses have been in use for more than three decades. During this time, results from research studies have identified five main factors as regulating the severity of wear and fretting corrosion, the main undesirable complication in the use of these junctions. These factors are: (1) the tolerance of the dimensions of the mating surfaces, (2) the roughness of the mating surfaces , (3) the overall length-to-diameter ratio of the taper, often measured as the flexural rigidity, which controls the motion of the trunnion relative to the taper bore, which in turn controls the fretting, (4) the diameter of the femoral head, which together with the friction of the articular surface controls the torsional load and hence interface stresses and motions within the taper junction, and (5) the choice of material combinations.

Big CoCr femoral heads and MoM articulations have increased risks of excessive taper corrosion and ALTR reactions to this corrosion. If there is no or reduced lubrication between the metal head and metal liner, this may increase the wear and hence the roughness and the friction between the femoral head and liner. Similar to start-up friction, this increased friction at the metal bearing would lead to increased torque and an increase moment on the taper junction when attempting to move the hip and thus may increase the corrosion process at the taper.

In 1995, Brown et.al.[166] stated:

- "There have been several recent reports of corrosion of modular hips. Corrosion of an all cobalt alloy system led to severe tissue reactions."
- "Repetitive motion leads to fretting corrosion and continuous breakdown and repassivation of the protective oxide layer. Repeated breakdown and repassivation consumes the oxygen in the crevice, which promotes the initiation of crevice corrosion and a subsequent dramatic drop in local pH within the crevice."
- "Laboratory studies showed that longer head neck extensions may be more susceptible to fretting corrosion because of an instability at the interface."

Wear of the modular taper between head and shaft has been related to clinical failure resulting from adverse reactions to metallic debris. The occurrence of mechanically assisted fretting corrosion at the modular neck interface in total hips has previously been reported in the literature in laboratory studies[167,168] as well as in a multicenter retrieval study. [169] In a controlled study, Garbuz et al[170] out of Vancouver reported that the serum cobalt is 46 x higher in a MoM THA with a  modular bearing compared to a resurfacing MoM, with the increase coming from the modular taper. [171] MoM patients are likely to have corrosion outside of the taper junction. So by adding a new interface the metal ions increase.[172,173] Because corrosion worsens with time, there is concern that MoM ALTR failures will increase with longer implantation times.

The occurrence of fretting and corrosion at the modular neck interface in total hips has been reported in the literature in laboratory studies[174,175,176,177] (1995, 2003, 2004, 2009) as well as in a multicenter retrieval study.[178] (2002) These retrieval studies found severe fretting corrosion in a substantial number of neck tapers.

Reports of excessive modular taper corrosion in hip implants featuring large heads and a reduced taper length found in some manufacturer's implants was reported by Langton et al.[179,180] (2014).  Engh et al[181] reported that 58 % of the MoM patients revised secondary to adverse local tissue reactions (ALTR) had severe to extreme taper corrosion.

Thus, concerns of raised metal ions in MoM THA or hip resurfacing have been extended to all types of modular hip prosthesis using a cobalt–chromium neck segment.[182,183,184] In retrieved modular connections solid corrosion products are found deposited at two locations, within the crevice formed by the bore and the tapered neck, and at the opening of the crevice around the rim of the bore and on the neck of the prosthesis. The nature of the corrosion products differs at these two locations. In the crevice mixed oxides and chlorides of chromium, molybdenum, and in CoCr/Ti6AI4V couples, some titanium. The corrosion product around the opening of the crevice is typically an amorphous chromium orthophosphate hydrate-rich material. This corrosion product consists primarily of chromium, phosphorous, and oxygen , however variable concentrations of calcium, molybdenum, titanium, or cobalt are  often present.[185]

In THA when CoCr taper corrosion occurs there is differential elevation of cobalt relative to chromium leading to an increase in Co/Cr ratio. The relatively higher values of cobalt versus chromium have been seen in CoCr modular neck taper corrosion studies, such as a mean of 5:1 in Lanting et al [186], a mean of 2:1 in Jacobs et al[187] and  as high as 10:1 as summarized in Kwon et al[188].  The mechanism that leads to differential elevation of cobalt relative to chromium remains poorly understood. It has been hypothesized that, in contrast to MoM bearing surface wear, the predominant ion release at the modular taper junction may be a chemical corrosion process that involves chromium precipitating as chromium orthophosphate and more soluble cobalt dissipating as free ions.[189]

In spite of the corrosion and metal transfer seen, the ion levels seen in the cases of modular neck THA that require revision are relatively low compared to MoM patients who require revision. However, metalosis and significant soft tissue destruction are seen. Lanting et.al.[190] noted that corrosion in the crevice of the neck/stem junction results in low pH conditions which are favorable to the formation of hexavalent chromium[191]. Hexavalent chromium is known to be more toxic than trivalent chromium[192,193,194]

ALTR resulting from tribocorrosion of modular CoCr tapers is similar to that caused by MoM wear debris and can masquerade as instability, infection or component loosening. In taper corrosion, the symptomatic patient's metal levels are elevated, generally a few ppb less than in patients MoM[195],  and the Co  is  disproportionate to Cr, and the elevated Co correlates with greater offset and younger age. [196] There are additive effects from tribocororsion at multiple junctions (head- taper adapters, head-neck, neck-stem, metal liner-metal shell, and MoM articulations). ALTR can occur in either intra or extracapsular regions.

The literature has reported a link between taper corrosion and ALTR, increased head size and taper damage, increased offset and taper interface fretting and corrosion. Higgs et.al.[197] indicated:

> "An analysis of component and patient variables revealed that dissimilar alloy pairing, larger head sizes, increased medio-lateral offsets and longer neck moment arms were all associated with increased taper damage at the modular interfaces."

MoM debris and fretting corrosion from any CoCr head taper junction can elicit a response from the immune system. Fretting corrosion from the smaller tapers used in the M2a-Taper , M2a-38 mm, and the smaller 38mm and 40 mm diameter M2a-Magnum head MoM articulations have a somewhat higher risk of this corrosion due to the smaller taper size ( Type I or 12/14) and greater stress and micromotion at those junctions. MoM CoCr taper junctions are at greater risk greater fretting and corrosion due to the increased micromotion and stresses generated by the frictional torque at the MoM bearing interface.

**MoM taper junctions generate additional CoCr wear debris and Co ions due to corrosion which contributes to elevated metal ions and the destructive adverse local tissue reactions (ALTR) and immune response.**

**<u>Taper Corrosion - Low Volume Wear, High Local Ions</u>**

The corrosion on some CoCr head taper connections has been reported to be at least moderate to severe in patients with CoCr modular heads.

Modular taper connections used with MoM articulations are more susceptible to mechanically accelerated fretting corrosion, crevice corrosion, and trunnionosis, due to the higher friction torques generated, especially when big femoral heads ( > 32 mm ) are used. High mechanical stress occurs secondary to eccentric loading of the head-neck junction. The inflammatory response to Co ions generates reactive oxygen species which exacerbates the situation by further accelerating corrosion of CoCr in the taper junctions. Low modulus taper connections as in the Biomet Type 1 taper deflect more and are for that reason subject to more fretting and more fretting corrosion by design than a larger diameter taper cone *with a similar surface finish*.

57

**Figure 21:** Various taper types evaluated in a retrieval study at one center in London, Canada, where all hip products retrieved between 1999 and 2015 were reviewed .[198] (ORS 2016) **A:** Smith & Nephew 12/14; B: Smith & Nephew 14/16; C : DePuy 12/14; D: DePuy 11/13; E: Stryker v40 11.3Ø; F Stryker 5°38'37"; G: Stryker 6°14Ø; H: Zimmer 12/14; I Biomet Type 1 (Orange Arrow).



Corrosion has been identified in the  bore of M2a-38 femoral heads with Type 1 tapers.

The Type 1 taper found in some Biomet MoM products such as the M2a-38 is smaller in diameter and longer than other tapers.  It has long been known than the more flexible the taper connection was (in bending) the greater the potential for fretting and fretting corrosion.  Goldberg et.al.[199] (2002) documented that the combination of dissimilar alloys, metallurgical condition of the alloys, implantation time, and flexural rigidity of the femoral neck were predictors of corrosion of the neck and head. Some Biomet stems have lower stiffness necks and tapers. In many cases dissimilar metals are used. A Ti6AlV stem is fitted to a CoCr Monolithic head in the RingLoc, M2a-28, M2a-38 and M2a-Taper product families.

Goldberg et.al.[200] also stated that lateral offset was a predictor of corrosion; however, this factor did not have an effect when the confounding factors of flexural rigidity and implantation were considered. Implantation time and dissimilar alloys were also identified as important variables in a related retrieval study by Collier et.al.(1992)[201] Biomet should  have known  that the M2a-38 mm MoM articulation combined with their more flexible Type 1 metal-metal modular taper junctions  introduced  new  risks of severe soft tissue destruction and ALTR due to excessive CoCr wear and excessive local Co ions.  Variable  taper corrosion performance is expected at the taper junctions due to differences in the BioMet MoM products and stems designs and the combinations in which they are used.  For example, the larger diameter  M2a-Magnum heads may have less taper corrosion than other M2a  MoM heads because the CoCr/Ti6Al4V taper connection is larger and stiffer due to the head modularity which features a Ti6Al4V taper adaptor in a spherical CoCr  shell.

Goldberg et.al.[202]  concluded that material combination, increased implantation time, and decreased relative flexural rigidity of the femoral neck were all shown to have negative effects on the in vivo modular taper corrosion seen in their retrievals. They concluded that increasing neck rigidity (by decreasing the head/neck ratio) would reduce corrosion. This was not done by orthopedic implant manufactures, purportedly because of concerns

of negative effects on range of motion and joint stability. In fact, the opposite was done: head size was increased, whereas neck flexural rigidity remained the same or even decreased as increasing head/neck ratios became more important to improve range of motion and increase stability.

Fricka et.al.[203] more recently (2012) concluded that this would make the corrosion situation worse by increasing the stresses and head/neck moment arms about the taper by placing a larger, stiffer femoral head on a relatively flexible neck.  Fricka also suggest that a potential problem that may affect taper stability in MoM interface is the extent of lubrication at the bearing surface due to increased  frictional torque as a result of wear processes. Fricka et.al. also examined both MoP and MoM  heads for taper corrosion. They found that most of the MoM heads had severe or extreme corrosion, but the vast majority of the  MoP heads had no corrosion or only mild corrosion. All 11 of the MoM heads that were revised for ALTR had severe or extreme corrosion. They also found that as more time went on, the mean corrosion in the MoM group would increase, but there was no correlation between implant time and corrosion in the MoP  group.

Surface finish: Variations in the surface characteristics of the trunnion will directly reflect on the interface at the taper junction and can influence the likelihood of subsequent wear, corrosion and longevity of the implant.



**Figure 22:**  3D surface topography images from the optical profilometer of the threaded trunnions the Profemur (a), Secure-fit Max (b), and the unthreaded SROM (c), and the Taperloc (d) trunnions.[204]

A threaded surface is designed to accommodate multiple bearing surfaces, mainly to allow the conjunction of metal stem on a ceramic femoral head. The impaction of a ceramic head flattens the threads creating a customized tight fixed taper junction. The periodic contact points of the threads on the trunnion against the bore allow for the frictional forces to be dispersed more evenly within the taper junction.[205]

Surface area and surface finish are important factors in wear and corrosion at modular interfaces. Thread-like surface textures were hypothesized to improve taper fit and reduce fretting and corrosion

These ridges were created solely for ceramic heads and do not provide any benefit when a metal head is used. To the contrary, when a metal head is used on these tapers, the risk of fretting, corrosion, and wear is significantly increased because the ridges create a rough surface topography that allows the intrusion of fluid, which is a major contributing factor in promotion corrosion and crevice corrosion.

These concerns have been substantiated by laboratory findings. Retrieval studies show that the presence of these thread-like surface textures may either reduce or increase the corrosion, depending on the material couple, the contact regions, thread heights and other taper geometry factors. [206]  Corrosion testing in neutral aeriated saline showed breaching of the passive film on the rough but not the smooth neck tapers.[207] Munir et.al.[208] recorded the surface finish on one Biomet product compared to other products. The Biomet Taperloc surface finish was relatively smooth.  However, taper corrosion has been visualize in the photographs of the CoCr M2a-38 mm heads I have reviewed and the retrieved Biomet devices I have inspected. I do not have information on the surface finish on other Biomet stem tapers for this same corrosion risk assessment.

 In 2004, Biring et.al.[209] published a study to determine the effect of taper geometry and surface finish on corrosion. They concluded:
   "In cobalt-Chrome-titanium alloy combinations where the surface finish on the taper is coarse, corrosion is increased on a mini spigot compared with standard spigots. Surface finish is crucial and corrosion of the mini spigots is reduced if the surface finish is smooth."
In a similar study published in 2013, Panagiotidou et.al.[210] concluded:
   "We identified enhanced fretting corrosion at the modular taper junction associated with roughened surface finish and small neck tapers, underscoring the concern associated with the use of modular taper connections in orthopedic implants."
   "…the relative size of the taper in comparison to the head combined with the surface finish was crucial. As the relative torque-to-interface ratio at this junction increased, corrosion of the cobalt chrome head increases and is further enhanced if the surface finish on the taper is rough."

The taper volume loss due to wear and corrosion is generally LOW in patients with ALTR due to taper corrosion (*when compared to patients who report ALTR following MoM wear volume loss*). In some MoM patients with solid CoCr heads as seen in the M2a-Taper and M2a-38 mm products, the taper wear volume can be as high as the articular surface wear volume.

As discussed for the MoM articulation wear, **even small amounts of cumulative wear from the articular surface or the modular taper  on the order of  0.6 mm$^3$  have the *potential* to generate cytotoxic levels of Co ions in the local tissues.**

However, the articular surface wear, and in some cases the taper fretting wear, that has been measured under ideal laboratory conditions generates a tremendous number of biologically reactive CoCr particles which, in vivo, also subsequently corrode resulting in dangerous levels of Co ions in the joint fluids and soft tissues surrounding a MoM hip.

**The body is incapable of handing the biologically reactive CoCr particle-load as measured for Biomet's MoM hips under ideal laboratory conditions, regardless of the design.**

## Loosening & MoM Frictional Torque

Solid, stiff cobalt-chrome shells like the M2a-38 and M2a-Magnum can be technically more challenging to implant correctly compared with traditional titanium acetabular components and the smaller sizes do not allow for supplemental screw fixation. [211]

A greater concern for loosening and excessive wear is the effect of the high torques generated at the articular interface during start-up and the increased torques generated at this same interface due to cup deformation during implantation into young patients with very strong pelvic bone. [212,213] This is not the same low torque as measured in as-manufactured acetabular cups. The torques generated when a deformed acetabular cup seizes are greater than the torques measured under "ideal" in-vitro laboratory conditions. Start-up friction torques increase with head diameter, patient weight and the force applied. Higher demand activities increase the start-up frictional torque. Nassutt et al[214] reported that for patients with a body weight of 80 kg (176 lb) and the static friction coefficient (maximally ~0.3 for MoM, and~ 0.12 for MoP) the calculated initial friction moment peaks range from 2.5 to 14.2 N-m after 30 seconds, increasing with head diameter. These values for big femoral heads are close to the interface strength of certain in vitro determined press-fit cup fixations. In cadaver studies, torque values sufficient to generate instant loosening of the cup, range from 6.8 to 46 Nm for press-fit cups and up to 170 Nm for cemented cups with pegs. [215,216]

To achieve bone ingrowth, interface micromotions should ideally be <50 μm, whereas fibrous tissue formation is known to occur where micromotions are >150 μm. [217] The fixation interface must minimize the motion of the implant (within the cortical and cancellous bone) under physiologic loading. This physiologic loading must *at least* represent the anticipated forces applies during common ADL within the first 8 weeks following surgery (walking, standing, chair rise and sit, stair ascent, descent), prior to some sort of bone or callus consolidation. Ideally the interface motion will be less than 150 μm.

MoM designs, especially those with only press fit fixation without ancillary fixation such as spikes, ribs or screws, are likely to overload the bone interface resulting in early loosening. Unfavorable combinations of parameters include MoM articulations, and large head diameters and overweight patient taking several rests during motion. [218] (2003) **Clinical results for metal-on-metal articulations have reported problems on the side of the acetabular component**.

61

Biomet did document some MoM frictional torques from ideal condition hip simulator testing. For example for the 28 mm MOM articulation the  dynamic torque measured for MoM was lower than the dynamic torque measured for MoP articulations under a peak load of 200 N (224 lb) [BMT-MM00005323]. This is far below the walking load of the typical North American patient.

Biomet did not evaluate and report the frictional torque of their MoM interfaces under worst case conditions of:  (a) start-up torque; (b)  high demand loading (simulated jogging, stooping, manual labor);  (c)  deformed thin shell due to press fit impaction into high strength human pelvic bone (or a reasonable facsimile). (*e.g. increased torque due to deformation of the Magnum cup*); or (d) edge loading of a  highly abducted cup.  Biomet simply  produced ideal condition measures. (See below).



**Figure 23:**  Comparison of maximum frictional torques measured during hip simulations.[BMT-MM04972404]

## **Marketing of Biomet MoM Products**

In an early M2a MoM brochure, Biomet stated that clinical experience shows polyethylene wear particles play a major role in the failure of total hip  arthroplasty and with subsequent bone loss due to osteolysis.  They stated that this is of particular importance in young,  active individuals where long-term fixation and survivorship are required.  To solve the problem, the company stated it developed  the M2a system, "an optimally designed and inserted metal-on-metal bearing with low wear debris generation." [AA]

In its brochures, Biomet touted that the "M2a-Taper Metal-on-Metal Articulation experienced only 0.004 mm/million  cycles of wear in-vitro, compared to 0.1 to 0.2 mm/year for conventional metal-on-polyethylene articulations and that the  simulator

---

[AA] 2000 M2a Taper MoM, Biomet Brochure [BMT- MM00023373/386].

studies demonstrate a 20x to100x reduction in the amount of particulate generated by comparison metal-polyethylene articulations." [BB] **They also presented wear volume data, but not wear particle count data**[CC].

Wear Testing
- 28mm articular couple
- At 3 million cycles, the M2A"-Taper volumetric wear was 2.20 cubic millimeters compared to that of 83.66 cubic millimeters in a metal/ArCom® poly articulation.
- M2a -Taper wear couple had 97 to 98% less volumetric wear than the metal/ArCom® poly surface (p<0.00003)

**Biomet should have pointed out that metal wear particles are extremely small, approximately 10 to 90 nm in size, and irregular in shape leading to a very high surface area exposed to in-vivo fluids facilitating corrosion.**[219] **In 1999 Tipper et al**[220] **reported that at least $10^6$ nanometer size metal particles are generated in each walking cycle in vivo.  Biomet should have pointed out that as many as 100 times more particles are produced by metal-on-metal as compared with metal-on-polyethylene bearings,**[221,222] **(2001 & 2005) and that this significantly increased the risk of elevated metal ions in the local tissues and adverse tissue reactions.**

In its patient brochure, Biomet describes the M2a-Taper[DD] MoM device as having a Self-Healing Tribology, essentially the articulating surface has the ability to  "repair" itself.  In vitro wear testing showed that after the initial wear-in period, the articulation exhibits a "self-polishing"  phenomenon that makes the bearing surface smoother."  They note that "… scratches are removed by the polishing  phenomenon." **This statement is misleading because it implies that the device can heal any scratch encountered in vivo, which is not true.**  This phenomenon applies to *light scratches* from normal articulations or perhaps a 3[rd] body. McKellop et.al.[223] (1996) reported that retrieved implants analyzed after up to 20 years of clinical use gave indication of early third-body abrasion, but the wear scars were polished out over time, with low long-term wear rates.

Dave Schroder testified that if MoM components get a scratch into the bearing surface, that scratch will eventually be polished back out by being worn away, which introduces metal debris into the body. [DS 152]

**Tribologists**[224] **have shown  that "self-healing" is a myth. It is basically "hype" that makes people think that damage disappears or fixes itself. In reality the edges of the grooves smooth out by wearing and rolling, but the valley of the scratch remains**. [EE] The surface may appear to be polished or smooth when in fact it is not. Severe grooves and edge loading causing damage to both head and cup is beyond capability of "self-

---

[BB] 2000 M2a Taper MoM, Biomet Brochure [BMT- MM00023377].

[CC] 2000 M2a Taper MoM, Biomet Brochure [BMT- MM00023382].

[DD] M2a-Taper metal-to-metal articulation, Defining a new standard of living, A Guide To Hip Replacement For The 21st Century, Form No. Y-BMT-682/022801/K ©2001 Biomet Orthopedics, Inc.

[EE] Personal communication with  John  Medley PhD, Waterloo, CA, Valentina Ngai, PhD, Robson Forensic, Inc.

healing." Practically speaking, if one keeps hitting the edge, and keeps recreating the damage (scratches) and continues to release more debris smoothing out can't happen.

Biomet promoted use of MoM articulations in young, active patients. A 2003 brochure for the M2a-38 hemi cup shows a jogging stroller, implying jogging as a post THA activity. The M2a –Taper brochure [BMT-682/022801/K, ©2001] features people hiking. American gymnast Mary Lou Retton is shown on an Oct 12, 2006 press release, [BMT-MM00000050, 51, 53] and brochures show patients doing higher demand sports and recreational activities [BMT-MM00000156].

Biomet discussed MoM articulation and wear in numerous brochures and white papers.

- M2a-38 Brochure Y-BMT-735/021502/K;
- M2a-Magnum Brochure BOI0325.0 REV063011
- M2a-Taper Brochure [BMT-MM0023373/381]
- M2a-Taper Testing and Validation [BMT-MM00023382/386]
- Performance of Modern All-Metal Bearings, Form No. BOI0440.1 , REV041510 ©2010 Biomet Orthopedics, biomet.com[BMT-MM00000057/64]

**None of these brochures mention to surgeons that Biomet had not tested their devices under higher demand conditions consistent with the activities described.**

In its design rationale for M2a-Magnum large Metal Articulation[FF] Biomet points out that M2a-Magnum has a **radial clearance** level of 75-150 microns to capture the ideal amount of fluid lubrication and space for debris removal. In that same document Biomet cites the work of Dowson et. al. [225] who pointed out that a **diametral clearance** of between 254 and 307 microns results in dramatically higher wear than a comparison bearing with a diametral clearance of 83 to 129 microns. The **diametral clearance** of the Biomet M2a-Magnum is in the range of 150 to 300 microns, the range that Dowson indicted dramatically increase wear. Biomet cited Dowson implying that the clearance in the M2a-Magnum was supported by the work of Dowson et al, which it was not. The use of radial clearance when Dawson talks about diametrical clearance is misleading.

In 2007 Biomet was aggressively marketing the M2a-Magnum even though they knew metalosis and premature revisions were occurring in their M2a product family, and they should have known about the increased start-up and frictional torques in bigger femoral heads as well as excessive wear due to various types of edge loading.

In addition to marketing to their sales force and to surgeons, Biomet marketed direct to consumers via sponsorship of testimonials from athletes like May Lou Retton, and via internet web pages such as: http:// www.MetalOnMetal.com where they emphasized the safety of MoM and metal ions and failed to also tabulate the known patient risks or their own patient complaint data.

---

[FF] Exhibit 4, Lancaster Deposition, Brochure Number BO10340.0 REV081509

Biomet presented  information which put a positive spin  on their M2a MoM products.[GG]
A link to the standard IFU was provided. The warnings in the standard IFU did not
discuss unexplained pain, ALTR, ALVAL, metalosis, the risk  for excessive metal wear,
elevated metal ions or increased risk of cup loosening related to increased frictional
torque.



**Introduction**

Although researchers have not yet discovered a cure for arthritis, it is
a treatable disease. That's good news if you are one of the estimated
20 million Americans who have the most common form of arthritis,
which is called osteoarthritis.

Osteoarthritis can occur in any joint, including the hip joint. When
nonsurgical treatments fail to relieve hip pain caused by arthritis, the
patient and surgeon may consider surgery to replace the joint. Every
year, approximately 200,000 Americans have total hip replacement
surgery. This guide describes one of the latest advances in this
procedure: The M2a™-Taper Metal-on-Metal Articulation.

The M2a™-Taper Metal-on-Metal Articulation was developed by
Biomet Orthopedics, Inc., of Warsaw, Indiana. It is a joint prosthesis
(implant) system designed for long-term performance. This product
is one of the options available to you and your surgeon. For your hip
replacement surgery, your surgeon will choose the implant that best
meets your needs. The goal is to help you live the most productive
and active life possible.

If surgeons and patients want the benefits of the most modern
technology in a hip prosthesis, they need to look no further than
Biomet's M2a™ -Taper Metal-on-Metal Articulation. Biomet, proven
time and again as "The Most Responsive Company in Orthopedics™"
has responded to the market's demand for a device designed for low-
wear, long-term, durable articulation. This, coupled with the
outstanding clinical performance of Biomet's femoral components,
makes it a viable option for use in young, active patients.

**Figure 24**:  Screen capture from a Biomet web site in
2001concerning the  M2a-Taper[HH]

**The surgical technique and instructions manual failed to point out that performance
results shown in their brochures were only applicable to ideal laboratory conditions
which did not simulate sports or the excessive wear due to head separation or edge
loading.**

 A Biomet field communication dated December 7, 2009  from Andrew Trickle stated:
   "Since metal ions are currently a hot topic in the field it is important that we are
   aware of the significance of cup positioning. According to the article below, cups
   need to be placed at the proper angle to ensure there is optimal clearance which

[GG] https://web.archive.org/web/20020601090026/http://www.metalonmetal.com/
[HH] https://web.archive.org/web/20020601090026/http://www.metalonmetal.com/

allows for proper fluid lubrication. This reduces wear and frictional torque and creates room for removal of wear debris." [BMT-MM00269995/997]

2010 Biomet released its self-published paper, *The Performance of Modern All-Metal Bearings*.[226] In this publication, Biomet stressed that the data show no evidence that increased levels of Co and Cr ions are associated with any clinical effects. The company also touted its MoM constructs have a lower adverse incident rate than the industry average. Biomet claimed that its large diameter MoM design, the M2a Magnum, was designed differently than other problematic implants, and that was the reason the survival rate for its implants is supposedly better than the others.

Biomet minimized the potential dangers of metal ions and advertised low wear and freedom from excessive wear based exclusively on ideal laboratory test conditions when they should have known that more realistic physiologic test conditions would show excessive wear.

By 2011, in the combined registries, the Biomet M2a-38 mm had over twice the expected number of revisions as a conventional total hip, with a Kaplan-Meier Survivorship rate of 90.93 verses 95.6 for all THA at 7 years.[II] This design was apparently more prone to revision than the M2a-Magnum (95.1% at 5 years) or the M2a-Taper (97.5% at 7 years). The combined differences in clearance, material and construction likely each play a role.

Note that longer term results of even Biomet's smaller 28 mm MoM show there is a growing concern for late ALTR, likely related to the cumulative effect of the ongoing wear debris. For example Lombardi et al[227] reported that in their patients with M2a-Taper used with 28 mm heads and liners the frequency of ARMD was 5% and represented 70% of the revisions performed, and stated: " The late onset and devastating nature of metal-related failures is concerning with this small-diameter MoM device."

Since 1996, more than 1 million MoM hips were implanted worldwide, and sadly, data from national joint registries has shown the failure rate of MoM hips to be 2-3 times higher than hips with polyethylene or ceramic bearing surfaces.

### Critique of Biomet's Design Process and Risk Analyses

Deficiencies in the Biomet development process in the areas of risk analyses and testing were noted. Since the potential patient harm from excessive metal wear is more severe than the long term consequences of modern polyethylene wear, Biomet should not have sold their MoM articulations without documenting the risk for excessive metal wear under reasonably foreseeable use conditions.

**TESTING:** Biomet should have known by 1997 that the *in vivo* motion profile and loads were greater than simulated by a Paul-type gait stance phase which their wear testing emulated. Patients ascend and descend stairs, climb, jog, stoop, lift, sit and stand. Some

---

[II] Xie, J., and Schroeder, D.: Design Features and Clinical Performance of Biomet MoM Total Hip Arthroplasty Systems 27-28 June 2012, FDA presentation.

jog or participate in other sports such as tennis, golf, et cetera. These activities apply significantly greater forces, require greater range of motion, and the forces are applied more frequently in moderate-to-high activity patients. Biomet knew or should have known that larger and more active individuals would apply more cycles and greater loads (3x to 5x BW and an occasional 8x BW). For example, for an approximate 211 lb person these forces are in the range of 636 to 1060lb (2829to 4715 N). For 95% of American males weighing up to 295 lb, this load would be 885 lb to 2360 lb (3937N to 10498N).

Biomet did not test the various combinations of MoM heads, stems and cups under foreseeable worst case conditions in terms of higher forces applies during higher demand activities, fluid conditions, load regimes, cup orientation and head separation.

Excessive MoM articulation wear and metal modular taper corrosion are each factors in many MoM failures**.** The Biomet design team had an obligation to consider state-of-the-art factors and the patient demographics when establishing the testing plans and performance requirements while developing these multi-modular implants. Biomet should have known (and likely did know) that wear rates increase significantly with intermittent loading, microseparation, jogging and other sport activities, and with more vertical cup orientations and should have tested the M2a family of MoM implants under these conditions prior to promoting their use in young active patients. In their testing and design failure modes and effects analyses (D-FMEA) for the M2a MoM products, Biomet failed to account for the effect of the increased torque at the head-neck junction due to the MoM articulation on the taper fretting and corrosion.  Biomet failed to consider the increased corrosion the metal-metal taper interfaces due to reactive oxygen species from inflammatory response to the metal ions from the MoM articulation or due to the reduced pH in the taper crevices when developing their test protocols.

Since Biomet chose to sell the M2a  products and they chose not to test the performance at high inclination angles or under head micro separation conditions which were known to cause excessive wear in all THA devices, they should have communicated this to the surgeons, and they should have included AGRESSIVE  WARNINGS concerning the high risk of excessive metal wear debris, and excessive high Co and Cr ions, and they should have pointed out the potential harms associated with excessive wear and elevated metal ions.  These warnings should have been present when the device was introduced into commerce.

**DFMEA**:  In the design failure modes and effects (DFMEA) risk analyses for the M2a product devices, Biomet underestimated the probability of occurrence for the harms associated with metal related pathologies. The probability scores should have been higher based on Biomet's complaints, the MoM failure rates found in the literature (case studies) and registry reports. In addition, Biomet failed to consider detectability as a part of their risk analysis process, which likely contributed to the limitation of the scope of the tests and analyses completed for the M2a development projects.

For example, when designing the M2a-38, Biomet failed to include design methods to reduce wear such as use of (1) high carbon CoCr ; (2) diametral clearance between 100 and 300 microns; (3)  stiffer stem taper geometries,  and (4)  methods to assure surgeons could and would implant the device such that edge loading would be far less likely to

occur. In addition, Biomet failed to tell patients that they needed to avoid high demand activities to minimize wear debris (in fact they promoted the opposite).  In order to minimize risk to patients, Biomet should have provided warnings concerning the new and unique risks related to metal pathologies for MoM implants and methods to minimize these risks such as modified cup placement and/or restriction of patient activities or weights.

Note that on 1/13/06 Biomet [BMT-MM0023803] added definitions for probabilities and risk acceptance criteria defining:

| **Probability Definitions** | **Severity Definitions** |
|---|---|
| • Remote  < 0.01%   Score = 1 | • N/A  Score = 0 |
| • Occasional < 0.1% Score = 2 | • Negligible Score = 1 |
| • Probable < 1% Score = 3 | • Minor  Score = 2 |
| • Frequent > 10% Score = 4 | • Major Score = 3 |
| | • Critical Score = 4 |

Only remote probability (< 0.1%) was deemed to be acceptable for Critical or Major severity injuries.  Note that a reoperation (revision procedure) is a major injury, with a score of *at least* 3.

These design process and risk analysis deficiencies allowed the M2a-MoM products to enter commerce in the United States prior to sufficient vetting**.** Completion of a more thorough risk analysis would have identified (1) that additional testing was required; (2) that design modifications may have reduced patient injury risk; and (3) that warnings were required to reduce and/or at least communicate new patient risks associated with use of the Biomet MoM articulations.

### Field Problems/Complaints

In 2002 Biomet  downplayed the dangers of metal ions:

- April 22, 2002 field release Biomet summarized the early 2-year  results for their M2a-Taper  MoM products, emphasizing zero revisions.  [BMT-MM00345707]
- Biomet and Adolf Lombardi Jr  (8/28/2002) team up to squelch concerns surgeons might have about MoM and metal ions in reaction to an article by MacDonald (to be published in 2003). Lombardi dismisses the disturbingly high elevated ions patients as "outliers." [BMT-MM00268189/193]

In a summary of the clinical use of a Biomet metal on metal acetabular  system (1995-2002), [BMT-MM00024342/ 353] Biomet concluded that the MoM device studied was equivalent to other marketed total hips in terms of outcomes.  This was a small study (97 MoM , 97 MoP) comparing a  smaller diameter MoM articulation and a MoP articulation with data out to 4 years. The metal shell abduction ranged from 20° to 55°, averaging 42.9° mm (no 60° placement).   The design evaluated was not the same as the M2a 38 mm or Magnum.  Even so, the study revealed that complications consistent with potential reaction to metal ions such as bursitis, persistent thigh pain, groin pain, superficial wound

68

infection, recurrent dislocations, thrombophlebitis and wound dehiscence were more common in the MoM group compared to the MoP group. [BMT-MM00021103]

By 2005, Biomet had accumulated complaints for premature for revisions of the M2a-38 products due to pain and loosening in which damaged and worn articular surfaces were identified. By early 2006, complaints began specifying metalosis.

In 2005 Biomet produced a brochure discussing metal hypersensitivity literature stating that serum metal ion levels in well-functioning MoM implants is 2-5 ppb. In this work they emphasized that ALVAL (Davies/Campbell et al), and chromosomal changes can occur in both MoM and MoP total joints.[BMT-MM00214131/132]  However, in their publications  Biomet did not mention the risk for more common ALTR. By only mentioning ALVAL, which had a lower probability of occurrence, they downplayed the risk of the trillions of nano-sized CoCr wear particles and even larger number of Co ions. Biomet should have known about the harm associated with their MoM products, and they should have known that the risk of such harm was substantial.

The reports of adverse tissue reactions were the same types of adverse tissue reactions reported to have been found in conjunction with the first generation of failed MoM devices.  The *early* reports of adverse tissue reactions surrounding MoM devices should have been a red flag alerting Biomet to the fact that modern generation MoM had not solved the biologic reactivity problem identified with polyethylene total hip bearings, but had merely changed a  slowly evolving, more detectable and more  surgically manageable problem of long-term osteolysis from polytheylene debris  in THA to a new and more difficult to manage problem of ALTR leading to less manageable problems including massive soft tissue damage.

Latteier  et al[228] published a retrospective review of their total hip arthroplasties from 1996 to 2006.  Three different  Biomet MoM implant designs were used during this time frame, the M2a Taper, the M2a-38 and the M2a Magnum. They reviewed 1212 hips with a 2 year follow-up and found 5.4% failures resulting from aseptic loosening or metal complications.  The average acetabular component diameter was 55 mm, average head diameter was 40 mm.  The  incidence of revision was significantly higher in women than men.  There was a higher inclination angle in both men and  women for overall failures (46.3° vs 44.1°)  The data suggest that failures in men are more dependent on inclination angle  than in women. The incidence of **cup revision** was significantly higher in women than in men (8.2% vs 2.7%; P = .0000), as was incidence of aseptic loosening (4.3% vs 1.1%; P = .0006), and failure for metal-bearing complications (2.2% vs 0.6%; P = .0126). Even though the document was not published in the peer reviewed literature until 2011, **Biomet should have known of the early failures of the MoM THA being implanted by their high volume key consultants, such as Adolf Lombardi Jr. MD and Keith Berend MD.  Between 2000 and 2005 Biomet *should have known* of these premature MoM failures**. The authors indicated that these early failures were troubling and include failure of ingrowth (loosening) and metal articulation problems such as metalosis, hypersensitivity, pseudotumor, and unexplained pain.

In 2008 at the Winter Current Concepts in Joint Replacement meeting in Orlando, FL[JJ], Adolf Lombardi Jr MD described his experience with Biomet's MoM devices:

"When I first started practice with Tom Mallory in 1987, it was kind of easy. We did a 28mm head in a Metal-poly cup, and everybody got a 28mm head. We did it through a direct lateral approach; our dislocation rate was not high. We published that at a 0.25 % in primary osteoarthritis with a direct lateral with a 28 head. But obviously as we started to follow-up the patients and we started reporting our data, we've reported good long-term data on 2,000 consecutive Mallory heads. As for the femoral component, great data, good survivorship. It wasn't the same on the acetabular side. We had some issues initially with maybe the locking mechanism and then we weren't using direct compression-molded poly like you. So there were some issues there."

"Around the early 90s when there was the ability to start thinking about using metal-on-metals, I entered the IDE study with Biomet on the metal-on-metals, and did the M2a™-Taper, so that would be the 28 and later the 32mm porous plasma spray titanium shell with the chrome cobalt taper insert. And I actually have my numbers. So we did for the M2a™-Taper, for 342 of these in primaries and we revised three of those: one was a loose cup; one had a medial wall fracture with dislocation, and another **loose cup which the pathology did come back with perivascular lymphocytic infiltrates**.(0.29%) Although at the time of surgery it didn't look like some of these ALVAL's that people are talking about."

"When the 38s became available we went ahead and did a series of 38s, and we have done 767 of those. **Here unfortunately we've revised 24 of those 3.1 %.** 5 of those were sepsis, **9 loose cups** (*1.1%*), in 2 both the femur and the cup were loose, we had 1 metal hypersensitivity, 4 of these for pain and we really didn't know the etiology. I've had 1 dislocation in my 38s and that was a lady that came 6 years post implantation and I did find when I opened her up that her posterior capsule had eroded even though I had done direct lateral."

"We then moved on to the Magnum, and we had done 868 of the Magnums. We've revised 10 of those for 1.2% failure rate. 4 loose, 2 metal hypersensitivity, 1 pain from failure of in-growth, 2 sepsis, and 1 mal-position."

"… In a young active female patient of child-bearing age I'm thinking at this point in my career I'm going to do a delta-ceramic on an E-Poly®. The highly crosslinked polyethylene, I think the data has been out now at least there is 5-year clinical data, several studies that show greater than 50% reduction of wear."

"…most of the failures of metal-on-metal hypersensitivity or these pseudo-tumors are in women. I think the other caveat about doing the metal-on-metal is the critical features of how you put that cup in, especially when you're talking about these large-head cups. The outer-diameter is 180 degrees; they are lateralized at the dome to give

---

[JJ] 2008 Winter CCJR Panel Discussion Audio Transcripts on Bearing Options. [BMT-MM02015748/767]

them thickness at the periphery. So they are 6mm at the dome, 3mm at the periphery. That creates an inner-diameter that's less than 180°, and it varies on all the different manufacturers. And usually they're about l65°. **So that means when you think about abduction angle of 45 degrees, you're really putting that 165° at about 50°. So you want to tip it down a little further so you don't get edge loading**."



**Figure 25:**  M2a vs MoP survivor ship, Basingstoke.

Keith Berend MD in 2012 described the evolution of the characteristics of the Biomet MoM products he used in a presentation entitled "Metal-on-Metal: Hypersensitivity and Failure." [BMT-MM00654705,708,712] His institution did not find a plateau in MoM failures. He discussed causes of early failure (device and technique), mid-term failure (ALVAL, hypersensitivity, local tissue toxicity from metal ions) and long-term failure (catastrophic soft-tissue damage).  **Dr. Berend called  the results for the MoM technology unacceptable.** [BMT-MM00654705/757] [BMT-MM00654752]

**<u>Dislocation & Range of Motion</u>**

It had been hypothesized that the risk of dislocation would reduce as the head diameter increases (as long as the cup is not place too vertically). The introduction of highly cross-linked polyethylene and MoM  has allowed surgeons to implant large-diameter heads. However, surgical installation and patient factors significantly contribute to dislocations.

In 2013, AOA NJRR. documented that there is some variation in revision rates for different head sizes used in primary total conventional hip replacement. **Head sizes less than 32mm have a higher rate of revision for dislocation in all age groups. However, increasing head size from 32mm to 36mm or larger did not confer any additional protection against revision for dislocation.** This trend continues in the 2015 and 2016 AOA NJRR.  The **reported the rate of revision due to dislocation of total hips with a**

71

**head size ≤ 32 mm was equivalent to the rate of dislocation of total hips with a head size> 32 mm, regardless of bearing material.**

Allen et.al.[229]completed a prospective THA study in three groups who received different head diameters (< 36 mm, 36 mm and > 36 mm) showed there was no clinical differences between groups. However, the dislocation rate was significantly lower in the group with > 36 mm head (0% in this group compared with 1.25% in the < 36 mm group).Other studies, all of which have found the dislocation rate to be inversely correlated with the head diameter, however only a small increase from 28mm was needed, a small increase to 32 mm or 36 mm over 28 mm.[230,231] The reduction in dislocation, though small, was also found after implant revision (Hummel et.al., 32 mm heads vs 28 mm heads). This is explained by the increased head/neck ratio and jumping distance (the distance needed for dislocation). The finite element study by Crowinshield et.al.[232] showed this distance to range from 5-mm for a 22-mm head to 23-mm for a 40-mm head, when not implanted vertically.

**These data show that there is no beneficial effect in reducing dislocations in head sizes above 36 mm.**

When attainable, more normal ROM would be helpful for many sport and work activities. THA, even with big femoral head does not restore THA motion.
Hip simulator and biomechanical studies also suggested that large femoral heads can lead to greater ROM than 28-mm arthroplasties due to a favorable head–neck ratio. To my knowledge this has not been proven clinically. With femoral head diameters up to 36 mm, the improvement in joint range of motion, delay in cam-type impingement and reduction in dislocation risk have been clearly demonstrated. Conversely, larger diameter heads do not provide any additional improvements.[233] Short term some outcome studies show greater ROM[234] but no improvement in outcome measures like Harris Hip Score, and longer term registry data show an increased revisions for bigger femoral heads. The increase ROM was identified as transient[235] in one study.

The most important findings of Zijlstra et al [236] are: (1) the improvement in internal rotation was greater after the large femoral head metal-on-metal arthroplasty (14°) compared to the 28-mm arthroplasty (7°); (2) absolute postoperative internal rotation and other ROM measures did not differ; and (3) there were no differences with respect to improvement of flexion, extension, abduction, adduction and external rotation.[237]

Others show increased ROM for bigger femoral heads, but not match to normal (Lavigne et.al.[238]) Larger head-neck ration may reduce cup neck impingement but not bone-neck impingement.[239]

Increase range of motion (ROM) is only a theoretical advantage of big femoral heads >36mm in part because theoretically they make surgical placement more forgiving.

The improved material properties of UHMWPe in the late 1990s, and especially the properties of the highly-crosslinked UHMWPe introduced by several manufacturers, including Biomet, between ~ 1999-2005 allowed design of 36 and 40 mm heads with crosslinked polyethylene articulating surfaces for the majority of cup sizes. **Thus, any**

**benefit to be derived by providing a head diameter of 36mm in a MoM configuration could also have been obtained with a MoP configuration.**

**Joint Registry Data,  MoM Failure Rates**

Several countries have established Joint Registries. Registry data are based on few, but well-standardized and objective parameters such as revision rate. Revision rate is an essential, but not the only, parameter for assessing the quality of arthroplasty performance.  Evidence from registries suggests that so called ''minor modifications'' to the design of a prosthesis may be much less innocent than could have been expected in some cases.[240]

Premature failures of MoM implants were reported as far back as 2006 in the AOA NJRR. The AOA NJRR picked out MoM technologies as being a potential outlier (in terms of survivorship) in 2007, before The National Joint Registry (NJR) for England, Wales, Northern Ireland (UK NJR) did, and this may well be due to the fact that the Australian Joint Registry has been in existence longer and had 100% compliance.[241]

*Note: The Australian Registry has used the term metal sensitivity to encompass the entire spectrum of metal-related pathology.*

Data critical of the performance of MoM were presented at numerous scientific meetings in 2008 and onward, at meetings such as the British Hip Society (BHS) and the British Orthopaedic Association (BOA), the Orthopaedic Research Society (ORS),American Association of Hip and Knee Surgeons (AAHKS), the American Academy of Orthopaedic Surgeons (AAOS), the Hip Society (HS), and Current Concepts in Joint Replacement (CCJR).

In 2009, the AOA NJRR reported that when the head size is greater than 28mm, metal on metal has the highest risk of revision and metal on polyethylene the lowest. The five year cumulative percent revision when metal on metal is used was 4.0% and metal on polyethylene 1.7%.

In the UK when an implant has been shown to perform badly, it is referred to the British Medicine and Healthcare products Regulatory Agency (MHRA), the equivalent of the US FDA, which then discusses the report with the manufacturer. When it is deemed that there is unequivocal evidence of a serious problem with the implant, the MHRA issues alerts to all hospitals and practitioners.[242]

By 2011 the AOA NJRR, and the New Zealand Registry had reported an increased revision rate associated with larger femoral head sizes (greater than 32 mm)  when MoM bearing surfaces were used. [243] This trend continues in the 2015 and 2016 AOA NJRR.

In 2013, AOA NJRR. documented that there is some variation in revision rates for different head sizes used in primary total conventional hip replacement. **Head sizes less than 32mm have a higher rate of revision for dislocation in all age groups. However, increasing head size from 32mm to 36mm or larger did not confer any additional**

**protection against revision for dislocation.** This trend continues in the 2015 and 2016 AOA NJRR.

In 2016, the incidence of metal related pathology and loosening increases significantly with time. For MoM head sizes > 32 mm the cumulative incidence of revision for metal pathology is currently reported to be about 12% at 13 years and 14.5 years, and the cumulative incidence, for loosening is reported to be about 6% at 13 years and 7% at 14.5 years. For MoP THA with head size > 32 mm the reported incidence is less than 1% for each at 13 years. The cumulative percent revision of MoM primary THA using head Size >32mm (primary diagnosis OA) was reported as 11.2% for M2a and 7.9% for M2a Magnum at 10 years. [2016 AOA NJRR MoM Supplement, p13 & 15]

In 2014 and 2015, AOA NJRR reported that the revision rate of the M2a MoM, was about three times higher than the revision rate of metal-on-polyethylene (MoP) combinations and 4, 7 & 10 years.

In 2014 AOA NJRR issued a supplement on MoM in conventional THA. The revision rate for females with head diameters greater than 32 mm is over 25% at 10 years.

On February 10, 2015 the Australian Government Department of Health Therapeutics Goods Administration issued a Hazard Alert regarding the Biomet M2a-Metal-on-metal total hip replacements stating that they have higher than expected revision rates, including the M2a-38 femoral head, the M2a-38 acetabular cup.

The AOA NJRR 2015 Supplement on MoM reported that here are differences in the reasons for revision when MoM and MoP bearing surfaces are compared. **The data demonstrates a higher incidence of revision for metal related pathology, loosening/lysis and infection for the MoM group.** The cumulative incidence for these three revision diagnoses for MoM at 14 years is 8.0%, 4.9% and 1.9% respectively compared to MoP 0.0%, 2.5% and 0.9% respectively. The actual incidence of metal related pathology is potentially higher since it is possible that undiagnosed metal related pathology contributes to the increased rate of loosening/lysis and infection reported in MoM articulations with larger head sizes.

Biomet continued to promote and sell the M2a -38 despite higher than expected early revisions and metal ion pathologies. Biomet did not discontinue the M2a-38 product family until October 25, 2011. [BMT-MM01707537/538] Biomet continued the sale of their M2a-Magnum beyond 2011.

After Biomet received notice that the M2a MoM devices were failing from ALTR including unexplained pain, pseudotumors, loosening or corrosion at higher than expected rates, and at rates higher than MoP hip systems, Biomet did not provide post sale warnings to patients who had these devices implanted or their treating physicians. If they had been warned of the risks of elevated metal ions and associated ALTR with the Biomet M2a devices, surgeons may have recognized and treated failing MoM devices sooner, sparing patients additional pain, suffering, and functional loss.

**<u>The Specific Hazard in this Incident</u>**

74

Patients with Biomet MoM implants have been exposed to hazards of functional impairment, metalosis, bone loss, various types of ALTR in the form of soft tissue injuries (atrophy and degenerative changes through the abductor musculature, pseudotumor or bone cysts), and groin and lateral thigh pain leading to revision total hip surgeries. In addition to the risks of surgery, such as infection, embolisms, et cetera, revision total hip surgeries generally have poorer outcomes. Among other things some patients have reported systemic effects of elevated ions. For example, some have experienced immune system compromise as a result of elevated Co ions leaving them more susceptible to infection. Following their revision surgeries for ALTR, many patients have residual functional impairments.

These hazards should have been communicated to the treating surgeons prior to the THA procedures. Had they been, the surgeon could have selected and implanted a state-of-the-art MoP product and the patients would not have been injured by the excessive CoCr wear, corrosion and Co ions and the subsequent revision surgeries.

The combination of these hazards and exposure makes this product unreasonably dangerous and unsuitable for its intended purpose.

## 9.   RESPONSIBILITIES

### Biomet and Other  Manufacturers Provided a Safer/More Durable Alternative Designs

Biomet and other manufacturers provided safer and more clinically successful alternative designs for hip implants that provided high stability (i.e. lower risk of dislocation and greater range of motion) and low wear rates.  By the early 2000s, Biomet and most major orthopaedic companies such as Zimmer, DePuy, Smith & Nephew, and Stryker, marketed hip implants utilizing a metal or ceramic femoral head articulating on a cross-linked polyethylene liner. Each offered 28 and 32 mm MoP acetabular cups with UHMWPe liners and 2-piece acetabular component construction. Most also offered slightly larger diameter 36 and 40 mm MoP THA articulations by 2004.

Between 1998 and 2004, the advances in wear characteristics of cross-linked polyethylene drastically reduced the amount of wear generated in MoP implants. This significantly reduced the risk of osteolysis, which was sometimes seen with prior generation MoP implants. By 2004 and 2005 there was not a need for MoM articulations to resolve UHMWPe wear problems in THA.  At least seven  major orthopaedic companies sold metal backed porous ingrowth acetabular cup systems that utilized XLPE liners and larger diameter femoral heads. Surgeons could have used the Biomet ArCom or one of the other  manufacturer's crosslinked liners in their patients.

### Assurance of Safety and Function

The Biomet M2a line of MoM implants had new and unacceptable risks due to immune reactions to excessive articular surface wear and corrosion, as well as taper junction wear

75

and corrosion due to high frictional torque and/or immune reaction to excessive metal debris and ions.

A company that designs, manufactures, or offers any product for sale has a responsibility to protect people from hazards that may be present in their products.

> Hazard - Potential source of harm
> Harm - Physical injury and/or damage to health or property
> Risk - Probable risk of occurrence of a hazard causing harm and degree of severity
> Safety - Freedom from unacceptable risk of harm
> Mitigation - To reduce or eliminate risk of hazard and to increase safety

The design process must take into account the types of actions that people make under reasonably foreseeable conditions of service, including intended use and reasonably foreseeable misuse. Hazards should be designed out of the product through engineering means. If the hazard cannot be eliminated, guards must be provided.  In all cases in which the hazard cannot be eliminated or guarded against, clear and prominent warnings or instruction as to the dangers of the product must be provided.  These are the three steps of the fundamental principles and rules of practice for safe and appropriate engineering of products. This has long been known in the engineering profession.

The design process must take into account the condition of the patient/consumer by whom the device is intended to be prescribed/used. The American Society of Mechanical Engineer's 1984 Publication, "Instructional Aid for Occupational Safety and Health in Mechanical Engineering" [244] states:

> "There are six basic guidelines which a designer can apply in order to maximize the safety level of his products or manufacturing processes. The National Safety Council has published this list in descending order of effectiveness. One should rely upon the highest concept attainable, but if this is not possible, the very next one shown should be used.
>
> In brief these are:
> 1. Eliminate the hazard from the product or process by altering its design, material, usage, or maintenance method.
> 2. Control the hazard by capturing, enclosing or guarding it at its source.
> 3. Train personnel to be aware of the hazard and to follow safe procedures to avoid it.
> 4. Provide adequate warnings and instructions in appropriate forms and locations.
> 5. Anticipate common areas and methods of abuse and take steps to eliminate or minimize the consequences associated with such actions.
> 6. Provide personal protective equipment to shield personnel against the hazard.
> These six rules are interrelated and more than one can be used in a specific situation. For instance, training and warnings can often supplement machine guarding and the use of personal protective equipment."

Hazard analysis and harm mitigation rests with the manufacturer. [245, 246]

ISO 13485 (2003) is an international standard, published in 2003, that represents the requirements for a comprehensive management system for the design and manufacture of medical devices. It supersedes earlier documents such as EN 46001 and EN 46002 (both 1997), the ISO 13485 published in 1996 and ISO 13488 (also 1996). While it remains a stand-alone document, ISO 13485 is generally harmonized with ISO 9001(2000). ISO 9001 requires the organization to demonstrate continual improvement, whereas ISO 13485 requires only that they demonstrate the quality system is implemented and maintained.

ISO 14971 is the risk management standard for medical devices. The U.S. FDA and Health Canada have both recognized the 2007 version of this international standard, but in 2012 the European Commission identified that this specification deviates from the Essential Requirements of the European Medical Device Directives. In order to comply with the EN ISO 14971:2012 version of the risk management standard, companies need to implement risk controls for all risks, regardless of acceptability. Unfortunately, many companies choose arbitrary thresholds for acceptability of risk. Instead of relying upon benchmarking or risk/benefit analysis, many companies established that a policy that all risks must be below a quantitative value. *All risks, regardless of their dimension, need to be reduced as much as possible and need to be balanced, together with all other risks, against the benefit of the device.* The risk/benefit analysis should consider not only the benefits to patients and the risks of using the device, but the analysis should also consider relative benefits of using other devices. Furthermore, unless the risk controls would not reduce risks further, or the risk controls are incompatible with other risk controls. Risk control options should never be ruled out due to cost. The following wording for implementation of risk control options in the new proposed second Essential Requirement is below:
> "The manufacturer shall apply the following principles in the priority order listed:
> a. identify known or foreseeable hazards and estimate the associated risks arising from the intended use and foreseeable misuse;
> b. eliminate risks as far as possible through inherently safe design and manufacture
> c. reduce as far as possible the remaining risks by taking adequate protection measures, including alarms; and
> d. provide training to users and/or inform users of any residual risks."

The new proposed Essential Requirements also include numerous examples of how the manufacturing processes must ensure proper safety.[247]

**Biomet was not compliant with the spirit of ISO EN 13485, ISO14971 (2007, 2012), and ISO 9001 (2000) as evidenced by deficiencies in risk assessment and performance testing.**

Medical device manufacturers have a responsibility to characterize the mechanical performance of a device in typical and foreseeable worst-case clinically relevant conditions.  In products like hip implants, where overload and excessive wear and corrosion are both possible and common under ordinary use, especially in the younger, active patient population for which Biomet promoted its M2a line of MoM implants, the

manufacturer has a responsibility to educate the users (surgeons, patients and other caretakers) concerning the device limitations including methods users can adopt to assure effectiveness and prevent injury from device overload, misuse or failure. In many of these devices, warnings and precautions regarding implant alignment and positioning, and patient weight restrictions and patient activity limitations are advised to prevent implant failure and patient injury. Because MoM articulations have proven to be a problem relative to exposure to Co ions and ALTR, additional warnings and contraindications were warranted for these devices. In MoM systems, the taper junction at the head-neck region has also proven to be a problem due to increased fretting and corrosion which warranted design changes for mitigation.

## Warnings and Precautions

The surgical technique instructions and the warnings and precautions provided by Biomet for the M2a MoM articulations in IFUs were insufficient to prevent injury to patients for several reasons.

The Biomet MoM products are dangerous to implant recipients due to specific warning defects. MoM articulations used in total hips have new and unique risks compared to other bearing couples such as metal or ceramic on polyethylene (MoP) which were not sufficiently highlighted by Biomet in its IFU's, promotional materials and other training materials.

Guidance on Medical Device Patient Labeling; Final Guidance for Industry and FDA Reviewers issued April 19, 2001 states:
"A warning alerts the reader about a situation which, if not avoided, could result in death or serious injury. [ANSI Z535.4-1998] It may also describe potential serious adverse reactions and safety hazards. The designation of a hazard alert as a "warning" is reserved for the most significant problems."

Appendix E states:
"Effective warnings and precautions capture the reader's attention, are understood, are consistent enough with the reader's beliefs and attitudes to be accepted, and are persuasive enough to motivate the reader to comply. They invoke an appropriate level of fear arousal, conveying the nature and extent of the hazard, without being so strong that they backfire, causing the reader to select an alternative action or no action."

"There are four elements generally recognized by the courts and research as necessary for an effective warning or precaution:
- a signal word (WARNING, CAUTION) to alert the reader that what follows is important hazard information. A symbol or icon may emphasize the effect of the signal word. Additional enhancement, such as bolding, larger type, underlining, italics, or color may help the information stand out from the rest of the text. However, studies have demonstrated that a large difference in font size between the signal word and the text may de-emphasize the importance of the text and therefore reduce the likelihood that the text will be read.
- a hazard avoidance directive in the form: Do Not, Never, Avoid..." (or Do, if more appropriate) followed by the action to avoid (or perform). The objective

78

of this directive is to give clear instructions to the user on how to avoid the hazard.

- a clear statement of the nature of the hazard associated with the warning (e.g., allergic reaction to material, strong magnetic field) or precaution (e.g., environmental effect, damage from resterilization) that characterizes the severity and the likelihood.

- the consequences, specifying the serious adverse events, potential safety hazards and limitations in device use that result if users do not follow instructions. The purpose is to give them a clear idea of the risk, which is likely to increase compliance. Hazard alert research has shown that this element has a significant effect on readers. If the consequences are not included, the alert is likely to be less effective. The signal word should appear first. The order provided here for the other three elements (hazard avoidance, hazard identification, and consequences) will be appropriate for most instances, but may be altered as necessary to best communicate the information to the reader."

**Because Biomet marketed directly to patients on the internet,  Biomet should have also provided adequate warnings to patients regarding the unique risks associated with MoM devices in addition to their surgeons in those promotional materials**.

At all times, Biomet's training materials, brochures and warnings were misleading and did not adequately communicate the risks of their MoM product offerings.

Biomet promoted low in vitro wear volume in their brochures without mentioning the significantly higher wear particle count and the increased availability of metal surface area for corrosion and metal ion release. **The promotion of low wear volume without a discussion of the increased particle burden and the toxicity of those particles and their corrosion products was misleading because it implied a lower risk of adverse reactions to the particulate debris, when in fact the opposite was true.**

In the brochures that promoted low wear volume, Biomet should have also pointed out that:

1. Metal wear particles are small, about 10 to 90 nm in size, and irregular in shape leading to a very high surface area exposed to in-vivo fluids facilitating corrosion.
2. As many as ~ 100 times (or at least greater than 55x)  more CoCr wear particles are produced by metal-on-metal as compared with metal-on-polyethylene bearings even under normal in vivo conditions, and that this significantly increased the risk of adverse soft tissue reactions and elevated metal ions in the local tissues.
3. CoCr metal particulate matter and the ensuing metal ions are known to cause adverse local tissue reactions such as tissue necrosis  and other immune responses.

Biomet misrepresented the benefits of the MoM articulation by not including the risks when marketing their MoM devices as low wear and preferentially for use in younger more active patients, which implies greater longevity, greater durability, and lower risk.

Biomet promoted use of their MoM articulations in young active patients, yet they did not test the M2a family of products sufficiently to assure endurance in that patient population.

Because the Biomet M2a MoM designs were not adequately evaluated using in-vitro bench testing prior to launch some of the new risks of these devices which should have been identified were not identified and disclosed prior to introduction into the US population.

1. Surgeons were not informed of the increased metal wear particles and ions associated with realistic physiologic loading and the consequences of technically unavoidable head separation and related edge contact loading and third body wear.
2. Surgeons were not initially informed to avoid implanting the MoM acetabular components in higher angles of abduction or inclination.

**Biomet's surgical techniques, instruction manuals and brochures failed to point out that performance results shown in their brochures were only applicable to ideal laboratory conditions** which did not simulate the more realistic wear expected from physiologically relevant use conditions including head separation and edge loading.

**Biomet should have but did not include wear test results identified for head separation, edge loading or higher demand load scenarios in their brochures.**

Biomet also should have had the knowledge concerning appropriate inclination and anteversion angles for MoM articulations and should have shared information concerning the risks and should have taught against, warned about or contraindicated installation in angles > ~ 50° and combined anteversion > 25° but did not do so. These instructions should have been in their surgical techniques and other training materials.

Thus, many patients were exposed to higher than expected MoM debris and metal ions in the Biomet M2a-Taper, M2a-RingLoc, M2a-38, and M2a-Magnum MoM products, and additional corrosion debris from the modular CoCr taper junctions, primarily in the M2a-38 and M2a taper products due to the large diameter monolithic CoCr head.

**Biomet's warnings for MoM have evolved over time.**

Early warnings by Biomet were limited to providing general warnings and precautions applicable to any total hip procedure, regardless of bearing style**.** These generic warnings were placed in an instructions for use (IFU) which are provided in package inserts that accompany the product. The package insert is generally not seen by a surgeon in the operating room. The scrub technicians remove the inner sterile packaging containing the implant from the outer package that contains the package insert with the IFU. Only the sterile inner package or the implant from the inner package are handed to the assistant or the surgeon. The packaging and IFU are discarded**.** It is well known that surgeons do not routinely read the IFU documents provided with the implants in the packaging.

Simply placing a warning in a document that is not routinely read is an insufficient method to assure patient safety. Among other things, surgeon-to-surgeon training, and salesman-to-surgeon training tips, promotional or educational brochures, physician letters, and literature or literature reviews (when available) are more effective in communicating and clarifying such critical issues to surgeons.

Biomet did not contraindicate the use of the M2a MoM product family in high demand patients nor did they provide specific weight or activity limitations for their MoM THA products. Biomet also failed to provide a list of occupational or other conditions likely to result in extreme stresses to the implant and instead proceeded to advertise for use in younger patients who want to continue sports activities.

Biomet did make some effort to communicate negative effects of MoM in 2006, but those efforts were insufficient:

By late 2006 the adverse effects of elevated metal ions and genotoxicity were added to Biomet's hip system IFU, but:

1. The risks unique to the extremely high quantity of metal wear debris generated by MoM implants under normal in vivo use and elevated metal ions were not mentioned.

2. Methods surgeons and/or patients could use to minimize the risk for excessive wear, elevated metal ions and adverse local tissue reactions (ALTR) to metal debris (or adverse reactions to metal debris (ARMD)as well as ALVAL or pseudotumors were not mentioned.

3. Surveillance or monitoring of MoM patients for metal ions in blood serum, pseudotumors and other adverse local tissue reactions were not recommended.

Selected Warnings and Adverse Effects from the December 2006 IFU 01-50-0959 [BMT-MM00021600/01]:

"WARNINGS
…Accepted practices in postoperative care are important. Failure of the patient to follow postoperative care instructions involving rehabilitation can compromise the success of the procedure. The patient is to be advised of the limitation of the reconstruction and the need for protection of the implants from full load bearing until adequate fixation and healing have occurred. Excessive activity, trauma and weight gain have been implicated with premature failure of the implant by loosening, fracture, and/or wear. Loosening of the implants can result in increased production of wear particles, as well as accelerate damage to bone making successful revision surgery more difficult. The patient is to be made aware and warned of general surgical risks, possible adverse effects as listed, and to follow the instructions of the treating physician including follow-up visits."

"POSSIBLE ADVERSE EFFECTS
1. Material sensitivity reactions. Implantation of foreign material in tissues can result in histological reactions involving various sizes of macrophages and fibroblasts. The clinical significance of this effect is uncertain, as similar changes may occur as a precursor to or during the healing process. Particulate wear debris and discoloration from metallic and polyethylene components of joint implants may be present in adjacent tissue or fluid. It has been reported that wear debris may initiate· a cellular response resulting in osteolysis or osteolysis may be a result of loosening of the

81

implant. Further, there has been a report regarding an association between articulating surfaces of: 1) CoCrMo alloy on CoCrMo alloy, 2) CoCrMo alloy on polyethylene, and 3) Titanium alloy on polyethylene in hip replacements and increased genotoxicity. This report, however, did not assess either the clinical relevance of the data or make any definite conclusions as to which metal ions or interactions between metal ions or particulate metals might be responsible for the observed data. The report further cautioned that an association does not necessarily mean a causal relationship, and that any potentially increased risk associated with metal ions needs to be balanced against the benefits resulting from hip replacement. A low incidence of metal hypersensitivity has been reported with failed metal-on-metal implants. The clinical relevance of these findings is unclear, and it is not known whether metal hypersensitivity causes implant failure.

2. Early or late postoperative infection and allergic reaction.
3. Intraoperative bone perforation or fracture may occur, particularly in the presence of poor bone stock caused by osteoporosis, bone defects from previous surgery, bone resorption, or while inserting the device.
4. Loosening or migration of the implants can occur due to loss of fixation, trauma, malalignment, bone resorption, or excessive activity.
5. Periarticular calcification or ossification, with or without impediment of joint mobility.
6. Inadequate range of motion due to improper selection or positioning of components.
7. Undesirable shortening of limb.
8. Dislocation and subluxation due to inadequate fixation and improper positioning. Muscle and fibrous tissue laxity can also contribute to these conditions.
9. Fatigue fracture of components can occur as a result of loss of fixation, strenuous activity, malalignment, trauma, non-union, or excessive weight.
10. Fretting and crevice corrosion can occur at interfaces between components.
11. Wear and/or deformation of articulating surfaces.
12. Trochanteric avulsion or non-union as a result of excess muscular tension, early weight bearing, or inadequate reattachment.
13. Problems of the knee or ankle of the affected limb or contralateral limb aggravated by leg length discrepancy, too much femoral medialization or muscle deficiencies.
14. Postoperative bone fracture and pain.
15. Elevated metal ion levels have been reported with metal-on-metal articulating surfaces. Although mechanical testing demonstrates that metal-on-metal articulating surfaces produce a relatively low amount of particles, the total amount of particulate produced in vivo throughout the service life of the implants remains undetermined. The long-term biological effects of the particulate and metal ions are unknown."

**Biomet did not initially warn or issue a precaution about the use of MoM in females and small stature males.**

Biomet did not contraindicate use of its MoM products in females or small stature males, and its failure to do so created an unreasonably dangerous risk for those patients.

- The AOA NJRR Annual Report 2009 detailed a 10 year retrospective analysis. MoP implants were revised less often than MoM regardless of head size; and MoM implants were revised more often than other types when larger head sizes are used. Females were found to have a higher rate of revision.
- To further evaluate the effect of head size with M/M bearing surface, analysis was undertaken comparing four head size groups (≤28, 30-32, 36-40, >40mm). There

is no difference in the rate of revision between head sizes 28mm or less and 30-32mm. The two larger head size groups were associated with an increased rate of revision compared to head sizes 32mm or less. In particular there has been an increasing rate of revision for head sizes greater than 40mm (AOA NJRR 2015).

**Biomet's warnings were insufficient because they lacked recommendations for ongoing care and management of MoM patients. Between 2007 and 2010, the MHRA had established recommendations. The FDA followed suit[KK] in January of 2013, and the AAOS[248] in 2014.**

2010: In an Official AAOS Release dated October 29, 2010, Chitranjan S. Ranawat, MD, president of the Hip Society and an orthopaedic surgeon in New York stated:

> "We suggest that any patient who received a metal-on-metal hip inform all medical care givers about their joint replacement device and pay attention to post-operative pain."

> "… we want to elevate patient awareness about metal-on-metal hip replacements. We suggest that any patient who received a metal-on-metal hip inform all medical care givers about their joint replacement device and pay attention to post-operative pain."

Joshua Jacobs, MD, spokesperson for the AAOS and an orthopaedic surgeon and researcher in Chicago, IL stated:

> "In general, a patient should be relatively pain-free three months after any hip replacement surgery." "Any new pain or increase in pain at that point should be promptly communicated to your surgeon, as it may indicate a complication."

> "The MoM patient should discuss the value of a blood or urine test to check for cobalt levels with his or her orthopaedic surgeon. At present, the testing has not been standardized and must be done by labs that specialize in trace metal analysis."

However, other than one letter to surgeons concerning the RingLoc Bipolar product, Biomet did not send warnings or communications to doctors or patients as to the adverse reactions seen in other MoM patients, such as soft tissue damage/cell death, pseudotumors, severe synovial hypertrophy, severely elevated serum Co ions, instability, neuropathies, et cetera. Biomet also did not post warnings for patients to review on its www.MetalOnMetal.com website. Biomet still owns the same website address today, but instead uses the address to direct visitors to its main corporate website.

More recently, Biomet has provided additional warnings and precautions concerning its MoM products, and these warnings and precautions are accessible on the internet.

**For example the following web location provides "Important information on metal-on-metal hips":**

---

[KK] Refer to APPENDIX III    FDA SAFETY COMMUNICATIONS.

http://www.biomet.com/wps/portal/internet/Biomet/Healthcare-Professionals/products/orthopedics/important-information-mom-hips/

"Regulatory agencies have issued recommendations to surgeons for follow-up of patients with MoM hip implants. In April 2010 and February 2012, the Medicines and Healthcare Products Regulatory Agency (MHRA) of the United Kingdom issued medical device alerts regarding MoM hip implants, which were posted at: http://www.mhra.gov.uk/Publications/Safetywarnings/MedicalDeviceAlerts/CON079157 and http://www.mhra.gov.uk/home/groups/dts-bs/documents/medicaldevicealert/con143787.pdf.

In February 2011, the U.S. Food and Drug Administration (FDA) Center for Devices and Radiological Health posted an informational website for patients and orthopaedic surgeons on MoM hip implants, which is available at:

http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/MetalonMetalHipImplants/ucm241771.htm.

In its April 2010 alert, the MHRA advised that surgeons should consider specific monitoring for certain patient groups, including cohorts of patients where there is a concern about higher than expected failure rates. In its February 2012 alert, the MHRA updated its advice with specific recommendations for patients treated with MoM total hip replacements with a femoral head diameter equal to or greater than 36mm. The FDA on its informational website recommends that follow-up should occur periodically for asymptomatic patients and provides more detailed guidance on follow-up and evaluation for patients with the presence of local symptoms such as pain or decrease in joint function that appear more than three months after MoM hip implant surgery. The FDA further advises that certain patients, including female patients, are at risk for increased device wear and/or adverse reactions to metal debris and should be monitored closely. Biomet encourages careful follow-up for all MoM patients, including close monitoring for women, particularly those women with a Biomet M2a-38 Metal-on-Metal Total Hip System. "

This same website now contains a letter to surgeons authored by Robert E Durgin, senior vice president of quality/regulatory/clinical affairs at Biomet, which summarizes the Kaplan-Meier survivorship of each Biomet MoM product family, indicating which products have a higher or lower survivorship compared to all total hips and compared to all other MoM devices. The same letter contains links for follow up care recommendations by the Medicines and Healthcare Products Regulatory Agency (MHRA) of the United Kingdom  and the link to the USFDA's  informational web site.

Biomet failed to appropriately warn its customers ***in a timely manner*** of the unreasonable dangers posed by Co ions, and the likelihood of elevated Co ions in patients due to MoM articulation. A sufficient warning of these dangers would have allowed patients to either avoid MoM devices altogether and choose a safer alternative such as MoP or CoP, or at the very least pursue measures to minimize the harm caused by revision and metalosis by following up with their medical providers for testing and other safety recommendations.

## 12.   FINDINGS

Within the bounds of reasonable engineering and scientific certainty, and subject to change should additional information become available, it is my professional opinion that:

(1) Biomet MoM hip systems are unreasonably dangerous and defective in design and present an unreasonable risk of harm to patients when compared to their utility due to:

A.  Use of metal-on-metal (MoM) articulation.
   i.    MoM articulations generate extremely large numbers of CoCr wear debris particles which cause adverse local tissue reactions and elevated local or systemic metal ions which are cytotoxic, and which elicit immune responses which in turn increase the corrosion of CoCr alloy. A cascading increase of ions, inflammatory response and corrosion ensues.
   ii.   Large femoral head MoM articulations (> 36 mm) have unsafe/higher frictional torques particularly at start-up and under higher demand activities common in younger and more active patients. These increased torsional moments cause greater taper junction motion, greater fretting and greater corrosion, particularly of the CoCr alloy components. They can also cause acetabular cup loosening in some patients, especially those with monoblock cup designs.
   iii.  MoM articulations are unforgiving and thus unreasonably dangerous relative to head separation events.  Well-fixed, well-aligned implants are subjected to edge loading during head re-entry following head separation during common activities such as walking. This edge loading generates higher than expected/excessive wear which results in elevated metal ions with immune response complications (ALTR, ALVAL and ARMD) and tissue necrosis.  The occurrence of head separation in hip implants was well known to Biomet before it marketed its M2a MoM devices.
   iv.   MoM articulations are unforgiving relative to hard third-body particles which result in surface scratches,  increasing wear debris, corrosion and metal ion generation.
   v.    Even under optimal conditions, MoM articulating surfaces are not adequately lubricated, which results in generation of wear debris particles and increased frictional torque.  Under typical in vivo use, which involves frequent stops and starts, standing, sitting, climbing stairs, and other common activities, MoM articulating surfaces are even less likely to be lubricated.  Biomet not only failed to advise surgeons and patients of these characteristics of its MoM devices, it instead claimed that its designs would promote lubrication and result in low wear.
B.  In many Biomet MoM patients, the Biomet M2a MoM implants failed to perform in the reasonable and safe manner expected in light of their nature and intended function.

85

2. The combination of low clearance, sub-hemispherical arc of coverage and the failure to instruct surgeons to implant this cup more horizontally (≤45°) to minimize the risk of edge loading is, in combination, a design and warning defect of the M2a-38 MoM product. Biomet did not have sufficient warnings to alert surgeons concerning the appropriate  installation position required to minimize the risk of positional edge loading, head separation  edge loading and the ensuing excessive CoCr wear debris, excessive corrosion and  excessive  Co ions  which in turn cause  ALTR,  necrosis, pseudotumors, pain, osteolysis, and in some, a diagnosed ALVAL response.

3. There were reasonable safe alternatives  to the Biomet M2a MoM products that did not have an increased risk of excessive metal wear debris particles, elevated metal ions, and metal ion pathologies (e.g. ALTR, pseudotumors, ALVAL) and increased risk of acetabular cup loosening.
   A. Cross-linked polyethylenes developed in the mid-1990s by Biomet and others virtually eliminated the risk  of osteolysis.  By 1995  Biomet had developed an improved ArCom polyethylene sterilized in Argon (inert gas) in barrier packaging which also reduced the risk of osteolysis. These solutions to the wear issues associated with earlier generation polyethylene articulating surfaces  made the risks associated with the use of MoM hip implants unjustified. The risk/benefit ratio did not support commercialization of MoM in the United States in 2000.
   B. By 2004, when the M2a-Magnum was cleared by the FDA, the preferred (gold standard) THA articulation was MoP or CoP utilizing crosslinked polyethylene such as DePuy's  Marathon, Zimmer's Prolong or Longevity, Sulzer's Durasul, WMT's Lineage, S&N's XLPE, Biomet's ArCom XL, or Howmedica-Osteonic's X3.  By 2004 and 2005, there was even less of a need for MoM articulations to resolve UHMWPe wear problems in THA.  At least seven  major orthopaedic companies, including Biomet, sold metal backed porous ingrowth acetabular cup systems with XLPE liners and larger diameter femoral heads.

4. Biomet's testing of the M2a MoM product family was deficient, and was a substantial factor in the harms experienced by its MoM patients. Biomet's lack of appropriate testing prior to sale caused patient injuries. Biomet's failure to calculate and communicate the probability of the new risks of MoM articulations to surgeons and patients prevented them from making informed product selections, and deprived them of the ability to choose safer alternative devices.
   A. Once industry reports and the peer reviewed literature identified excessive wear mechanisms and methods to quantify the excessive wear, Biomet failed to complete this testing and failed to quantify the probability of occurrence of these excessive wear scenarios. Likewise, Biomet also failed to communicate the probability of these risks to surgeons and patients, preventing them from making informed product selection. Furthermore, Biomet failed to communicate increased risk of elevated local or systemic metal ions associated with this increased wear,

and the associated harms which contributed to the failure of surgeons to recognize metal ion related symptoms in their MoM patients.

B. Biomet did not test its MoM products under more realistic physiologically relevant conditions, and promoted them for use in younger more active patients. Furthermore, Biomet deliberately misled its customers (surgeons, hospitals and patients) in its promotion of M2a products by citing low wear and low metal ions based solely on ideal laboratory conditions even though others in the industry had already shown that testing under more realistic in-vivo conditions would generate excessive MoM articulation wear.  Biomet should have known that its laboratory testing of the M2a MoM prior to clearance did not replicate conditions in the human body during normal activities of daily living, and was misleading and incomprehensive. Biomet should have known from its research and testing that the actual wear rate in clinical use of M2a MoM hip replacement systems would be significantly and substantially higher than the rate measured in its laboratory testing prior to clinical release.

5. The Biomet M2a MoM products are unreasonably dangerous and presented an unreasonable risk to implant recipients due to specific warning defects.  MoM articulations used in total hips have new and unique risks compared to other bearing couples such as ceramic or metal-on-polyethylene, which were not sufficiently highlighted by Biomet in its promotional and training materials.

A. In Biomet's brochures that promoted low wear volume, Biomet should have also pointed out that:

   i. Metal wear particles are small, about 10 to 90 nm in size, and irregular in shape leading to a very high surface area exposed to in-vivo fluids facilitating corrosion.

   ii. As many as ~ 100 times (*or at least 55x*)  more CoCr wear particles are produced by metal-on-metal as compared with metal-on-polyethylene bearings under normal in vivo conditions, and this significantly increased the risk of adverse local tissue reactions and elevated metal ions in the local tissues.

   iii. CoCr metal particulate matter and the ensuing metal ions are known to cause adverse local tissue reactions such as tissue necrosis  and other immune responses.

   iv. Biomet's surgical techniques, instruction manuals and brochures failed to point out that performance claims made in their brochures were only applicable to ideal laboratory conditions which did not simulate the more realistic wear expected from physiologically relevant use conditions, including head separation or  edge loading.

   v. Biomet  should have but did not include excessive wear test results identified for head separation, edge loading or higher demand load scenarios in their brochures.

Biomet misrepresented the benefits of the MoM articulation by not including these risks when marketing their MoM devices as low wear and preferentially for use in younger more active patients, which implies greater longevity, greater durability, and lower risk. This constitutes failure to appropriately warn, and is a substantial factor in the failure of MoM devices due to revision surgery and other injuries caused by metalosis.

B. The warnings supplied by Biomet for the M2a family of MoM articulation, particularly in 2001/2004, were insufficient in that they did not warn specifically that extremely large numbers of metal wear debris particles and elevated metal ions and metal ion pathologies can result from, among other things:

    i. Normal use under even under optimal implant positioning;

    ii. Common head separation events (which can edge loading in re-entry or third body wear, each resulting in elevated metal ions)

    iii. Sub-optimal positioning during installation;

    iv. Higher demand use due to higher cycles and forces and extreme motions in various sports and manual labor activities;

    v. Higher demand use due to use in heavier patients who are at least moderately active.

    vi. Increased and excessive taper corrosion at the head/neck interface.

In addition, Biomet did not set specific weight and/or activity restrictions necessary to prevent excessive wear related to use.

C. For the Biomet's MoM components a more vertical cup orientation increasing his patient risk of higher wear due to edge loading. Biomet's IFU and surgical techniques and brochures available in 2005 did not include this warning. Failure to train surgeons to avoid installing the device too vertically when the product was released is a design and warnings defect of the M2a product families.

D. The Biomet warnings were also insufficient because they lacked recommendations for ongoing care and management of patients with MoM.

6. Biomet continuously downplayed the serious and unreasonable danger associated with its MoM hip implant devices and modular head-neck taper corrosion compared to safer alternative devices utilizing crosslinked polyethylene articulating surfaces. In its promotion of the M2a products, Biomet downplayed the potential harm of metal wear debris implying that reduced wear volume found in laboratory testing was indicative of low wear generally, and little or no risk of elevated metal ions, when in fact the opposite was true. Biomet consistently exaggerated the claimed benefits of its M2a MoM devices while consistently minimizing the risks to patients associated with those devices. This action contributed to the failure of surgeons to recognize the risks to patients associated with the use of Biomet's M2a MoM devices.

7. Biomet's failure to appropriately educate, train and warn surgeons and patients caused the selection and use of this implant in patients. Biomet's M2a MoM products have experienced higher cumulative revision rates than what is considered acceptable in the orthopaedic community, and far higher cumulative revision rates than implants made by Biomet and others utilizing a ceramic or metal on crosslinked polyethylene articulating surface. Biomet's conduct has caused patients to experience adverse local tissue reactions, pain, osteolysis, and other conditions, which has resulted in premature revision surgery and other related injuries. Patients with BioMet MoM have been exposed to hazards of functional impairment, metalosis, bone loss, various types of ALTR in the form of soft tissue injuries (atrophy and degenerative changes through the abductor musculature, pseudotumor or bone cysts), and groin and lateral thigh pain leading to revision total hip surgeries. In addition to the risks of surgery, such as infection, embolisms, et cetera, revision total hip surgeries generally have

88

poorer outcomes, including a higher risk of post-surgery infection and dislocation.  In addition, some patients have reported systemic effects of elevated ions. For example, some have experienced immune system compromise as a result of elevated Co ions leaving them more susceptible to infection. The medical literature is starting to report on systemic harm associated with elevated metal ion levels.  One case study has attributed a patient's death to cardiomyopathy caused by elevated metal ion levels, and other studies have shown that metal ions can traverse the placental barrier. Following their revision surgeries for ALTR, many patients have residual functional impairments.

Mari Truman, M.S., P.E. (OH #69075)
Biomechanics & Medical Device Expert

89