UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION (MDL 2391) | ) ) ) ) CAUSE NO. 3:12-MD-2391 ) |
| This Document Relates to the Cases Listed in Exhibit A | ) ) ) ) |

ORDER TO SHOW CAUSE

On September 25, 2019, the Plaintiffs' Steering Committee and the Biomet Defendants jointly submitted a list of settled and fully-funded cases which remain pending in MDL 2391, attached hereto as Exhibit A. Given the parties' report that Biomet has deposited into escrow settlement funds to fully resolve these cases, or has directly paid the plaintiff specified, the Court AFFORDS the plaintiffs listed on Exhibit A thirty (30) days from the date of this order to show cause why their individual case should not be dismissed with prejudice.

SO ORDERED.

ENTERED:   September 25, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana

| Last Name | First Name | Docket No. |
|---|---|---|
| Haywood | Karen | 3:13-cv-00129 |
| Smith | James | 3:14-cv-00676 |
| Bryant | Richard | 3:14-cv-00984 |
| Brazzel | Julius | 3:14-cv-01508 |
| Burton | John | 3:15-cv-00081 |
| Lewis | Nancy | 3:15-cv-00216 |
| Synder | William | 3:15-cv-00582 |
| Martin | Kenneth | 3:16-cv-00042 |
| Calhoun | Donald | 3:17-cv-00146 |
| Bauer | Donna | 3:17-cv-00199 |
| Buhler | David | 3:17-cv-00244 |
| Laule | Carl | 3:17-cv-00273 |
| Webster | Mary Ann | 3:17-cv-00295 |
| Gillespie | Deborah | 3:17-cv-00610 |
| McDaniel | Kenneth | 3:17-cv-00747 |
| Thatcher | Jeffrey Lee | 3:17-cv-00808 |
| Howell | Sue | 3:18-cv-00131 |
| Hall | Patrick | 3:18-cv-00229 |
| Rader III | Lee | 3:18-cv-00275 |
| Stegall | Mary | 3:18-cv-00393 |
| Clements | Kris | 3:18-cv-00578 |